# Complaint Exhibit F

# In the Matter of:

# Eric A. Nepute, DC

*January 16, 2021*
*2021-2-23 WW Cut Me Off Again*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

**1**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.    2023188

TITLE         ERIC A. NEPUTE, DC

DATE          POSTED TO FACEBOOK ON
              JANUARY 16, 2021 AT 6:18 A.M.
              TRANSCRIBED: MARCH 22, 2021
              REVISED: MARCH 26, 2021
PAGES         1 THROUGH 31

2021-2-23 WW Cut Me Off Again

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

**2**

```
 1              FEDERAL TRADE COMMISSION
 2                      I N D E X
 3
 4   RECORDING:                             PAGE:
 5   2021-2-23 WW Cut Me Off Again             4
 6
```

---

**3**

```
 1                  FEDERAL TRADE COMMISSION
 2
 3   In the Matter of:          )
 4   Eric A. Nepute, DC         )  Matter No. 2023188
 5                              )
 6   -----------------------------)
 7                               February 23, 2021
 8
 9
10
11        The following transcript was produced from a
12   digital file provided to For The Record, Inc. on March
13   18, 2021.
```

---

**4**

                    P R O C E E D I N G S
                    -    -    -    -    -
                  2021-2-23 WW Cut Me Off Again
           ERIC NEPUTE: Well, let's try this --
           (Break in audio.)
           ERIC NEPUTE: Well, let's try this again,
    everybody. Good morning, good evening, good day. I
    hope you all are with me. I was just in the middle of
    a live -- we had about 800 people live with us,
    getting ready to ramp up, and like most of my lives
    that I do now, you get about eight minutes and it gets
    completely shut off. So I bet this happens again. I
    want you all to set your timers. Let's see how long
    it takes before we get shut down this time. You know,
    it's a miracle and a blessing that we still even get a
    chance to come to you all right now in a world where
    ignorance, stupidity, and censorship have really
    collided and combined on a whole different level.
           So for those of you that don't know me, I'm
    Dr. Eric Nepute, commonly known as the "Wellness
    Warrior," have been for a long time. And I'm just all
    about the truth, the whole truth, and nothing but the
    truth.
           So I wanted to take a couple minutes and
    share with y'all what's really going on. I think a

5

1    lot of you already know this, but I need you guys to
2    help me. We literally just got shut off again. I
3    just did a video and we have full bars, full strength,
4    full power, full everything. We're ready to rock and
5    roll, but we're going to get censored. So I want you
6    guys to share this video, hit that share button. Let
7    me know where you guys are watching from and let's
8    have a conversation.
9         I was just talking about, you know, all the
10   deaths and how the deaths were completely -- well,
11   they've been fabricated and they've been pushed and
12   they've been -- you've been lied to. The CDC's
13   numbers clearly come out and say it. You know, it's
14   crazy.
15        Hey, Tina.
16        Anybody -- was anybody on with me earlier,
17   just a couple minutes ago, whenever I got completely
18   shut down? Who was with us a few minutes ago when we
19   did that?
20        It's just embarrassing. It's so sad.
21   People need to wake up and realize, you know, what's
22   going on. I had somebody on the first live that we
23   did just a little while ago ask a question of why
24   don't more doctors stand up and tell the truth. Well,
25   they can't. I mean, we're -- we've got literally

6

1    millions of people that follow us and we can't get a
2    Facebook live out to save our lives.
3         That's why we're telling everybody you got
4    to go to our platform and go to freevitamindeals.com,
5    freevitamindeals.com. Go there and register. Sign up
6    for our newsletter and email. We send out one or two
7    emails a day to millions of people with all this
8    information of the truth because we have our own
9    servers and platforms there. We don't -- we don't
10   have to -- we don't have to deal with the Communist --
11   oh, I just said a word that's going to get me
12   censored. Watch, by the way. Somebody tell me how
13   long before it starts freezing and shutting down.
14        But let me just get right into it. So here
15   we go. Hello everybody in Florida. Hello everybody
16   in Wisconsin, Switzerland. Guyana is in the house.
17   We've got -- hello, good morning, New Delhi. How are
18   you in New Delhi? Hope you guys are good. Illinois,
19   I see you there. Michigan, Virginia, Wisconsin. West
20   Virginia's in the house. Texas is in the house. I'm
21   in the great state of Texas right now as well.
22        Listen, if you guys have any questions, let
23   me know. I know -- Chrissy, I know in Wisconsin I
24   keep getting cut off. It's actually comical that I
25   keep getting cut off. But the reason why is they

7

1    don't want you to hear the truth. They don't want you
2    to hear the messages that we've got or other doctors
3    like myself have. I've already made mention of that.
4         So I want to get back to the point, what I'm
5    saying to you is that you're being fear-propagated
6    into obeying. And that's what -- that's what this
7    whole thing has been about. They wanted to control
8    you. They found out how many of you they can control.
9    Now they're like, cool, let's double-down on it.
10        So let me just say -- here's what I want you
11   guys to hear. I got to publicly talk about this. I
12   can't say this person's name, but he's allegedly going
13   to become the President very soon. If I say the name,
14   I'll get shut off social media. So I'm going to speak
15   in code a little bit every once in a while.
16        Hello, Jersey. Hello, New York. I see you
17   all. I do. I see you all, Pittsburgh. I see
18   everybody there. I love and appreciate you all more
19   than you know. Hit that share button. Hit that share
20   button.
21        Nick and Amanda, are you a doctor or a
22   chiropractor? I'm both. I don't know why that's
23   confusing to people, you know. And here's another
24   thing. Can I say this? Let me just -- let's cover
25   this topic right now. The problem that people have is

8

1    that we believe that -- that degrees and letters
2    behind or in front of someone's name determines their
3    level of education. There's a guy on TV known as Tony
4    Fauci, who is a doctor, but doesn't sound, act like
5    one, talk like one. This person surely doesn't have a
6    clue of how the immune system works, but yet the whole
7    world listens to what he has to say.
8         There are many, many, many types of health
9    care providers that are highly educated individuals
10   that are not the type of doctor that you would think
11   you would hear from. There are also many, many, many
12   doctors that are virologists and immunologists that
13   are not very bright individuals. Just because
14   somebody went to school and got some letters behind
15   their name doesn't mean that they're very smart.
16        Remember this, and I say this all the time,
17   God may have created all men and women equal, but
18   definitely not all doctors. And that's for darn sure.
19        So let's talk about this plan that this
20   individual has that's based off of fear and for
21   getting you to obey what they want you to do. And
22   please don't forget to share this and go to
23   freevitamindeals.com. That's freevitamindeals.com.
24   Because, well, they're going to suppress -- this video
25   is going to get shut down in just a minute, okay? So

### 9

the truth will set you free if you let it. That's what the Bible says. You're totally right.

Well, here you go. There's a plan that's laid out on the table, that was just laid out earlier this week, that's going to take effect. If this individual becomes President of the United States, the first 100 days, he wants to put 100 million vaccines in the arms of Americans. Well, he said that he is going to have to move heaven and earth to do this. Well, I believe that's a very biblical thing. That is a very biblical thing. That is not just a metaphor. There is no question in order to do that, that is good versus evil, and on a whole different level. On a whole level.

And if you want to hear more about that, you guys have got to go to freevitamindeals.com. That's our website. It takes you back where you can go and register for our newsletter. Hit that share button.

Now, listen, there's a $1.9 trillion plan that's been laid out by this gentleman. And what it is, it's supposed to stop the virus and steady the economy. All right. Well, here's what I'm going to say. We're fighting an -- an invisible enemy right now because it's not real. It's not real. The CDC has come out clearly again and said that less than 6

### 10

percent of individuals that died during the COVID outbreak truly died of COVID-19. Everybody else died from heart disease, cancer, diabetes, stroke, car accidents, motorcycles, da, da, da, all this stuff.

And by the way, those real numbers are already out there, and the real, real numbers are supposed to be laid out by the CDC. Typically, by the end of January, they have to put true causes of death of individuals from the years before. And then now there's this big narrative out there saying that you've got a -- two million people have died globally from COVID-19. Well, please remember that we're mislabeling and falsifying the datas and a lot of places are doing it on purpose because they get paid for it more.

The CARES Act and all these other acts that are out there have set aside extra money that Medicare can pay doctors and, um -- and, um, pay doctors and hospitals 20 percent higher, which is a fact -- I mean, nobody can deny that. I'm in the hospital system. I'm in the health care business. I know if we label people with COVID-19, we get paid faster and we get a 20 percent bump on our stuff. So it's greed, and hospitals and the health care industry is -- are really damn good at that. You think it really costs

### 11

$200 for a blanket or $100 for a Tylenol? Are you kidding me? We need real health care reform and that's putting health and care back into health care. We're just not there right now.

So here you go, guys, check this out. Hit that share button and tag people because they're going to want to hear this.

Here's the deal. So they want 100 million vaccines in the next 100 days of, you know, the presidency coming up. Well, how do you do that? Well, there's only two ways you can do that. Really, actually, there's three. Number one, it has to be fear propagated, so people will only obey if they're scared. People are moved away from pain and towards pleasure.

So how are we going to move them away from pain? Well, everybody thinks that if they get this vaccine, they're not going to get infected when the research really clearly states that it doesn't stop the spread of the infection and the best that it can do is minimize your symptoms of the disease, not stop it, but minimize the symptoms of the disease. That's a fact.

Everybody's who's in the know knows that and has said that publicly. They just say it in a way

### 12

that you don't understand it properly. They say it's going to protect you. Protect you how? It's kind of more like a Tamiflu than it is a vaccine.

Now, the only thing that clearly has shown that it can stop the spread or the infection -- not even social distancing, not even wearing a mask, because if you look at states like California and New York, well, they've had 97 percent compliance this whole time with mask wearing, social distancing, and shutting down businesses and, yet, they have more infections and more disease than any other states that are out there. So that ain't working out. You understand that?

Now, I'm probably going to get shut off in a minute, so hit that share button or go to -- go to freevitamindeals.com so you can follow us and all that stuff. Because here's the deal. They don't want you to know the truth. I'm about ready to start talking some common sense and all they want to hear is COVID sense. So here you go.

How do you do that? Well, you mandate it. You have to make a mandate. Well, they said they're not going to mandate it. Well, they also said they're not going to mandate wearing a mask, but you can't go to the grocery store, you can't go to a doctor's

                                                                        13

 1   office, you can't go on an airplane, you can't travel
 2   the world.  You can't do things that bring you
 3   pleasure.
 4         Now, I just told you people are moved away
 5   from pain and towards pleasure.  So they're going to
 6   scare you to try to move you away from, um, uh, pain,
 7   which, you know, a lot of people -- there's 54,000
 8   adverse reactions that have been noted in the vaccine
 9   adverse reaction site on the CDC of COVID-19 and
10   deaths have occurred from it.  And you all are seeing
11   the videos circulating on the internet.  That's sad
12   whenever you see these videos of these nurses and
13   these first responders that are really sick,
14   neurological problems and et cetera, people that have
15   dystonic co-kinesthesia where the body is just shaking
16   uncontrollably and yet, they -- and yet, they -- they
17   -- they shut down those people's video on social media
18   and say they're not real.  These are people dealing
19   with real disease.
20         And they're saying that it's perpetuating
21   fear.  Well, no, it's not.  It's perpetuating facts.
22   It takes away your fear.  And that's the problem.
23   They want you to be scared.  They want you to be
24   scared so that you'll obey.  And you understand that,
25   don't you?

                                                                        14

 1         Listen, I'm all about freedom to choose, but
 2   how can you possibly choose something if you don't
 3   know the risk and the benefits?
 4         Now, again, how do we mandate a vaccine?
 5   Well, it's real simple.  They give you a soft mandate.
 6   Well, a soft mandate is a mandate that basically says,
 7   well, you can't go to school, you can't go to work,
 8   you can't get a job, you can't get your tax return,
 9   you can't fly in an airplane if you don't have the
10   vaccine.  You guys, anybody who thinks that this isn't
11   real is absolutely crazy.  They've already starting
12   rolling out the vaccine passports in certain countries
13   and airports.  It's coming to America.  It's actually
14   here already.  They're just waiting for the right time
15   to roll it out.
16         Now, please understand this.  What else did
17   this potential person do that's potentially going to
18   be president to get his 100 million vaccines into --
19   his vaccines into 100 million people over the next 100
20   days?  He brought in FEMA.
21         Now, let me say something about that.  Wow.
22   Now, you ever heard of something called a FEMA camp?
23   Well, they're already being built all across the
24   country.  That's for sure.  We're going to be seeing a
25   lot more of them and a lot more martial law and

                                                                        15

 1   lockdowns.  They're already doing it in DC and a
 2   couple other cities as well.  But the fact remains is
 3   they're going to force you to do this.
 4         And FEMA -- how -- what do you think's going
 5   to happen if the Federal Government, which means it's
 6   a nat- -- it's a national emergency.  FEMA only gets
 7   brought in in national emergency situations.  They're
 8   going to force you to get this thing whether you like
 9   it or not.  So you got to learn how to protect
10   yourself.  You got to learn what people supposedly
11   voted for.  This is what you voted for.  This is what
12   -- what people supposedly voted for was that.
13         Now, let me talk about this vaccine just for
14   a second, which is not really a vaccine.  It's more of
15   a -- it's more of a genetic therapeutic.  Because a
16   vaccine normally is a live, unattenuated or weakened
17   version of a virus with a bunch of adjuvants.  It goes
18   into your body and then -- I'm definitely calling --
19   I've been red-listed for a long time.
20         Let me tell you something.  One of my good
21   friends said to me, if you're not on a government
22   watch list, you're some kind of sissy.  And I -- let
23   me tell you something, I'm definitely not a sissy.
24   One of my best friends just got labeled as a domestic
25   terrorist because he was talking about the benefits of

                                                                        16

 1   vitamin D3.  By the way, vitamin D3 is the only
 2   chemical that's out there and that's shown to reduce
 3   the spread -- sorry, to minimize the chances of
 4   getting infected.
 5         Journal of Pathogens -- sorry, Journal of --
 6   Journal of -- Nature Journal 2020 showed that if your
 7   vitamin D level is adequate, that you have a 77
 8   percent less chance of contracting COVID-19 in the
 9   first place, which is why every human man and woman
10   should be taking between 5,000 and 10,000
11   international units a day of vitamin D3.  And I've got
12   a free guide -- if you guys go to freevitamindeals.com
13   -- it's freevitamindeals.com -- we've got a whole list
14   of stuff you can do to prevent sickness and disease,
15   viruses, and prevent and treat when -- when you have
16   symptoms.  And I've had millions of people download it
17   and use it and it's -- it's very effective and it
18   works.
19         You got to be taking D3 and zinc every day.
20   You should take it, your children should take it.
21   Vitamin D blocks the virus.  That's a fact.  Nobody
22   can argue that.  The FTC tried to shut me down over
23   it.  I showed them the papers and they're like,
24   (snapping fingers) shoot, this guy's right, we can't
25   censor him for that because he's right.  So you should

### Page 17

1  be taking vitamin D3 every day and you should be
2  taking zinc, but you got to take the right stuff that
3  gets absorbed, that gets used and et cetera in the
4  right combination.  Because D3 blocks it and zinc
5  doesn't allow the virus to continue to proliferate.
6  So it actually works better than the -- than any
7  vaccine and you don't really need a vaccine.  But if
8  you want one, you should be able to go get one, but
9  you need to know what's in it.
10       Now, let me talk about this vaccine just
11 for a minute while I'm getting into the 100-day plan
12 that this person has rolled out.  So check this out.
13 You guys can follow me.  Just go to -- just do this.
14 Go to freevitamindeals.com, freevitamindeals.com.
15 That's a -- that's a site that goes to my website,
16 which is ericnepute.com.  Nobody can remember how to
17 spell Nepute, but everybody can remember
18 freevitamindeals.com.  You should go there, register
19 for our emails and register for our daily info we give
20 out because there's a lot of info we give out.
21       So you should be taking D3, zinc,
22 probiotics, vitamin C every day.  I've got a protocol
23 on there for a nebulizer that helps with respiratory
24 stress.  It's amazing.  I can't tell you how many -- I
25 mean, now, hundreds of thousands of people that have

### Page 18

1  emailed us and told us how well they did by doing this
2  protocol.
3       But, anyway, here's back on the vaccine.
4  It's not really a vaccine.  It's more of a genetic
5  therapeutic.  This is an mRNA -- this is an mRNA
6  chemical that goes in your body with something called
7  polyethylene glycol, PEG.  And this PEG -- if you go
8  back and look at the animal studies that were done by
9  Moderna and Pfizer back in 2012, they showed that when
10 they give the injection in the arm, that that
11 polyethylene glycol that they tell us that goes away
12 and dissolves, that the vast majority of people are
13 allergic to.  I mean, very allergic to to the point
14 where they're having -- it's ten times more allergic
15 than the flu shot.  Y'all know that, don't you?
16       Guys, hit that share button.  I can see
17 our numbers are starting to drop, which means we're
18 about ready to get cut off because that's the way it
19 happens with us.  So you guys got to go to
20 freevitamindeals.com to watch these -- these -- these
21 products or watch these videos and check out the
22 products that you need.  And by the way, we're giving
23 away another million bottles of D3 and zinc.  Why?
24 Because, well, they told us we can't.  So I said,
25 let's double down and we'll give another million

### Page 19

1  bottles of D3 and zinc.  So we're giving that stuff
2  away for free, plus educational classes for free to
3  get healthier.  You guys got to go to that site and
4  get it.
5       So here's the -- here's the deal on the
6  vaccine.  The studies I just talked to you guys about
7  with Pfizer and Moderna and all that kind of stuff,
8  the deal is this, is, um, uh -- no, listen, if you go
9  to freevitamindeals.com, Diana.  Freevitamindeals.com.
10 Go check that one out.
11       So what they found was the polyethylene
12 glycol actually crosses the blood-brain barrier.  So
13 it gets in the brain, which is why people are getting
14 Bell's palsy, why they're getting that dystonic co-
15 kinesthesia, which is that uncontrollable shaking.
16 I'm sure you've all seen those videos of the nurses
17 and medical assistants on the internet that have been
18 taken down because they don't want you to know the
19 truth.
20       But think about this, they're going to put
21 FEMA involved with this rollout of these vaccines.
22 That means it's a national emergency.  Who's going to
23 pay for this, by the way?  Like -- like that's $1.9
24 trillion.  Do you guys know where that money comes
25 from?  You know we don't have that money.  We've been

### Page 20

1  off the fiat -- we've been on a fiat currency and off
2  the gold standard for a long time, which means -- fiat
3  means fugazi (whistling), it's fake.  It's all paper.
4  It's all zeroes and ones.  It's not real.  There's
5  nothing backing that -- that -- that -- that money.
6       So where do we buy -- where do we borrow the
7  money from?  Does anybody know where we borrow the
8  money from?  I know.  We borrow it from China and the
9  central banks.  And so when China and the central
10 banks loan money to the United States -- let me ask
11 you this.  Have any of you ever gone and got a loan
12 before?  Any of you ever go get a loan?  You know,
13 what do they ask you to put up as collateral?  They
14 ask you to put something up, whether it's your house,
15 whether it's your, you know, money, whether it's your
16 stuff, whatever.
17       The bottom line is this, the United States
18 of America has put up collateral and that collateral
19 is our future.  What do you mean by that?  Well --
20 well, you got to put up our land.  I mean, look at --
21 look at all the land that's being bought up by the
22 Chinese nationalists.  I mean, Texas is getting bought
23 up, Oklahoma is getting bought up.  I mean, it's crazy
24 what's really happening.  And that's a fact, by the
25 way.  And it's completely deflating our dollar.  I

21

1  mean, it's going to -- I mean, it -- it might cost 100
2  bucks for a gallon of gas when now the new president
3  wants you to have $15 an hour minimum wage. That's
4  not going to do anything other than make people not be
5  able to have more jobs.
6       We're literally moving towards a culture of
7  -- I can't say the word, but it ends in "ism" and it
8  starts with "social." And then I can't say the other
9  word, but it ends with "ism" and it starts with
10 "commu." So because if I say those words, I'll get
11 shut off immediately, which is crazy.
12      So that's what's happening. So, you know,
13 if you look at this thing, a couple other things that
14 are really absolutely just unbelievable -- and I think
15 I've really laid out more of it. But, you know,
16 where's the money come from? I already told you guys,
17 it's coming from the central banks, so it's coming
18 from China. Man, we are completely FUBAR if that deal
19 goes through.
20      How are we going to repay this? You guys,
21 it's not going to affect my generation, our generation
22 as much, but our kids' kids' kids, they're screwed.
23 They're -- they're never going to be able to pay this
24 back. I mean, that's just the way it is. Unless we
25 have a complete reset, they're never going to pay this

22

1  back. And that's just -- that's just unfortunate, but
2  that's the deal. We're literally looking at a world
3  economic crash because of mismanagement.
4       And what's going to happen is this. You
5  know, with these mandates that are happening -- just
6  mark my words, I'm going to prognosticate to you right
7  now, and I've been right about all this stuff from the
8  beginning, but here's what's going to happen. What's
9  going to happen is this, is there's going to be a
10 federal mandate for masks for the next 100 days and
11 there's going to be a soft and eventually a hard
12 mandate for vaccines.
13      Well, the state law overcedes federal law
14 except for you can't go to state parks, you won't be
15 able to go in state federal buildings, all that stuff.
16 That will be mandated there. But what will happen is
17 you're going to see a huge divide. You're going to
18 see Republican states that are not going to do the
19 mandates and you're going to see Democratic states
20 that do it. And you're going to see those Democratic
21 states, their economies are going to shut down,
22 they're going to be living in filth.
23      They're going to basically turn into like
24 what's happened in California, the wealthiest -- you
25 know, the wealthiest state in the Union. I mean, my

23

1  gosh, what is California, like the third or fourth
2  highest economy, period. And it's gone away and it's
3  going away. And, you know, you think about that, it's
4  absolutely -- it's crazy and it's scary, and that's
5  what's happening.
6       So, you know, our -- those economies, those
7  governors that say we're going to definitely go ahead
8  with the mandates and all this, those economies are
9  going to shut down, people are leaving. I mean, look
10 at -- look at like New York. Look at how many people
11 are moving to Texas, look at how many people are
12 moving to Florida. I mean, the East and West Coast
13 are done. Everybody's moving south now. And that's
14 what's happening because they want to get away from
15 the -- the -- the tyrannical governments.
16      And so, you know, what do we do?
17 People always ask, what do we do? Well, you got
18 to share this message, number one. Number two,
19 you got to -- you got -- guys, I need you to go to
20 freevitamindeals.com. That's freevitamindeals.com.
21 Protect yourself. Stop being so scared. Because
22 when you get the truth and understand the facts and
23 understand how to reduce your health -- or, sorry,
24 reduce your -- your risk for sickness, which is
25 getting your body to a good weight.

24

1       That's why we created that reset plan.
2  We've had literally tens of thousands of people just
3  over the last couple months lose thousands and
4  hundreds of thousands -- actually, tens of thousands
5  of pains, which is really cool.
6       But you got to protect yourself, because
7  when the next thing comes -- because what they're
8  saying right now is if you don't -- the modelers are
9  telling us, the same ones that were wrong about the --
10 the 2.2 million people that are going to die in
11 America, that obviously didn't happen. They're saying
12 now that if we don't hurry up and rush up and get
13 everybody a vaccine, then -- then, well, by March and
14 April, the world's going to shut down again. They're
15 fearing you into that. They're saying, if you don't,
16 then this is going to happen. They have no idea.
17 They're just trying to push an agenda toward you and
18 fear you.
19      You guys, hit that share button, pretty
20 please. People need to hear this. And tag folks on
21 it as well.
22      Those of you that don't me, I'm Dr. Eric
23 Nepute. You guys can follow our real stories at
24 vita -- at freevitamindeals.com or you can go to
25 ericnepute.com or share this message and we'll --

Page 25:

1 we'll send you a private message on this stuff.
2     Now, let me tell you what I do and what my
3 patients do. I literally have hundreds of thousands
4 of people across the country now that are taking high-
5 dose vitamin D3 every day -- by the way, high-dose
6 vitamin D3 helps with energy, helps your immune
7 system, helps your brain function better, helps your
8 body grow, helps your hormones produce, and it's -- it
9 stops viruses from attaching to your cells in the
10 first place.
11     We put everybody on high-dose vitamin zinc
12 as well. It's a mineral that's the number one
13 deficiency on the planet. Uh, and when you are
14 deficient in this, your testosterone and hormones go
15 down and your brain can't function. There's 300
16 different enzymatic functions that -- that -- that
17 zinc does that you need to -- you need to have in your
18 system. Zinc also stops viruses from proliferating,
19 which means they can't regenerate and grow.
20     And then -- and that helps keep your brain
21 and your mind right. If your brain and your mind,
22 right, are good and you -- and you have energy, then
23 you can fight back, right? You don't have to -- you
24 don't have to be scared if your brain and -- you're
25 like, well, of course this is stupid and it doesn't

Page 26:

1 make sense to you and that's because you're balanced.
2     You should be doing, uh, vitamin C every day
3 to bowel tolerance. You should be doing, um -- you
4 should be doing, um, probiotics. And then if you go
5 to that protocol, that freevitamindeals.com -- it's
6 freevitamindeals.com -- you can go there and there's a
7 free flu and cold and virus prevention and treatment
8 protocol. Every man, woman, and child should have
9 that. They should print that off, put it on your
10 refrigerator. Give copies to your friends and family.
11 Take a text of it. Send it to people. Picture of it
12 and send it. Because people need to know what they
13 can do. I've got hundreds of thousands of people that
14 are doing it and doing amazing with that.
15     And then I put together a free course. It's
16 a 12-video series on how to de-stress and how to get
17 yourself healthier. That's the key. Man, it's so
18 important to do that. Twelve-video series for free to
19 teach you how to get better. That really ticked off a
20 lot of doctors because, well, if you're not sick --
21 fat, sick and nearly dead, then you're not living in
22 fear. So I'm just trying to help get rid of the fear.
23     And then, you know, 99 percent of my
24 patients take this immune system pack that I created
25 that has Quercetin in it. High levels of Quercetin is

Page 27:

1 an "iontofer." It allows minerals to get in your
2 system. That's important.
3     Jennifer, if you have questions about
4 nutrients, go to that freevitamindeals.com. Go
5 download that -- that protocol there.
6     But that's what's happening right now. It's
7 absolutely crazy and we just decided to up our game
8 again because, you know, if the world is ending, I
9 want to make everybody as healthy and happy and joyful
10 as we can. And so we just decided we're going to --
11 we just purchased another million bottles of D3 and a
12 million bottles of zinc to give to everybody for free.
13 Y'all can have that because I need you to understand
14 how much better you're going to feel and how much
15 better you do if that's there.
16     So think about all this crazy stuff
17 happening in the world and how much you've been lied
18 to. You know, let me read one more thing because
19 every time I read this, I get shut off. So this is
20 going to happen. I'm going to get shut off here in a
21 minute. But I'm going to read this because this is
22 important.
23     The 350,000 deaths that you've been told
24 that have happened from COVID-19 that have been over-
25 labeled, over blown out, blown out of proportion, the

Page 28:

1 CDC even claims that only 6 percent of people really
2 died from COVID-19, not just with it. So let me read
3 this list to you. Here's the list. Write this down
4 or share this, you guys.
5     Here's what we have. 87,000-plus people on
6 this list from the CDC died from pneumonias and flus,
7 17,000-plus died of chronic respiratory disease;
8 26,000-plus people died of respiratory distress
9 syndrome; 44,000-plus people died of hypertensive
10 disease but were labeled as death of COVID; 25,000-
11 plus people died of heart disease that were labeled as
12 a COVID death; 28,000 people plus died of
13 cardiovascular risk or heart attacks that was labeled
14 as COVID. If you look, 15,000 people actually on the
15 list from the CDC, on the list from the CDC actually
16 died in hospice care that were labeled as a death from
17 COVID-19.
18     Again, the CARES Act that was put in in
19 March gives a 20 percent bump in bonus to doctors and
20 -- I told you it was going to freeze because I started
21 talking about the CDC. This cracks me up. Y'all
22 understand the suppression is real? You guys see
23 that, don't you? I told you.
24     So go to freevitamindeals.com. I am the
25 most suppressed doctor in the world and I'm proud of

29

1  it. I wear it like a badge. I'm the wellness
2  warrior. I love it, love it, love it. I'm Dr. Eric
3  Nepute. Go to freevitamindeals.com. Join the
4  movement. Join the people. Let's stand up because
5  it's we, the people, and we need more peace, love,
6  joy, and happiness, and less lies, deceit, and devil.
7  I'm going to rebuke it right now.
8      And here's what we're going to do. Let me
9  tell you something. Can we pray together just for a
10 second? Let's just pray together. Can we do that?
11 Here we go. This will really tick them off because
12 the devil gets so mad whenever we pray and I'm just
13 going to do it. So here we go. Let everybody just
14 pray with me right now.
15     Dear Heavenly Father, we just come to You
16 right now in Your mighty name, God. We just ask and
17 declare right now peace, love, joy, happiness,
18 clarity, vision, and cleansing on this amazing place,
19 in this planet, God. You said wherever two or more
20 people come together, God, that You would make it so.
21 And I just say right now in the name of Jesus that we
22 bind up sickness, disease, ignorance, stupidity. We
23 bind up lack and disease and we loose happiness,
24 health, wealth, abundance, prosperity, freedom, and
25 joy in Your mighty name. Amen, amen, amen.

30

1      Boy, they don't like when we pray either.
2  So listen, here's what I want you to do. Share this
3  video. I love and appreciate you more than I --
4  you can even imagine. I'm humbled that you guys
5  join me all the time. I'm humbled that we're in
6  this together. And if you guys go -- go to
7  freevitamindeals.com -- that's freevitamindeals.com --
8  join the movement. Share that with your friends and
9  family. Get on our email list. Forward our emails to
10 other people. Get on these nutritional products that
11 your body needs because that's -- it's really just
12 that simple. It's just that simple, okay?
13     You need D3, you need zinc, you got to get
14 on the immune boosting pack. We can show you how to
15 get some weight off your body so you can stay
16 healthier and get those stinking co-morbidities, like
17 type 2 diabetes, which is totally reversible, gone.
18 And I declare you can have it.
19     So go to freevitamindeals.com. That's free
20 vitamindeals.com. Join the movement.
21     Until we meet again, everybody, I'm Dr. Eric
22 Nepute. God bless you, God bless America, and God
23 bless the world. Bye, everybody.
24     (The recording was concluded.)
25

31

1  CERTIFICATE OF TRANSCRIPTIONIST
2
3
4      I, Elizabeth M. Farrell, do hereby certify
5  that the foregoing proceedings and/or conversations
6  were transcribed by me via CD, videotape, audiotape or
7  digital recording, and reduced to typewriting under my
8  supervision; that I had no role in the recording of
9  this material; and that it has been transcribed to the
10 best of my ability given the quality and clarity of
11 the recording media.
12     I further certify that I am neither counsel
13 for, related to, nor employed by any of the parties to
14 the action in which these proceedings were
15 transcribed; and further, that I am not a relative or
16 employee of any attorney or counsel employed by the
17 parties hereto, nor financially or otherwise
18 interested in the outcome of the action.
19
20
21 DATE: 3/26/2021
22     ELIZABETH M. FARRELL, CERT
23
24
25

### A

**A.M** 1:8
**ability** 31:10
**able** 17:8 21:5,23 22:15
**absolutely** 14:11 21:14 23:4 27:7
**absorbed** 17:3
**abundance** 29:24
**accidents** 10:4
**act** 8:4 10:16 28:18
**action** 31:14,18
**acts** 10:16
**adequate** 16:7
**adjuvants** 15:17
**adverse** 13:8,9
**affect** 21:21
**agenda** 24:17
**ago** 5:17,18,23
**ahead** 23:7
**ain't** 12:12
**airplane** 13:1 14:9
**airports** 14:13
**allegedly** 7:12
**allergic** 18:13,13,14
**allow** 17:5
**allows** 27:1
**Amanda** 7:21
**amazing** 17:24 26:14 29:18
**amen** 29:25,25,25
**America** 14:13 20:18 24:11 30:22
**Americans** 9:8
**and/or** 31:5
**animal** 18:8
**anybody** 5:16,16 14:10 20:7
**anyway** 18:3
**appreciate** 7:18 30:3
**April** 24:14
**argue** 16:22
**arm** 18:10
**arms** 9:8
**aside** 10:17
**assistants** 19:17
**attaching** 25:9
**attacks** 28:13
**attorney** 31:16
**audio** 4:5
**audiotape** 31:6

### B

**back** 7:4 9:17 11:3 18:3,8,9 21:24 22:1 25:23
**backing** 20:5
**badge** 29:1
**balanced** 26:1
**banks** 20:9,10 21:17
**barrier** 19:12
**bars** 5:3
**based** 8:20
**basically** 14:6 22:23
**beginning** 22:8
**believe** 8:1 9:10
**Bell's** 19:14
**benefits** 14:3 15:25
**best** 11:20 15:24 31:10
**bet** 4:12
**better** 17:6 25:7 26:19 27:14,15
**Bible** 9:2
**biblical** 9:10,11
**big** 10:10
**bind** 29:22,23
**bit** 7:15
**blanket** 11:1
**bless** 30:22,22,23
**blessing** 4:15
**blocks** 16:21 17:4
**blood-brain** 19:12
**blown** 27:25,25
**body** 13:15 15:18 18:6 23:25 25:8 30:11,15
**bonus** 28:19
**boosting** 30:14
**borrow** 20:6,7,8
**bottles** 18:23 19:1 27:11,12
**bottom** 20:17
**bought** 20:21,22,23
**bowel** 26:3
**Boy** 30:1
**brain** 19:13 25:7,15 25:20,21,24
**Break** 4:5
**bright** 8:13
**bring** 13:2
**brought** 14:20 15:7
**bucks** 21:2
**buildings** 22:15
**built** 14:23
**bump** 10:23 28:19
**bunch** 15:17
**business** 10:21
**businesses** 12:10
**button** 5:6 7:19,20 9:18 11:6 12:15 18:16 24:19
**buy** 20:6
**Bye** 30:23

### C

**C** 4:1 17:22 26:2
**California** 12:7 22:24 23:1
**called** 14:22 18:6
**calling** 15:18
**camp** 14:22
**can't** 5:25 6:1 7:12 12:24,25 13:1,1,2 14:7,7,8,8,9 16:24 17:24 18:24 21:7,8 22:14 25:15,19
**cancer** 10:3
**car** 10:3
**cardiovascular** 28:13
**care** 8:9 10:21,24 11:2,3,3 28:16
**CARES** 10:16 28:18
**causes** 10:8
**CD** 31:6
**CDC** 9:24 10:7 13:9 28:1,6,15,15,21
**CDC's** 5:12
**cells** 25:9
**censor** 16:25
**censored** 5:5 6:12
**censorship** 4:17
**central** 20:9,9 21:17
**CERT** 31:22
**certain** 14:12
**CERTIFICATE** 31:1
**certify** 31:4,12
**cetera** 13:14 17:3
**chance** 4:16 16:8
**chances** 16:3
**check** 11:5 17:12 18:21 19:10
**chemical** 16:2 18:6
**child** 26:8
**children** 16:20
**China** 20:8,9 21:18
**Chinese** 20:22
**chiropractor** 7:22
**choose** 14:1,2
**Chrissy** 6:23
**chronic** 28:7
**circulating** 13:11
**cities** 15:2
**claims** 28:1
**clarity** 29:18 31:10
**classes** 19:2
**cleansing** 29:18
**clearly** 5:13 9:25 11:19 12:4
**clue** 8:6
**co-** 19:14
**co-kinesthesia** 13:15
**co-morbidities** 30:16
**Coast** 23:12
**code** 7:15
**cold** 26:7
**collateral** 20:13,18 20:18
**collided** 4:18
**combination** 17:4
**combined** 4:18
**come** 4:16 5:13 9:25 21:16 29:15,20
**comes** 19:24 24:7
**comical** 6:24
**coming** 11:10 14:13 21:17,17
**COMMISSION** 1:2 2:1 3:1
**common** 12:19
**commonly** 4:20
**commu** 21:10
**Communist** 6:10
**complete** 21:25
**completely** 4:12 5:10,17 20:25 21:18
**compliance** 12:8
**concluded** 30:24
**confusing** 7:23
**continue** 17:5
**contracting** 16:8
**control** 7:7,8
**conversation** 5:8
**conversations** 31:5
**cool** 7:9 24:5
**copies** 26:10
**cost** 21:1
**costs** 10:25
**counsel** 31:12,16
**countries** 14:12
**country** 14:24 25:4
**couple** 4:24 5:17 15:2 21:13 24:3
**course** 25:25 26:15
**cover** 7:24
**COVID** 10:1 12:19 28:10,12,14
**COVID-19** 10:2,12 10:22 13:9 16:8 27:24 28:2,17
**cracks** 28:21
**crash** 22:3
**crazy** 5:14 14:11 20:23 21:11 23:4 27:7,16
**created** 8:17 24:1 26:24
**crosses** 19:12
**culture** 21:6

**currency** 20:1
**cut** 1:13 2:5 4:3 6:24 6:25 18:18

**D**

**D** 2:2 4:1 16:7,21
**D3** 16:1,1,11,19 17:1 17:4,21 18:23 19:1 25:5,6 27:11 30:13
**da** 10:4,4,4
**daily** 17:19
**damn** 10:25
**darn** 8:18
**datas** 10:13
**DATE** 1:7 31:21
**day** 4:7 6:7 16:11,19 17:1,22 25:5 26:2
**days** 9:7 11:9 14:20 22:10
**DC** 1:6 3:4 15:1
**de-stress** 26:16
**dead** 26:21
**deal** 6:10 11:8 12:17 19:5,8 21:18 22:2
**dealing** 13:18
**Dear** 29:15
**death** 10:8 28:10,12 28:16
**deaths** 5:10,10 13:10 27:23
**deceit** 29:6
**decided** 27:7,10
**declare** 29:17 30:18
**deficiency** 25:13
**deficient** 25:14
**definitely** 8:18 15:18,23 23:7
**deflating** 20:25
**degrees** 8:1
**Delhi** 6:17,18
**Democratic** 22:19 22:20
**deny** 10:20
**determines** 8:2
**devil** 29:6,12
**diabetes** 10:3 30:17
**Diana** 19:9

**didn't** 24:11
**die** 24:10
**died** 10:1,2,2,11 28:2,6,7,8,9,11,12 28:16
**different** 4:18 9:13 25:16
**digital** 3:12 31:7
**disease** 10:3 11:21 11:22 12:11 13:19 16:14 28:7,10,11 29:22,23
**dissolves** 18:12
**distancing** 12:6,9
**distress** 28:8
**divide** 22:17
**doctor** 7:21 8:4,10 28:25
**doctor's** 12:25
**doctors** 5:24 7:2 8:12,18 10:18,18 26:20 28:19
**doesn't** 8:4,5,15 11:19 17:5 25:25
**doing** 10:14 15:1 18:1 26:2,3,4,14 26:14
**dollar** 20:25
**domestic** 15:24
**don't** 4:19 5:24 6:9 6:9,10 7:1,1,22 8:22 12:1,17 13:25 14:2,9 17:7 18:15 19:18,25 24:8,12 24:15,22 25:23,24 28:23 30:1
**dose** 25:5
**double** 18:25
**double-down** 7:9
**download** 16:16 27:5
**Dr** 4:20 24:22 29:2 30:21
**drop** 18:17
**dystonic** 13:15 19:14

**E**

**E** 2:2 4:1,1
**earlier** 5:16 9:4
**earth** 9:9
**East** 23:12
**economic** 22:3
**economies** 22:21 23:6,8
**economy** 9:22 23:2
**educated** 8:9
**education** 8:3
**educational** 19:2
**effect** 9:5
**effective** 16:17
**eight** 4:11
**either** 30:1
**Elizabeth** 31:4,22
**email** 6:6 30:9
**emailed** 18:1
**emails** 6:7 17:19 30:9
**embarrassing** 5:20
**emergency** 15:6,7 19:22
**employed** 31:13,16
**employee** 31:16
**ends** 21:7,9
**enemy** 9:23
**energy** 25:6,22
**enzymatic** 25:16
**equal** 8:17
**Eric** 1:6 3:4 4:4,6,20 24:22 29:2 30:21
**ericnepute.com** 17:16 24:25
**et** 13:14 17:3
**evening** 4:7
**eventually** 22:11
**everybody** 4:7 6:3 6:15,15 7:18 10:2 11:17 17:17 24:13 25:11 27:9,12 29:13 30:21,23
**Everybody's** 11:24 23:13
**evil** 9:13

**extra** 10:17

**F**

**fabricated** 5:11
**Facebook** 1:7 6:2
**fact** 10:19 11:23 15:2 16:21 20:24
**facts** 13:21 23:22
**fake** 20:3
**falsifying** 10:13
**family** 26:10 30:9
**Farrell** 31:4,22
**faster** 10:22
**fat** 26:21
**Father** 29:15
**Fauci** 8:4
**fear** 8:20 11:13 13:21,22 24:18 26:22,22
**fear-propagated** 7:5
**fearing** 24:15
**February** 3:7
**federal** 1:2 2:1 3:1 15:5 22:10,13,15
**feel** 27:14
**FEMA** 14:20,22 15:4,6 19:21
**fiat** 20:1,1,2
**fight** 25:23
**fighting** 9:23
**file** 3:12
**filth** 22:22
**financially** 31:17
**fingers** 16:24
**first** 5:22 9:7 13:13 16:9 25:10
**Florida** 6:15 23:12
**flu** 18:15 26:7
**flus** 28:6
**fly** 14:9
**folks** 24:20
**follow** 6:1 12:16 17:13 24:23
**following** 3:11
**force** 15:3,8
**foregoing** 31:5
**forget** 8:22

**Forward** 30:9
**found** 7:8 19:11
**fourth** 23:1
**free** 9:1 16:12 19:2,2 26:7,15,18 27:12 30:19
**freedom** 14:1 29:24
**freevitamindeals....** 6:4,5 8:23,23 9:16 12:16 16:12,13 17:14,14,18 18:20 19:9,9 23:20,20 24:24 26:5,6 27:4 28:24 29:3 30:7,7 30:19
**freeze** 28:20
**freezing** 6:13
**friends** 15:21,24 26:10 30:8
**front** 8:2
**FTC** 16:22
**FUBAR** 21:18
**fugazi** 20:3
**full** 5:3,3,4,4
**function** 25:7,15
**functions** 25:16
**further** 31:12,15
**future** 20:19

**G**

**G** 4:1
**gallon** 21:2
**game** 27:7
**gas** 21:2
**generation** 21:21,21
**genetic** 15:15 18:4
**gentleman** 9:20
**getting** 4:10 6:24,25 8:21 16:4 17:11 19:13,14 20:22,23 23:25
**give** 14:5 17:19,20 18:10,25 26:10 27:12
**given** 31:10
**gives** 28:19
**giving** 18:22 19:1

**globally** 10:11
**glycol** 18:7,11 19:12
**go** 6:4,4,5,15 8:22
   9:3,16,17 11:5
   12:15,15,20,24,25
   13:1 14:7,7 16:12
   17:8,13,14,18 18:7
   18:19 19:3,8,10
   20:12 22:14,15
   23:7,19 24:24
   25:14 26:4,6 27:4
   27:4 28:24 29:3,11
   29:13 30:6,6,19
**God** 8:17 29:16,19
   29:20 30:22,22,22
**goes** 15:17 17:15
   18:6,11 21:19
**going** 4:25 5:5,22
   6:11 7:12,14 8:24
   8:25 9:5,9,22 11:6
   11:16,18 12:2,14
   12:23,24 13:5
   14:17,24 15:3,4,8
   19:20,22 21:1,4,20
   21:21,23,25 22:4,6
   22:8,9,9,11,17,17
   22:18,19,20,21,22
   22:23 23:3,7,9
   24:10,14,16 27:10
   27:14,20,20,21
   28:20 29:7,8,13
**gold** 20:2
**good** 4:7,7,7 6:17,18
   9:12 10:25 15:20
   23:25 25:22
**gosh** 23:1
**government** 15:5,21
**governments** 23:15
**governors** 23:7
**great** 6:21
**greed** 10:23
**grocery** 12:25
**grow** 25:8,19
**guide** 16:12
**guy** 8:3
**guy's** 16:24
**Guyana** 6:16

**guys** 5:1,6,7 6:18,22
   7:11 9:16 11:5
   14:10 16:12 17:13
   18:16,19 19:3,6,24
   21:16,20 23:19
   24:19,23 28:4,22
   30:4,6

---

**H**

**happen** 15:5 22:4,8
   22:9,16 24:11,16
   27:20
**happened** 22:24
   27:24
**happening** 20:24
   21:12 22:5 23:5,14
   27:6,17
**happens** 4:12 18:19
**happiness** 29:6,17
   29:23
**happy** 27:9
**hard** 22:11
**he's** 7:12 16:25
**health** 8:8 10:21,24
   11:2,3,3 23:23
   29:24
**healthier** 19:3 26:17
   30:16
**healthy** 27:9
**hear** 7:1,2,11 8:11
   9:15 11:7 12:19
   24:20
**heard** 14:22
**heart** 10:3 28:11,13
**heaven** 9:9
**Heavenly** 29:15
**hello** 6:15,15,17
   7:16,16
**help** 5:2 26:22
**helps** 17:23 25:6,6,7
   25:7,8,20
**here's** 7:10,23 9:22
   11:8 12:17 18:3
   19:5,5 22:8 28:3,5
   29:8 30:2
**hereto** 31:17
**Hey** 5:15

**High** 26:25
**high-** 25:4
**high-dose** 25:5,11
**higher** 10:19
**highest** 23:2
**highly** 8:9
**hit** 5:6 7:19,19 9:18
   11:5 12:15 18:16
   24:19
**hope** 4:8 6:18
**hormones** 25:8,14
**hospice** 28:16
**hospital** 10:20
**hospitals** 10:19,24
**hour** 21:3
**house** 6:16,20,20
   20:14
**huge** 22:17
**human** 16:9
**humbled** 30:4,5
**hundreds** 17:25
   24:4 25:3 26:13
**hurry** 24:12
**hypertensive** 28:9

---

**I**

**I'll** 7:14 21:10
**I'm** 4:19,21 6:20 7:4
   7:14,22 9:22 10:20
   10:21 12:14,18
   14:1 15:18,23
   17:11 19:16 22:6
   24:22 26:22 27:20
   27:21 28:25 29:1,2
   29:7,12 30:4,5,21
**I've** 7:3 15:19 16:11
   16:16 17:22 21:15
   22:7 26:13
**idea** 24:16
**ignorance** 4:17
   29:22
**Illinois** 6:18
**imagine** 30:4
**immediately** 21:11
**immune** 8:6 25:6
   26:24 30:14
**immunologists** 8:12

**important** 26:18
   27:2,22
**individual** 8:20 9:6
**individuals** 8:9,13
   10:1,9
**industry** 10:24
**infected** 11:18 16:4
**infection** 11:20 12:5
**infections** 12:11
**info** 17:19,20
**information** 6:8
**injection** 18:10
**interested** 31:18
**international** 16:11
**internet** 13:11 19:17
**invisible** 9:23
**involved** 19:21
**iontofer** 27:1
**ism** 21:7,9
**isn't** 14:10
**it's** 4:15 5:13,20,20
   6:24 9:21,24,24
   10:23 12:1,2 13:20
   13:21,21 14:5,13
   14:13 15:5,6,14,15
   16:13,17,17 17:24
   18:4,4,14 19:22
   20:3,3,4,4,14,15
   20:15,23,25 21:1
   21:17,17,21 23:2,2
   23:3,4,4 25:8,12
   26:5,15,17 27:6
   29:5 30:11,12

---

**J**

**January** 1:8 10:8
**Jennifer** 27:3
**Jersey** 7:16
**Jesus** 29:21
**job** 14:8
**jobs** 21:5
**join** 29:3,4 30:5,8,20
**Journal** 16:5,5,6,6
**joy** 29:6,17,25
**joyful** 27:9

---

**K**

**keep** 6:24,25 25:20
**key** 26:17
**kidding** 11:2
**kids** 21:22,22,22
**kind** 12:2 15:22 19:7
**kinesthesia** 19:15
**know** 4:14,19 5:1,7
   5:9,13,21 6:23,23
   6:23 7:19,22,23
   10:21 11:9,24
   12:18 13:7 14:3
   17:9 18:15 19:18
   19:24,25 20:7,8,12
   20:15 21:12,15
   22:5,25 23:3,6,16
   26:12,23 27:8,18
**known** 4:20 8:3
**knows** 11:24

---

**L**

**label** 10:22
**labeled** 15:24 27:25
   28:10,11,13,16
**lack** 29:23
**laid** 9:4,4,20 10:7
   21:15
**land** 20:20,21
**law** 14:25 22:13,13
**learn** 15:9,10
**leaving** 23:9
**let's** 4:4,6,13 5:7 7:9
   7:24 8:19 18:25
   29:4,10
**letters** 8:1,14
**level** 4:18 8:3 9:13
   9:14 16:7
**levels** 26:25
**lied** 5:12 27:17
**lies** 29:6
**line** 20:17
**list** 15:22 16:13 28:3
   28:3,6,15,15 30:9
**listen** 6:22 9:19 14:1
   19:8 30:2
**listens** 8:7
**literally** 5:2,25 21:6
   22:2 24:2 25:3

**little** 5:23 7:15
**live** 4:9,9 5:22 6:2
  15:16
**lives** 4:10 6:2
**living** 22:22 26:21
**loan** 20:10,11,12
**lockdowns** 15:1
**long** 4:13,21 6:13
  15:19 20:2
**look** 12:7 18:8 20:20
  20:21 21:13 23:9
  23:10,10,11 28:14
**looking** 22:2
**loose** 29:23
**lose** 24:3
**lot** 5:1 10:13 13:7
  14:25,25 17:20
  26:20
**love** 7:18 29:2,2,2,5
  29:17 30:3

**M**

**M** 31:4,22
**mad** 29:12
**majority** 18:12
**man** 16:9 21:18 26:8
  26:17
**mandate** 12:21,22
  12:23,24 14:4,5,6
  14:6 22:10,12
**mandated** 22:16
**mandates** 22:5,19
  23:8
**March** 1:8,9 3:12
  24:13 28:19
**mark** 22:6
**martial** 14:25
**mask** 12:6,9,24
**masks** 22:10
**material** 31:9
**Matter** 1:5 3:3,4
**mean** 5:25 8:15
  10:20 17:25 18:13
  20:19,20,22,23
  21:1,1,24 22:25
  23:9,12
**means** 15:5 18:17

  19:22 20:2,3 25:19
**media** 7:14 13:17
  31:11
**medical** 19:17
**Medicare** 10:17
**meet** 30:21
**men** 8:17
**mention** 7:3
**message** 23:18
  24:25 25:1
**messages** 7:2
**metaphor** 9:11
**Michigan** 6:19
**middle** 4:8
**mighty** 29:16,25
**million** 9:7 10:11
  11:8 14:18,19
  18:23,25 24:10
  27:11,12
**millions** 6:1,7 16:16
**mind** 25:21,21
**mineral** 25:12
**minerals** 27:1
**minimize** 11:21,22
  16:3
**minimum** 21:3
**minute** 8:25 12:15
  17:11 27:21
**minutes** 4:11,24
  5:17,18
**miracle** 4:15
**mislabeling** 10:13
**mismanagement**
  22:3
**modelers** 24:8
**Moderna** 18:9 19:7
**money** 10:17 19:24
  19:25 20:5,7,8,10
  20:15 21:16
**months** 24:3
**morning** 4:7 6:17
**motorcycles** 10:4
**move** 9:9 11:16 13:6
**moved** 11:14 13:4
**movement** 29:4 30:8
  30:20
**moving** 21:6 23:11

  23:12,13
**mRNA** 18:5,5

**N**

**N** 2:2 4:1
**name** 7:12,13 8:2,15
  29:16,21,25
**narrative** 10:10
**nat-** 15:6
**national** 15:6,7
  19:22
**nationalists** 20:22
**Nature** 16:6
**nearly** 26:21
**nebulizer** 17:23
**need** 5:1,21 11:2
  17:7,9 18:22 23:19
  24:20 25:17,17
  26:12 27:13 29:5
  30:13,13
**needs** 30:11
**neither** 31:12
**Nepute** 1:6 3:4 4:4,6
  4:20 17:17 24:23
  29:3 30:22
**neurological** 13:14
**never** 21:23,25
**new** 6:17,18 7:16
  12:7 21:2 23:10
**newsletter** 6:6 9:18
**Nick** 7:21
**normally** 15:16
**noted** 13:8
**number** 11:12 23:18
  23:18 25:12
**numbers** 5:13 10:5
  10:6 18:17
**nurses** 13:12 19:16
**nutrients** 27:4
**nutritional** 30:10

**O**

**O** 4:1
**obey** 8:21 11:13
  13:24
**obeying** 7:6
**obviously** 24:11

**occurred** 13:10
**office** 13:1
**OFFICIAL** 1:1
**oh** 6:11
**okay** 8:25 30:12
**Oklahoma** 20:23
**once** 7:15
**ones** 20:4 24:9
**order** 9:12
**outbreak** 10:2
**outcome** 31:18
**over-** 27:24
**overcedes** 22:13

**P**

**P** 4:1
**pack** 26:24 30:14
**PAGE** 2:4
**PAGES** 1:10
**paid** 10:14,22
**pain** 11:14,17 13:5,6
**pains** 24:5
**palsy** 19:14
**paper** 20:3
**papers** 16:23
**parks** 22:14
**parties** 31:13,17
**passports** 14:12
**Pathogens** 16:5
**patients** 25:3 26:24
**pay** 10:18,18 19:23
  21:23,25
**peace** 29:5,17
**PEG** 18:7,7
**people** 4:9 5:21 6:1
  6:7 7:23,25 10:11
  10:22 11:6,13,14
  13:4,7,14,18 14:19
  15:10,12 16:16
  17:25 18:12 19:13
  21:4 23:9,10,11,17
  24:2,10,20 25:4
  26:11,12,13 28:1,5
  28:8,9,11,12,14
  29:4,5,20 30:10
**people's** 13:17
**percent** 10:1,19,23

  12:8 16:8 26:23
  28:1,19
**period** 23:2
**perpetuating** 13:20
  13:21
**person** 8:5 14:17
  17:12
**person's** 7:12
**Pfizer** 18:9 19:7
**Picture** 26:11
**Pittsburgh** 7:17
**place** 16:9 25:10
  29:18
**places** 10:14
**plan** 8:19 9:3,19
  17:11 24:1
**planet** 25:13 29:19
**platform** 6:4
**platforms** 6:9
**please** 8:22 10:12
  14:16 24:20
**pleasure** 11:15 13:3
  13:5
**plus** 19:2 28:11,12
**pneumonias** 28:6
**point** 7:4 18:13
**polyethylene** 18:7
  18:11 19:11
**possibly** 14:2
**POSTED** 1:7
**potential** 14:17
**potentially** 14:17
**power** 5:4
**pray** 29:9,10,12,14
  30:1
**presidency** 11:10
**president** 7:13 9:6
  14:18 21:2
**pretty** 24:19
**prevent** 16:14,15
**prevention** 26:7
**print** 26:9
**private** 25:1
**probably** 12:14
**probiotics** 17:22
  26:4
**problem** 7:25 13:22

problems 13:14
PROCEEDING 1:1
proceedings 31:5,14
produce 25:8
produced 3:11
products 18:21,22 30:10
prognosticate 22:6
proliferate 17:5
proliferating 25:18
propagated 11:13
properly 12:1
proportion 27:25
prosperity 29:24
protect 12:2,2 15:9 23:21 24:6
protocol 17:22 18:2 26:5,8 27:5
proud 28:25
provided 3:12
providers 8:9
publicly 7:11 11:25
purchased 27:11
purpose 10:14
push 24:17
pushed 5:11
put 9:7 10:8 19:20 20:13,14,18,20 25:11 26:9,15 28:18
putting 11:3

**Q**

quality 31:10
Quercetin 26:25,25
question 5:23 9:12
questions 6:22 27:3

**R**

R 4:1
ramp 4:10
reaction 13:9
reactions 13:8
read 27:18,19,21 28:2
ready 4:10 5:4 12:18 18:18

real 9:24,24 10:5,6,6 11:2 13:18,19 14:5 14:11 20:4 24:23 28:22
realize 5:21
really 4:17,25 10:25 10:25 11:11,19 13:13 15:14 17:7 18:4 20:24 21:14 21:15 24:5 26:19 28:1 29:11 30:11
reason 6:25
rebuke 29:7
Record 1:24 3:12
recording 2:4 30:24 31:7,8,11
red-listed 15:19
reduce 16:2 23:23 23:24
reduced 31:7
reform 11:2
refrigerator 26:10
regenerate 25:19
register 6:5 9:18 17:18,19
related 31:13
relative 31:15
remains 15:2
remember 8:16 10:12 17:16,17
repay 21:20
Republican 22:18
research 11:19
reset 21:25 24:1
respiratory 17:23 28:7,8
responders 13:13
return 14:8
reversible 30:17
REVISED 1:9
rid 26:22
right 4:16 6:14,21 7:25 9:2,22,23 11:4 14:14 16:24 16:25 17:2,4 22:6 22:7 24:8 25:21,22 25:23 27:6 29:7,14

29:16,17,21
risk 14:3 23:24 28:13
rock 5:4
role 31:8
roll 5:5 14:15
rolled 17:12
rolling 14:12
rollout 19:21
rush 24:12

**S**

S 4:1
sad 5:20 13:11
save 6:2
saying 7:5 10:10 13:20 24:8,11,15
says 9:2 14:6
scare 13:6
scared 11:14 13:23 13:24 23:21 25:24
scary 23:4
school 8:14 14:7
screwed 21:22
second 15:14 29:10
see 4:13 6:19 7:16 7:17,17 13:12 18:16 22:17,18,19 22:20 28:22
seeing 13:10 14:24
seen 19:16
send 6:6 25:1 26:11 26:12
sense 12:19,20 26:1
series 26:16,18
servers 6:9
set 4:13 9:1 10:17
shaking 13:15 19:15
share 4:25 5:6,6 7:19,19 8:22 9:18 11:6 12:15 18:16 23:18 24:19,25 28:4 30:2,8
shoot 16:24
shot 18:15
show 30:14
showed 16:6,23 18:9

shown 12:4 16:2
shut 4:12,14 5:2,18 7:14 8:25 12:14 13:17 16:22 21:11 22:21 23:9 24:14 27:19,20
shutting 6:13 12:10
sick 13:13 26:20,21
sickness 16:14 23:24 29:22
Sign 6:5
simple 14:5 30:12 30:12
sissy 15:22,23
site 13:9 17:15 19:3
situations 15:7
smart 8:15
snapping 16:24
social 7:14 12:6,9 13:17 21:8
soft 14:5,6 22:11
somebody 5:22 6:12 8:14
someone's 8:2
soon 7:13
sorry 16:3,5 23:23
sound 8:4
south 23:13
speak 7:14
spell 17:17
spread 11:20 12:5 16:3
stand 5:24 29:4
standard 20:2
start 12:18
started 28:20
starting 14:11 18:17
starts 6:13 21:8,9
state 6:21 22:13,14 22:15,25
states 9:6 11:19 12:7 12:11 20:10,17 22:18,19,21
stay 30:15
steady 9:21
stinking 30:16
stop 9:21 11:19,21

12:5 23:21
stops 25:9,18
store 12:25
stories 24:23
strength 5:3
stress 17:24
stroke 10:3
studies 18:8 19:6
stuff 10:4,23 12:17 16:14 17:2 19:1,7 20:16 22:7,15 25:1 27:16
stupid 25:25
stupidity 4:17 29:22
supervision 31:8
supposed 9:21 10:7
supposedly 15:10,12
suppress 8:24
suppressed 28:25
suppression 28:22
sure 8:18 14:24 19:16
surely 8:5
Switzerland 6:16
symptoms 11:21,22 16:16
syndrome 28:9
system 8:6 10:21 25:7,18 26:24 27:2

**T**

table 9:4
tag 11:6 24:20
take 4:24 9:5 16:20 16:20 17:2 26:11 26:24
taken 19:18
takes 4:14 9:17 13:22
talk 7:11 8:5,19 15:13 17:10
talked 19:6
talking 5:9 12:18 15:25 28:21
Tamiflu 12:3
tax 14:8
teach 26:19

**tell** 5:24 6:12 15:20 15:23 17:24 18:11 25:2 29:9
**telling** 6:3 24:9
**ten** 18:14
**tens** 24:2,4
**terrorist** 15:25
**testosterone** 25:14
**Texas** 6:20,21 20:22 23:11
**text** 26:11
**that's** 6:3,11 7:6,6 7:22 8:18,20,23 9:1,3,5,10,16,20 11:3,22 13:11,22 14:17,24 16:2,2,21 17:15,15 18:18 19:23 20:21,24 21:3,12,24 22:1,1 22:2 23:4,13,20 24:1 25:12 26:1,17 27:2,6,15 30:7,11 30:19
**therapeutic** 15:15 18:5
**there's** 8:3 9:3,19 10:10 11:11,12 13:7 17:20 20:4 22:9,11 25:15 26:6
**they're** 7:9 8:15,24 11:6,13,18 12:22 12:23 13:5,18,20 14:14,23 15:1,3,7 16:23 18:14 19:14 19:20 21:22,23,23 21:25 22:22,23 24:7,11,14,15,17
**they've** 5:11,11,12 12:8 14:11
**thing** 7:7,24 9:10,11 12:4 15:8 21:13 24:7 27:18
**things** 13:2 21:13
**think** 4:25 8:10 10:25 19:20 21:14 23:3 27:16
**think's** 15:4

**thinks** 11:17 14:10
**third** 23:1
**thousands** 17:25 24:2,3,4,4 25:3 26:13
**three** 11:12
**tick** 29:11
**ticked** 26:19
**time** 4:14,21 8:16 12:9 14:14 15:19 20:2 27:19 30:5
**timers** 4:13
**times** 18:14
**Tina** 5:15
**TITLE** 1:6
**told** 13:4 18:1,24 21:16 27:23 28:20 28:23
**tolerance** 26:3
**Tony** 8:3
**topic** 7:25
**totally** 9:2 30:17
**TRADE** 1:2 2:1 3:1
**transcribed** 1:8 31:6 31:9,15
**transcript** 1:1 3:11
**TRANSCRIPTIO...** 31:1
**travel** 13:1
**treat** 16:15
**treatment** 26:7
**tried** 16:22
**trillion** 9:19 19:24
**true** 10:8
**truly** 10:2
**truth** 4:22,22,23 5:24 6:8 7:1 9:1 12:18 19:19 23:22
**try** 4:4,6 13:6
**trying** 24:17 26:22
**turn** 22:23
**TV** 8:3
**Twelve-video** 26:18
**two** 6:6 10:11 11:11 23:18 29:19
**Tylenol** 11:1
**type** 8:10 30:17

**types** 8:8
**typewriting** 31:7
**Typically** 10:7
**tyrannical** 23:15

**U**

**uh** 13:6 19:8 25:13 26:2
**um** 10:18,18 13:6 19:8 26:3,4
**unattenuated** 15:16
**unbelievable** 21:14
**uncontrollable** 19:15
**uncontrollably** 13:16
**understand** 12:1,13 13:24 14:16 23:22 23:23 27:13 28:22
**unfortunate** 22:1
**Union** 22:25
**United** 9:6 20:10,17
**units** 16:11
**use** 16:17

**V**

**vaccine** 11:18 12:3 13:8 14:4,10,12 15:13,14,16 17:7,7 17:10 18:3,4 19:6 24:13
**vaccines** 9:7 11:9 14:18,19 19:21 22:12
**vast** 18:12
**version** 15:17
**versus** 9:13
**video** 5:3,6 8:24 13:17 30:3
**videos** 13:11,12 18:21 19:16
**videotape** 31:6
**Virginia** 6:19
**Virginia's** 6:20
**virologists** 8:12
**virus** 9:21 15:17 16:21 17:5 26:7

**viruses** 16:15 25:9 25:18
**vision** 29:18
**vita** 24:24
**vitamin** 16:1,1,7,11 16:21 17:1,22 25:5 25:6,11 26:2
**vitamindeals.com** 30:20
**voted** 15:11,11,12

**W**

**wage** 21:3
**waiting** 14:14
**wake** 5:21
**want** 4:13 5:5 7:1,1 7:4,10 8:21 9:15 11:7,8 12:17,19 13:23,23 17:8 19:18 23:14 27:9 30:2
**wanted** 4:24 7:7
**wants** 9:7 21:3
**warrior** 4:21 29:2
**watch** 6:12 15:22 18:20,21
**watching** 5:7
**way** 6:12 10:5 11:25 16:1 18:18,22 19:23 20:25 21:24 25:5
**ways** 11:11
**we'll** 18:25 24:25 25:1
**we're** 5:4,5,25 6:3 9:23 10:12 11:4 14:24 18:17,22 19:1 21:6 22:2 23:7 27:10 29:8 30:5
**we've** 5:25 6:17 7:2 16:13 19:25 20:1 24:2
**weakened** 15:16
**wealth** 29:24
**wealthiest** 22:24,25
**wear** 29:1

**wearing** 12:6,9,24
**website** 9:17 17:15
**week** 9:5
**weight** 23:25 30:15
**wellness** 4:20 29:1
**went** 8:14
**West** 6:19 23:12
**what's** 4:25 5:21 17:9 20:24 21:12 22:4,8,8,24 23:5 23:14 27:6
**where's** 21:16
**whistling** 20:3
**who's** 11:24 19:22
**Wisconsin** 6:16,19 6:23
**woman** 16:9 26:8
**women** 8:17
**won't** 22:14
**word** 6:11 21:7,9
**words** 21:10 22:6
**work** 14:7
**working** 12:12
**works** 8:6 16:18 17:6
**world** 4:16 8:7 13:2 22:2 27:8,17 28:25 30:23
**world's** 24:14
**Wow** 14:21
**Write** 28:3
**wrong** 24:9
**WW** 1:13 2:5 4:3
**www.ftrinc.net** 1:25

**X**

**X** 2:2

**Y**

**y'all** 4:25 18:15 27:13 28:21
**years** 10:9
**York** 7:16 12:8 23:10
**you'll** 13:24
**you're** 7:5 9:2 15:21 15:22 22:17,17,19

22:20 25:24 26:1
  26:20,21 27:14
**you've** 5:12 10:11
  19:16 27:17,23

**Z**

**zeroes** 20:4
**zinc** 16:19 17:2,4,21
  18:23 19:1 25:11
  25:17,18 27:12
  30:13

**0**

**1**

**1** 1:10
**1.9** 9:19 19:23
**10,000** 16:10
**100** 9:7,7 11:1,8,9
  14:18,19,19 21:1
  22:10
**100-day** 17:11
**12-video** 26:16
**15** 21:3
**15,000** 28:14
**16** 1:8
**17,000-plus** 28:7
**18** 3:13

**2**

**2** 30:17
**2.2** 24:10
**20** 10:19,23 28:19
**200** 11:1
**2012** 18:9
**2020** 16:6
**2021** 1:8,8,9 3:7,13
**2021-2-23** 1:13 2:5
  4:3
**2023188** 1:5 3:4
**22** 1:8
**23** 3:7
**25,000-** 28:10
**26** 1:9
**26,000-plus** 28:8
**28,000** 28:12

**3**

**3/26/2021** 31:21
**300** 25:15
**301** 1:25
**31** 1:10
**350,000** 27:23

**4**

**4** 2:5
**44,000-plus** 28:9

**5**

**5,000** 16:10
**54,000** 13:7

**6**

**6** 9:25 28:1
**6:18** 1:8

**7**

**77** 16:7

**8**

**800** 1:25 4:9
**87,000-plus** 28:5
**870-8025** 1:25

**9**

**921-5555** 1:25
**97** 12:8
**99** 26:23