Complaint Exhibit G

# In the Matter of:

## Eric A. Nepute, DC

*January 17, 2021*
*2021-2-23 WW Wuhan Exposed*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**3**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.        2023188

TITLE             ERIC A. NEPUTE, DC

DATE              POSTED TO FACEBOOK ON
                  JANUARY 17, 2021 AT 2:03 P.M.
                  TRANSCRIBED:  MARCH 22, 2021
                  REVISED:  MARCH 26, 2021

PAGES             1 THROUGH 44

2021-2-23 WW Wuhan Exposed

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

---

1                FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Eric A. Nepute, DC             )  Matter No. 2023188

5                                   )

6    -----------------------------)

7                               January 17, 2021

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on March

13   18, 2021.

14

15

16

17

18

19

20

21

22

23

24

25

---

**2**

1                FEDERAL TRADE COMMISSION

2                     I N D E X

3

4    RECORDING:                                    PAGE:

5    2021-2-23 WW Wuhan Exposed                       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**4**

1                  P R O C E E D I N G S

2                  -   -   -   -   -

3               2021-2-23 WW Wuhan Exposed

4          DR. ERIC NEPUTE:  -- Dr. Eric Nepute.

5    I'm --

6          (Break in audio.)

7          DR. ERIC NEPUTE:  Hey, everybody, it's Dr.

8    Eric Nepute.  Oh, gosh, I hope you're having a blessed

9    day today.

10         Listen, I want to share some information

11   with you that I've been researching for a while, that

12   we've known about for a while, that it's time to put

13   out in the public space, and there's no time like the

14   present to share this.

15         So what I'm going to do is I'm going to

16   share with you my notes on a couple papers that we've

17   done so far that I want you to hear this, I want you

18   to save this.  You need to hit that share button. I

19   want you to tag a friend.  And we're going to put this

20   paper -- these papers and these videos on our -- on

21   our servers on our site.

22         So there's two places you can go to sign up

23   to get our daily videos and our emails and all of our

24   papers that we're putting together.  Number one, you

25   can go -- it's the easiest one to remember, it's

---

1 (Pages 1 to 4)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                    1/17/2021

---

5

1    freevitamindeals.com.  Somebody write that down below,
2    freevitamindeals.com.  Or you can go to
3    EricNepute.com, and I know it's not easy to remember,
4    but it's Eric -- so E-R-I-C-N-E-P-U-T-E.com -- that's
5    N-E-P-U-T-E.
6        So while we're waiting for people to jump on
7    with us, let me know where you guys are watching from,
8    because I'm telling you, this is going to be something
9    that -- that's going to make you go, hmm, all right?
10   We've got a lot of -- with all the declassified
11   information that's out now, it's quite crazy.
12       So we've got -- Allen's in Scotland.  Hello.
13       We've got -- Crystal's in Michigan.  We've
14   got Mississippi, Missouri.  Illinois in the house.
15       Who else we got watching us?
16       We got Texas.  Hello, Texas.
17       We got Florida, Northeast Florida.
18       Hi, Dawn.  Hope you're well.
19       Karina, how are you?
20       Alicia from Illinois.  Hope you guys are
21   well up in Illinois.
22       Matt, what's happening in North Carolina?
23   Hope you guys are great.
24       Guys, hit that share button.  And, again,
25   you guys can watch these videos -- what I'm going to

---

6

1    talk about now, I'm going to go over my notes -- I'm
2    going to go over my notes for some papers that I've
3    written and some that we're writing right now.  All
4    this declassified information that's out, especially
5    about what's happened in Wuhan, China, is just
6    absolutely insane.
7        So hello, everybody.  I see you.  Please hit
8    that share button.  You guys can watch those videos
9    and get this information if you go -- the website is
10   real simple.  It's freevitamindeals.com.  It's just
11   easy to remember, freevitamindeals.com.  Go there,
12   join the movement, get the -- get the -- the
13   newsletters that we send out and the videos every day.
14       So you guys aren't going to believe this.  I
15   mean, let's just kind of get into it.  Here's some of
16   my notes.  So if I'm looking off to the side, it's
17   because I'm reading my notes.  So hit that share
18   button.  Please hit that share.  We did an amazing
19   video yesterday about the great American reset and how
20   you can help yourself.  So I want you to stay 'til the
21   end of this video because I've got some action steps
22   for you, some things that are going to really blow
23   your mind that should be in the mainstream media that
24   aren't and it's just sad because they're lying to you
25   on purpose so they can keep you fat, sick, and nearly

---

7

1    dead.
2        So here we go.  Here's what we know.  We
3    know right now that the bad guys are trying to make
4    the good guys look bad.  I'm calling out corruption
5    from not just a political standpoint, but my lane is
6    health care.  You guys, I'm a primary care provider,
7    I'm a physician in Missouri.  I practice all over the
8    country.  I train doctors all over the place and the
9    truth will set you free.  And I've always been a
10   warrior, if you will, for the truth.
11       So check this out.  Let's talk a little bit
12   about the virus and what we do know about this thing,
13   some new things that you don't know that you haven't
14   heard.  I guarantee you've not heard this before,
15   about the studies out of Indonesia and kind of what's
16   happening.  So just think about this for a minute.
17   Think about -- think about what's really happening in
18   our country and really around the world right now.
19       One of my friends is a fighter pilot.  He's
20   a -- he was a Top Gun, and he said to me a lot of
21   times, he said, Doc, I always know when I'm over my
22   target -- this guy's a fighter pilot -- whenever I'm
23   getting shot at the most, whenever I'm catching the
24   most flack.  Because when you're hovering over the
25   truth, you're going to get shot at the most by the

---

8

1    people that don't want you to know the truth, and you
2    guys know that suppression of information is higher
3    now than it's ever been.  So just think about this,
4    especially when it comes to the truth about this
5    virus.
6        Now, we know for a fact now that this virus
7    was -- did come out of a laboratory in Wuhan, China.
8    We've known that from the beginning.  We've known --
9    we knew that the United States Government actually
10   paid the Wuhan lab to -- millions of dollars over the
11   course of who knows how long, but to make this virus
12   more virulent, which means more infectious, more
13   deadly, all this kind of stuff.
14       Now, what I want you to understand is that
15   there are 36 coronaviruses that we know about.
16   Somebody write that down, 36.  There are 36
17   coronavirus that we know about.  There are about --
18   there are about seven -- seven of them that we know
19   that cause diseases in humans.
20       Now, one thing that we do know is that we
21   know that the majority of coronaviruses are simply
22   benign.  They're just simply benign.  I mean, some of
23   them are so weak, they don't even cause us to have
24   flu- or cold-like symptoms.  Now, I'm going to show
25   you and tell you during this talk now what's going on.

---

2 (Pages 5 to 8)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                        1/17/2021

9

1  So just -- just hear me on this.  Just -- this is
2  probably one of the most important videos that
3  you're ever going to watch.  That's why I want you
4  to hit the share button and I want you to save this
5  video.  When I get done, save it, and then I want you
6  to share this to your friends all over the place.
7  And then I want you guys to go to our site, go to
8  freevitamindeals.com.  That way you guys can register
9  for our newsletters that we send out every day and you
10 can have this video, plus the papers that go with it.
11      So I need you guys to listen to this.  Now,
12 here's the deal.  Let's talk about coronavirus.  I
13 told you there's 36 of them, I told you there's 7,
14 most of them are benign.  I mean, my gosh, most of
15 them you don't even know you've got them and you have
16 -- achy or a cold for a day or two and that's really
17 the deal.  But we know that the Wuhan lab was paid to
18 manipulate this virus.  We know that for a fact.
19      Now, what I need you to understand is this.
20 Think about -- and the best analogy I can give,
21 considering that we're -- we are at war right now,
22 whether you believe it or not.  It's not the normal
23 kind of war that you are used to hearing.  It's more
24 of a technocratical war and it's a political war and a
25 -- but this is a biological weapon.  I'm just telling

10

1  you right now.  Whether it was released on purpose or
2  it was released on accident, either way it's being
3  used as a weapon.
4      If it was released on purpose, once we find
5  that out, the people who released that need to pay for
6  that, I mean, in a way that you can't even imagine.
7  And then if it was released on accident, if it
8  accidentally got out of the lab, then it was
9  weaponized by politicians because this has just been
10 blown out of proportion like you wouldn't believe.
11      So -- so the deal is this.  Think about --
12 think about a bomb, okay?  I'm giving you an analogy,
13 all right?  Think about a bomb.  If you've got a bomb,
14 the bomb itself really isn't the most important thing.
15 It's the guidance system that gets it to where it
16 needs to go, right?
17      And if you think about a coronavirus, a
18 coronavirus which, again, we've known about 36 of them
19 since the beginning of, you know, human science
20 measuring viruses in this planet.  We've lived with
21 them for, you know, centuries, no problems.  We have
22 adapted, overcome these things all the time.
23      So here's the deal.  This -- this -- think
24 about this virus as this circle.  Well, those spike
25 proteins you hear about that corone -- or that crown

11

1  the corona, the spike proteins are the -- they're like
2  the guidance system.  What those spike proteins do is
3  they attach to -- to what's called an ACE receptor.
4  Let me tell you, the spike protein attaches to an ACE
5  receptor.  Then it can get into the cell.  If it gets
6  into the cell, then it can multiply.  If it
7  multiplies, then we get sick.
8      Now, symptoms -- in the medical world,
9  symptoms equal disease.  Symptoms equal disease.  So
10 if you don't have symptoms, you don't have disease.
11 That's the definition of the medical world.  So
12 asymptomatic doesn't exist.  Now, just -- let's just
13 make sure that we're clear on that.  Asymptomatic is
14 complete BS.  It doesn't exist.  It's been proven
15 again and again and again if you don't have symptoms,
16 you're fine.
17      But, listen, here's the deal.  What's
18 happened was they made this -- and we'll talk about
19 this vaccine in a minute, but they made this
20 coronavirus more -- a better guidance system.  That's
21 what's happened.  So it's a better guidance system.
22 So it has those sticky proteins that attach to those
23 ACE-2 receptors.  Now, here's what I need you to
24 understand.  If we can get something like Teflon that
25 doesn't allow it to stick to those ACE-2 receptors,

12

1  then that virus can't get inside our body.  You guys
2  tracking me on that?
3      And by the way, we can't avoid this virus by
4  wearing a mask, by putting up expensive Plexiglass,
5  by, you know, social distancing.  We can't.  It's
6  impossible.  You can't avoid respiratory viruses.
7  It's impossible to avoid them.  You might be able to
8  slow down, you know, the exposure from one person to
9  the other, but we can't avoid it.  We're going to get
10 exposed to it.  So I want to teach you what you can do
11 to help yourself.
12      If we can block that ACE-2 receptor, if we
13 can block that sticky protein spike from -- from
14 attaching to our cells, then the chances of us getting
15 infected are -- go way down.  And, also, if we can
16 stop it from replicating, our chances of getting the
17 disease aspect of it goes way down and the chances of
18 us having to go to the hospital and ICU go way down.
19      How do we do that?  Well, it's real simple.
20 Vitamin D has been shown again and again and again --
21 all the trillions of dollars that we've spent with the
22 CDC, all of our government money, your money -- your
23 money, my money, all -- everybody watching this at
24 least in America's money that's been taken out of our
25 paycheck and given just completely frivolously to the

3 (Pages 9 to 12)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                                                    1/17/2021

---

13

1  CDC to do studies on, you know, testing that doesn't
2  work, it's complete BS, the testing, and it's been
3  proven again and again that it's bogus. There's no
4  science to the testing whatsoever. Even the Ph.D.
5  Nobel Prize Dr. Kary Mullis who created them said you
6  can't tell somebody's sick by a PCR test. So we
7  should stop these.
8       But they're taking our money and they're not
9  studying what we could do to improve our immune system
10 or what we can do to stop the spread of the virus
11 other than wearing a mask or pushing a vaccine, which
12 we're going to get into because again and again and
13 again it's been proven by NIH, World Health
14 Organization, the CDC, the list goes on and on, that
15 vaccines do not stop the spread of the virus.
16      Now, if we can stop that sticky protein from
17 attaching to that ACE-2 receptor, everybody --
18 somebody write this down or say this, ACE-2 receptor
19 -- well, guess what stops that. Vitamin D does. And
20 it needs to be vitamin D3. It needs to be a liquid,
21 emulsified vitamin D3. Study after study have shown 9
22 out of 10 people that died of COVID-19 had low vitamin
23 D3. Study after study has shown again, journal mag --
24 Journal of Nature Magazine 2020, in April and May,
25 showed that if you have the adequate amounts of

---

14

1  vitamin D3 in your system, then you have a 77 percent
2  less chance, a 77 percent less chance of getting
3  infected in the first place. Somebody write that
4  down. Vitamin D3 equals 77 percent less chance of
5  getting infected in the first place. That's what you
6  need to understand.
7       There was a huge study that was just
8  released out of Indonesia. The Indonesian Government
9  took their money and says, well, it seems like masks
10 isn't work, social distancing isn't working, we've
11 tried all this stuff the United States has told us to
12 do for the last year, now we got to figure out what to
13 do on our own because something ain't right over in
14 the United States, which there ain't -- a lot ain't
15 right over there.
16      You guys hit that share button. I need you
17 to hit that share button. I got a lot of information
18 I'm going to share with you. This will be probably
19 one of the most game-changing videos that you'll see
20 and hear and I can promise you this can save people's
21 lives, and I'm very confident in that because I know
22 it saved people's lives already, the information that
23 we've given. You're not getting this from anywhere
24 else. There's a reason why they're suppressing this
25 information.

---

15

1       Now, listen, so ACE-2 receptor blocking is
2  important. The Indonesia study just found that. You
3  guys can go right now, Google Indonesia study, ACE-2
4  receptor blockers and D. It shows all this stuff
5  that's happened.
6       Now, the bottom line is this. What I need
7  you to understand is the altering that happened that
8  was paid for out of the Wuhan lab, that was either
9  released on purpose -- so that's -- that's a warfare,
10 okay; that's biological warfare -- or was released on
11 accident, which then was propagated -- they used the
12 post-release of this, the accidental release on this
13 thing to control people through -- really through
14 politics and that's what's happening right now.
15      So you need to understand things that you
16 can do to help yourself. And what I'm doing is I'm
17 sharing with you guys some of the notes of some of the
18 papers that I've written on this so far and I'm
19 telling you it's absolutely crazy what's happening.
20      So here's the facts. The virus was either
21 released either on purpose or an accident. Either
22 way, it's been propagated as fear. Because if you are
23 in fear, then -- then -- well, then they can control
24 you. Like seriously what happens in the body when you
25 get into that fight or flight response, which is just

---

16

1  how our brain is trained. When you get in flight or
2  fight response, you can't have logical, rational
3  thinking. That's why when I was at the airport the
4  other day, I saw literally a lady who had a freaking
5  like moon suit on with goggles. I'm like what are you
6  -- what the hell is going on? I thought it was a fake
7  statue. I mean, I couldn't believe the stupidity and
8  ignorance of the world. But, again, she's being --
9  these people are being spoon fed lies and that's
10 what's happening.
11      And so if I can help you with the fear,
12 okay, if I can give you some facts and some faith,
13 well, guess what, we can reset our brains and our
14 minds and then we can get over this stuff because
15 that's really what we need. We need -- we need to tip
16 the scale. Right now, there's too many people in
17 fear. But once we tip the scale back to people having
18 faith and having facts, well, guess what, we win,
19 because you can't mind control -- psychologically
20 (inaudible) mind control people if they know the
21 truth.
22      I've got millions of people that have
23 followed us and share our videos all over the world
24 and -- and use our products and -- by the way, here's
25 the thing, I want you guys right now, because this

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                    1/17/2021

17

1  video can cut out at any moment, and that's just what
2  happens when we have -- like we got 1,200 people on
3  here right now.  Once we get this high, it usually
4  goes -- goes dark.  I'm just telling you that's what
5  happens.
6         So I need you to go freevitamindeals.com.
7  That's freevitamindeals.com.  What you need to do, go
8  there and put your email in and join the movement
9  because you'll get a full video on this later, if not
10  tomorrow, and then the research and everything goes
11  with it.  Because I want to inspire and educate and
12  inform you because that's what doctors are supposed to
13  do and that's what I am.
14         So a couple things I want you to understand
15  is -- is this.  We have known -- we have known about
16  destroying viruses in the human body for -- well,
17  really since the sixties and seventies.  There's some
18  amazing stuff that's out there that's really -- that's
19  really helped people and -- and, um, things that --
20  I'll give you the terms of this stuff.  It's called a
21  -- I'll spell it for you.  But I'll say it first so
22  you can look this up.
23         There's two things that you got to be able
24  to make sure you have, enough vitamin D in your system
25  and you got to have zinc.  Vitamin D stops the virus

18

1  from attaching and zinc stops the virus from
2  regenerating.  That's important that you have those
3  two.  Every man, woman, and child should have those to
4  protect themselves.  If you protect yourself and you
5  get your body healthy, then you don't have as much
6  fear.  If you don't have fear, then you're not going
7  to be dealing with all this stuff -- like I don't know
8  if you guys know this, but between the ages of 12 and
9  17, depression is the highest it's been.  Suicide's
10  the number one killer in that age group all because of
11  what's happened because of these Draconian measures
12  because our government is fearing you on purpose.
13         So in the sixties and seventies, we started
14  treating viral infections with anti-microbials.  By
15  the way, D is an anti-microbial.  The other big key,
16  though, is to understand something called pH.  pH is
17  acid versus alkalinity.  Anybody that went through 8th
18  grade chemistry class remembers this.  If somebody is
19  too acidic, then our body gets sick.  When you're
20  acidic, that's when bacteria, funguses, all that stuff
21  can grow in the body, our immune system gets weak, and
22  we're more susceptible to infections.
23         The more alkaline our body is, the healthier
24  we are.  So the key is we want to be more alkaline,
25  not too alkaline, but we want to be more alkaline.

19

1  Well, how do we do that?  Well, number one, you have
2  to avoid the standard American diet.  So eating
3  processed foods, eating sugars, sweet, you know, even
4  too much fruit can cause you to be -- become acidic.
5  Definitely stress is a huge contributing factor.
6  Being inside -- and guess what else causes you -- your
7  body to become acidic?  If you have a mask over your
8  face and you can't get your carbon dioxide out of your
9  mouth, you may -- you may show a pulse oximeter, but
10  your carbon dioxide levels are going to go up in your
11  body.  And I see it all the time because I do
12  functional medicine and functional nutrition in my
13  practices and I see carbon dioxide levels go high.
14         You guys, I need you to hit that share
15  button.  Everybody needs to share this.  We got to
16  break the algorithm of social media so that more
17  people can see this stuff.  That's just the reality.
18         If you -- if you understand this aspect
19  about your health, you can protect yourself and you're
20  not going to be living in fear as much.  And when
21  you're not living in fear, you can let your light
22  shine so it unconsciously and consciously lets other's
23  lights shine around you.  So please hit that share
24  button.  And I want you go to freevitamindeals.com --
25  that's freevitamindeals.com -- to watch the rest of

20

1  this.
2         But there's something in these anti-
3  microbials -- oh, by the way, pH.  A guy by the name
4  of Otto "Weinberg" won a Nobel Prize in the early
5  1900s about his work on pH.  And they found that if
6  you're more alkaline, you have less chances of heart
7  disease, cancer, diabetes, stroke, sickness, disease,
8  infection, so on and so forth.
9         How do we become more alkaline?  Vitamin D,
10  zinc is a huge alkalizer in the body, dark green
11  vegetables.  The average American should be eating
12  four to six cups a day of leafy green dark vegetables.
13  Since you're not doing that, you got to supplement
14  with zinc.  It's so important, it's not even funny.
15         And then if you guys -- if you understand
16  how to alkalize your body with water, which is just
17  drinking -- you should drink half your body weight in
18  ounces of water every day.  You should get some pink
19  Himalayan salt, at least two or three times a day,
20  take a good, healthy pinch, and I mean a good three-
21  fingered pinch, and throw it in that water, put it in
22  your food or put it in your mouth and eat it.  Pink
23  Himalayan seat salt, as well as Celtic sea salt and
24  some other ones, but the bottom line is this, that
25  makes that water alkaline.

5 (Pages 17 to 20)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                    1/17/2021

21

1       That is a very healthy thing because what
2   happens is when you have an alkaline environment,
3   viruses, microbials, bacterias, et cetera, cannot
4   affect your body and our immune system gets stronger,
5   which is what the CDC should be spending money on is
6   how do we improve the immune system because the
7   vaccine doesn't work. I'm going to get into that in a
8   minute. Wearing a mask absolutely is completely
9   ludicrous. If that worked, then why would we be where
10  we're at? And the testing is complete BS. It's all
11  over-politicized.
12      So by the way, just so we can say this -- so
13  let's talk a little bit about the vaccine for a
14  minute. We have -- we used to have to have vaccines
15  and people still in certain areas of the world need
16  vaccines and here's why. Because they don't have
17  treatments for a disease.
18      Well, we use these treatments called liso --
19  "liposomatic" -- "liposomatic" tropic agents. It's --
20  it's an agent that helps the body stay alkaline and it
21  -- it knocks the outside layer of fat off of the cell,
22  like a virus so it can go inside and can kill the
23  stuff. So these are things like -- like that's why
24  ivermectin and hydroxychloroquine are beneficial. But
25  remember, ivermectin essentially does the same thing

22

1   that zinc does. It's -- it's -- high levels of zinc
2   acts exactly the same way that ivermectin does.
3   That's why you should be taking zinc every day.
4       And by the way, if you want to know the
5   dosages of that, we put together a one-sheeter guide
6   that you can -- you can get -- you can absolutely get
7   this. You go to freevitamindeals.com. That's
8   freevitamindeals.com. And it talks about what you can
9   do. It's a guide. It's a -- one guide for viral
10  treatment and prevention. You guys can go there and
11  download this thing. And then what it does, it shows
12  you what nutrients and what dosages to take to prevent
13  and what nutrients and dosages to take for treatment
14  protocols.
15      I can't talk about them on this because
16  we'll get shut off, but what I'll tell you is
17  ivermectin works the same way as zinc does. They're
18  both -- they're both gamma agonist chemicals which
19  stops viruses from regenerating. I mean, it's pretty
20  common sense.
21      By the way, almost every medication that's
22  out there today came from some type of natural herb,
23  root, mineral, something. That's where they came
24  from. But the reason why pharmaceutical companies
25  don't take zinc and sell it to people is because they

23

1   can't patent it. It's a natural substance. And,
2   trust me, I sell vitamins. There ain't a whole lot of
3   money in selling vitamins. There's a whole lot --
4   we're talking trillions of dollars a year in vaccines
5   and medications.
6       And I'll talk about why hydroxychloroquine
7   and ivermectin have been completely run through the
8   mud, because, again, it goes back to the whole idea
9   that if you're over the target, right, going back to
10  that fighter pilot analogy, if you're over the target
11  with the truth, you're going to take the most flack
12  and get shot at. So it's important that people
13  understand about the lisomotropic agents.
14      And then let's -- let's talk about -- let's
15  talk about this. Let's talk about the two groups of
16  people that are out there. You know, you've got the
17  majority of people, 99.97 percent or 99.997 percent of
18  people that get this infection, that -- you know,
19  maybe they get a little mild sickness, they don't feel
20  very well -- which, by the way, symptoms equals
21  disease in the medical world. If you don't have
22  symptoms, you don't have disease.
23      Let's just make sure that you understand the
24  nomenclature because a lot of people think if you get
25  a disease, that that just means that you're infected.

24

1   That's not the case at all. Disease equals expression
2   of symptoms. Most people don't have expression of
3   symptoms. Some 80 to 90 percent of people don't even
4   know they have this thing. It's because it's not a
5   big deal.
6       What's different between those people versus
7   the people that get this and are very sick? What we
8   have found -- and the Indonesian study concurs with
9   this -- two things. Number one, these people are
10  vitamin D deficient. I don't know what else to tell
11  you other than every man, woman, and child should be
12  taking vitamin D every day. And the dosages -- you
13  guys can go to freevitamindeals.com to get the
14  dosages.
15      Oh, and by the way, we are giving away a
16  million bottles of vitamin D3 and a million bottles of
17  zinc. We've already done that once before. We're
18  doing it again. We're giving a million bottles of D3
19  and a million bottles of zinc because that D3 does
20  exactly what I said. It blocks the spike protein from
21  the ACE-2 receptor. That's what it does. So it
22  doesn't allow you to get infected in the first place.
23      So you should be taking vitamin D3 24/7/365,
24  regardless of if you live in the sunshine or not.
25  People say, well, it's the sunshine vitamin. Yeah,

6 (Pages 21 to 24)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                            1/17/2021

25

1  but your body's got to be working perfectly and most
2  of you are too acidic and taking too much medications,
3  vitamin D is not being produced in your body.  You
4  have to supplement it every day.  All my patients, my
5  children, everybody I talk to, every day supplement
6  D3.
7        Yes, the PCR test is completely a joke.
8  It's not even -- it's a waste of time, energy, and
9  definitely the millions of dollars we've spent on it,
10  probably billions of dollars.
11        Number two, the other reason -- what we
12  found -- and, again, the Indonesian study talks about
13  this -- that second group of people that gets infected
14  with COVID-19 and gets really sick, gets disease
15  really bad, ends up, you know, a long hauler symptom
16  or they end up in the hospital, remember, the
17  Indonesia study showed that if you have a vitamin D
18  level of a 30 or above, if -- you have a 4 percent
19  chance or less of going to the ICU.
20        You should go get your blood check done to
21  see where your levels are.  But either way, you should
22  supplement with D because 30 is like the base
23  acceptable bottom of what we want.  We want that level
24  to be at a 60 to a 120.  That's the sweet spot for
25  vitamin D.  And it needs to be D3, not D2.  D3 is 65

26

1  percent more absorbable and usable in the body.  D2 is
2  a prescription that your doctor gives you from those
3  pharmaceutical companies that does not work.
4        The second thing that they found is the
5  people that are in that -- in that group that get
6  really sick and -- and -- and really have bad results
7  and some even die is because they're acidic.  Well,
8  there are multiple things that cause acidity.  Stress,
9  number one, which by the way, who's not under stress
10  right now.  And I believe that's part of the problem
11  is they've overstressed us on purpose, knowing that
12  would make us be more acidic.  Lack of oxygen, putting
13  a mask on your face lowers oxygen.  No exercise causes
14  our muscles to become -- and our body to be more
15  acidic.  Do you understand what I'm saying?  Do you
16  see the things that are taken away from you?  Making
17  you wear a mask, stressing you out, not allowing you
18  to go to the gym and work out.  Y'all see that?  Okay?
19        And then anyone who's on medications, all
20  right?  Medications -- medications, the delivery
21  system of medications, most of them had -- have some
22  type of an acidic delivery system.  That's why you'll
23  see such-and-such medication, HCL at the end.  Well,
24  that's an acidic delivery system.  So drugs cause our
25  body to be more alkaline.

27

1        You guys need to hit that share button.  Why
2  are you not sharing this?  This is -- this is a --
3  this is a gem.  Everybody needs to know this.
4  Like this can save your life and save the lives of
5  your loved ones.  Don't you have people that you love
6  and care about?  You should save this video and share
7  it.  Like what are you waiting for?  I don't
8  understand this.  And every one of you should go to
9  freevitamindeals.com.  That's freevitamindeals.com.
10  It -- number one, to get the -- on the mailing list
11  because who knows, social media can be gone in an
12  instant (snapping fingers).
13        Number two, we'll send out the full videos
14  of all this plus the articles and everything behind
15  it.  So go there so you can get that every day.
16        And then -- and then number three, we're
17  giving away a million bottles.  I'm paying for it.
18  All you have to do is -- you pay shipping and handling
19  and this is what I'm giving you, a bottle of D3, a
20  bottle of zinc, the best stuff that's out there,
21  period.  And I'll put our stuff out there against
22  anybody, and I created this stuff because I'm a doctor
23  and I got so sick and tired of people buying bottom of
24  the barrel crap at the store and not getting any
25  different results.  So you got to have the right

28

1  stuff.
2        So -- and I'm also giving you -- there's a
3  90-day transformational program that I'm giving.  It's
4  a free class that I'm giving you for free.  I normally
5  charge like 699 for this class.  It teaches you how to
6  eat better, sleep better, de-stress, lose weight,
7  reset your metabolism because that's the real American
8  reset we need.  We need a reset -- not of economics.
9  Yes, I agree we need a reset politically, but we need
10  a reset of our health.  And we have a reset plan that
11  -- I've been reset for over a decade.  It just so
12  happens that they're talking about reset now in a
13  whole different way than I do.  But it resets people's
14  health and metabolism because when you're overweight
15  and you're obese, you have a higher risk of heart
16  disease, cancer, diabetes, stroke, Parkinson's,
17  dementia, Alzheimer's, et cetera, and that puts you in
18  that co-morbidity state.
19        So if we not -- we need to get people off
20  their medications.  I'm not telling you to go home and
21  throw your drugs in the toilet.  That's not what I'm
22  saying.  But I'm telling you to get healthy.  If you
23  get healthy with the right nutrients and the right
24  weight of your body, then guess what happens.  Then
25  you get off those medications.  Now you don't become

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                                                     1/17/2021

29

1    so acidic.  You guys tracking me on that?
2          Now, let's talk about this a little bit
3    more.  So, yeah, the pink Himalayan salt in water is a
4    huge big part of that as well.  And we've got an
5    alkaline report as well we'll put on there, things you
6    can do to help yourself become more alkaline.  But
7    vitamin D, zinc, dark green vegetables and water are
8    the keys and then exercise for the respiratory stuff.
9          So let's talk a little bit about this
10   vaccine.  How many of y'all want to hear a little bit
11   more about this vaccine?  Does anybody have any
12   questions about the vaccine?  Type them in and I'll do
13   my best to answer them.  But here's the deal.  Here's
14   what most vaccines normally are.  Most vaccines are a
15   weakened version of the real virus, like measles,
16   chicken pox, mumps, all that stuff.  They take a
17   weakened amount of that, plus they take something
18   called an antigen, which most people have problems
19   with the antigens, but -- and by the way, I'm not
20   anti-vaccine at all.  I'm freedom to choose.
21         If you want to get one, go to the front of
22   the line and make it happen.  I don't care.  But you
23   need to know your risk verse your benefit.  There's a
24   law called informed consent and I have to -- I have to
25   give people informed consent before they do things in

30

1    my offices.  Your doctors are supposed to give you
2    informed consent when it comes to what's going in your
3    body.
4          So here's the deal with the vac -- normal
5    vaccines.  Normal vaccine is a weakened form of a
6    virus.  You get that injected into your muscle and
7    what happens -- the theory behind it -- not the law,
8    the theory -- is that your body goes, all right, I'm
9    going to -- I've got a weakened form of this virus,
10   I'm going to remember -- I'm going to have memory
11   response to an immune response on how to fight this
12   virus, which by the way nobody ever gets a virus
13   injected into their body that goes through their nose,
14   their eyes, their mouth, et cetera.  So it kind of
15   passes some of the necessary steps to form a TH1 and
16   TH2, which is true immunity to something, which is why
17   people need booster shots.
18         But a regular vaccine -- hit that share
19   button, you guys, because your friends need to hear
20   this -- a regular vaccine goes in the body and the
21   body has this remembered memory response to this thing
22   and -- and then when you get infected with it in real
23   life, the theory behind it is your body goes, oh, I
24   remember how to fight that and it goes and does its
25   thing, as long as it has enough nutrients to make T

31

1    cells.  And that's the key.
2          Killer T cells are the key to fighting off
3    all sicknesses, bugs, bacteria, virus, et cetera.  And
4    the only way -- the only way to -- to have enough T
5    cells in your body is vitamin D3 and zinc.  Those are
6    the -- those two nutrients make your T cells.  That's
7    why I'm such a big fan of vitamin D3 and zinc.  I
8    mean, those -- those two help make T cells in the
9    body, which fights and kills stuff.
10         This vaccine's different.  In fact, a lot of
11   my doctor friends and colleagues and Ph.D. friends of
12   mine will say that this really isn't a vaccine.  It's
13   a genetic modification therapeutic tool.  I don't know
14   what else to call it because it's not that -- it's not
15   a weakened form of the virus.
16         So how this essentially works is this -- and
17   I made some notes on it so you guys could understand
18   it -- is how this essentially works is -- is this
19   virus -- or this vaccine -- we're going to call it a
20   vaccine, but I'm just telling you, it's really not.
21   It's more of a genetic modification deal and it's --
22   it's -- it's an mRNA, right?  It's an mRNA.  So think
23   about -- think about an mRNA basically like, um, uh,
24   it tells your body to change the way proteins are
25   synthesized.  So it's like taking a piece of paper and

32

1    making a photocopy of it and then the photocopy tells
2    your body what to do with its proteins.
3          Well, the whole idea with this mRNA vaccine
4    treatment is what it does is it essentially makes your
5    body cells to produce those spike proteins, all right?
6    Those spike proteins that I told you about at the
7    beginning of this video -- and if you guys are just
8    jumping on, I'm Dr. Eric Nepute.  It's great to see
9    you.  Go back and watch this from the beginning.  Hit
10   that share button and then go to freevitamindeals.com
11   and sign up for this, because we'll have this video
12   sent to you probably first thing tomorrow in your
13   email with some other information and research that
14   you need to have.  This is a game-changer.  This needs
15   to go far and wide because I'm spilling the beans on
16   this deal.
17         So this -- this -- this virus or this --
18   sorry, this vaccine, when they inject you with the
19   mRNA, what it does it basically causes all the
20   cells in your body to have a response to produce those
21   spike proteins.  And when those spike proteins are
22   produced, your body then is supposed to have some type
23   of -- some type of immune system remembered response
24   to that.  Because what they're trying to do is they're
25   trying to kill off that spike protein.  Remember, I

8 (Pages 29 to 32)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                    1/17/2021

---

33

1  told you the spike protein's not the bomb, the
2  coronavirus is the bomb, the spike protein is kind of
3  like the missile guidance system. So if we can kill
4  that missile guidance system, then our body's going to
5  be okay.
6          The problem is this -- and here's what I
7  want you to understand -- and I only know of it -- by
8  the way, our Ph.D. scientists and our other doctors
9  that we collaborate together working on this, we know
10  of four vaccines and really three big studies that
11  have tried to make mRNA vaccines in the past. So
12  number one, remember SARS and MERS when it first came
13  out? Those were some seriously deadly diseases. They
14  tried to do these vaccines and studies on cats,
15  ferrets and monkeys.
16          Let me tell you what happened. When they
17  did the mRNA studies with those animals, what they did
18  was they gave them the injection of the mRNA vaccine
19  and what happened was these animals had something
20  called pathological priming. And what happened was
21  whenever they got exposed to the virus in real life,
22  they died. Like they literally died. They couldn't
23  even get past the animal trials with this vaccine in
24  the past.
25          Now, apparently, they're able to speed this

---

34

1  up and they can do this in nine months. I don't quite
2  understand how that works, but that's what's happening
3  right now.
4          Yes, you guys, the link to this is there.
5  The freevitamindeals.com, freevitamindeals.com is the
6  link. Go back there. Yes, all the programs I talk
7  about are there.
8          Now, listen, here's the deal. We have never
9  gotten past animal trials with any type of mRNA
10  vaccine in the past. We've skipped those. We've
11  skipped those now and we're straight into human
12  trials. And by the way, just so you know, at the time
13  of this recording and I'm doing this, we've only
14  really looked at the long-term studies for about two
15  and a half to three months with people. That's scary.
16  That's why you've already seen 50-some thousand
17  adverse reactions on the CDC's vaccine adverse
18  reaction chart and multiple deaths. I mean, we're
19  talking deaths have happened because of the vaccine.
20          So it's kind of a crap shoot right now. It
21  doesn't make any sense. And by the way, what we'd
22  really love to know -- and we've asked -- we've asked
23  all the manufacturers to tell us this and we've asked
24  politicians to find out as well -- when you get that
25  injection, what cells are being affected? Because

---

35

1  those spike proteins affect -- you know, the vaccine
2  is going to make spike proteins in the brain cells and
3  the lungs, in the testicles, in every tissue in your
4  body. So it's pretty crazy. We need to stop those
5  spike proteins from being attached and sticking to the
6  -- to the cells. Vitamin D stops that. So that's why
7  I'm such a big fan of vitamin D and zinc.
8          So in the past, other vaccines, like with
9  the cats and the monkeys and all this kind of stuff
10  and the ferrets, they all died. Like they just died.
11  So I do want you to understand that. They just died.
12  They didn't like -- ah, this wasn't good, like they
13  just -- they just died. That's why they couldn't do
14  it before.
15          And by the way, how they died was they had
16  this condition known as cytokine storms. You've heard
17  of this before. Well, guess what all the research and
18  studies are showing again and again and again. If you
19  have enough vitamin D3 in your system, you don't have
20  a cytokine storm. I don't know why every man, woman,
21  and child isn't taking vitamin D3 every day. That's
22  why I'm trying to give away a million bottles -- well,
23  we already gave away it once. We're doing it again.
24  We're giving away a million bottles of D3 and zinc and
25  no charge to you.

---

36

1          You have to pay shipping and handling. Why?
2  Because I don't control the cost of shipping and
3  handling. I'm giving you everything else for free and
4  you're welcome for that. You should get it and your
5  family should get it. You should take it every day.
6  And don't just take it once, take it the rest of your
7  freaking life because the word on the street is pretty
8  clear, this ain't going away, right? They're using
9  this to fear you and scare you and you got to be able
10  to protect yourselves and protect your family. That's
11  a big deal.
12          And by the way, these people that died, the
13  animals that died, they had the cytokine storm, which
14  can be protected by levels of D3, especially in zinc
15  in the body, and keeping your pH level alkaline -- and
16  we'll put an alkalinity report on our site for you
17  guys, too, an alkalinity report. We'll put that out
18  there. I'll make sure that goes out there tomorrow.
19          But what happened was their blood got
20  septic. Well, when your blood gets sepsis, guess how
21  you fight sepsis in the blood. It's vitamin C. Dr.
22  Marik, who's an amazing doctor, a good friend of mine,
23  originally from South Africa, he's in West Virginia
24  Hospital Systems now, he should win a Nobel Prize for
25  the work he's found with doing high-dose vitamin C and

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                    1/17/2021

---

37

1 sepsis.
2          He took a -- he took the patients that had
3 sepsis, which was like an 80 percent death rate to a
4 like 40 percent death rate by giving them high-dose
5 vitamin C, which is why vitamin C is one of the
6 nutrients that we recommend.  I put in my immune pack
7 -- in the immune pack that I have and I take every day
8 and my patients take every day for prevention and for
9 treatment of sickness and disease, has high-dose
10 vitamin C, has quercetin in it, because that's a
11 delivery system that allows the nutrient to get in.
12 That's one of those -- those -- I always say it wrong
13 -- those "liposomotropic" agents.  That's -- quercetin
14 is one of those, which is a cousin of quinine -- or
15 chloroquine is.  And then high-dose probiotics because
16 you have to have that for your gut bacteria and you've
17 got to have a high-dose level of zinc, plus that D3.
18          It's interesting how -- by the way, I
19 thought it was really interesting to find out that
20 when I was studying this vaccine, that even before it
21 was approved by the -- FDA, that it was already
22 being distributed to certain states.  Like I know
23 Nebraska had it and a couple other states had it
24 because their -- their congressmen and senators told
25 us about it.  It was pretty wild.

---

38

1          I just wish somebody could tell me, for the
2 love of God, why if there's all this data that clearly
3 spells out the benefits of vitamin D3 and zinc and
4 preventative treatments and all that standpoint, you
5 know, why are we spending billions and trillions of
6 dollars on stuff that ain't working?
7          Well, there's a couple reasons.  Number one
8 is because if you know the truth, then you don't have
9 fear.  If you don't have fear, remember, fear and
10 faith and facts -- right now, fear is high and that
11 means control is high.  They're making you obey.
12 Well, if you get the facts, you get the truth, you get
13 all this kind of stuff, because what -- what happens
14 is, well, you -- you -- you don't have to obey the
15 machine anymore.  When you have the truth, the truth
16 will set you free.
17          And then, number two is -- let's just call
18 it what it is.  It's money.  I mean, there's a
19 trillion dollars per year that can be made off these
20 vaccines and that's just what they're trying to do
21 with you.  So I just thought it was crazy.
22          By the way, does anybody else have any
23 concerns of the fact that whenever the -- the -- the
24 list of the Communist party, the CCP party people that
25 were living in the United States and working in the

---

39

1 United States was leaked by the Government to the
2 people, that there were literally hundreds, if not
3 thousands of them that were working in pharmaceutical
4 companies?  Did you know that?  Think about that for a
5 minute.  I'm just saying, you make your own conclusion
6 to that.
7          So about this scary new strand, because I
8 want to answer this question, too.  Here's my analogy
9 to this scary new strand that's out there.  So what?
10 I mean, so what?  What happens with viruses is the
11 first generation of a virus when it comes out is the
12 most virulent.  What does that mean?  It's the one
13 that kills the most people.  And that's what happened
14 last year when the flu was released from Wuhan, China.
15 And a lot of old sick people died.  That's what
16 happened.  The average age of death in the United
17 States was 80.  By the way, the average life
18 expectancy is 78.9, so think about that for a minute.
19          But my analogy is this, is, you know, that's
20 like saying, well, I'm going 100 miles an hour down
21 the highway and now I'm going 101.  So what?  You're
22 already speeding down the highway.  It doesn't matter.
23 If it's more infectious, it's more -- it's all about
24 more fatality and it's not.  It's actually showing to
25 be less, the fatality of this.

---

40

1          Because what a virus does is it mutates and
2 a virus isn't going to kill every host that it has
3 because if it kills every host that it has, then,
4 well, there's nothing left for it to move and live.
5 You understand that, don't you?  I mean, you
6 understand that, right?
7          So -- so it's pretty crazy to think about
8 it, the misinformation that's out there.  And so where
9 do we go from here?  Like where do we go?  Like you
10 got to focus on your immune system, knowing the facts
11 that vitamin D3 is an ACE-2 receptor blocker.  So it
12 blocks the viruses, the spike protein from attaching
13 in the first place.
14          If your levels are normal of D, you have a
15 77 percent less chance of getting infected in the
16 first place.  You should be taking zinc every day
17 because zinc stops the virus from proliferating.  You
18 should be working hard to keep your body alkaline,
19 drinking a bunch of water every day, using pink
20 Himalayan sea salt, exercising, getting oxygen in your
21 body, eating the right foods, four to six cups a day
22 of dark, leafy green vegetables for adults.  Get your
23 stress out of your life.  Get your body moving.
24          And stop listening to the news of fear,
25 which is false evidence appearing real.  It's one of

---

10 (Pages 37 to 40)

2021-2-23 WW Wuhan Exposed

Eric A. Nepute, DC                                                     1/17/2021

41

1   the worst things that you can do.  And follow the
2   right people.  And the TV's not -- turn the damn
3   television off.  I don't even watch mine anymore.  All
4   I do is read, research, and study people that know
5   what they're talking about.
6          Boost your immune system.  That's the key
7   with that.  And, yes, you can improve your immune
8   system function.  Any doctor that tells you you can't
9   is an idiot or a liar.  Most of them are just idiots
10  and that's really the truth.  They have no idea what
11  the hell they're talking about because most of them
12  have about four to six hours of nutritional training.
13  I've got about 2,600 hours.  I think I know a little
14  bit about them.  That's why they won't debate me.
15         So here's what I want you to do as we come
16  to closing.  I need you to share this video.  I
17  guarantee you know at least 10, 15, 20, or 1,000
18  people in your life that needs to hear this.
19         So here's what I want you to do.  Go to
20  freevitamindeals.com -- that's freevitamindeals.com --
21  so that you can get the products that you need.  I'm
22  giving you a bottle of zinc for free, a bottle of D3
23  for free.  I need you to buy that immune pack.  You'd
24  be silly not to get it.  If you don't want to, that's
25  fine.  But I'm just telling you what you need to do.

42

1   According to the research, it's what you should be
2   doing.
3          And then go check out that reset plan.  If
4   you want to really reset your health, that's the great
5   American reset we should be talking about, and that
6   will help you.  And then join the movement.  Get the
7   emails every day with the videos and then share those
8   with all your friends, family, and loved ones and
9   print off that flu and virus guide protocol that we've
10  got because that will help you.  You put that flu and
11  cold prevention protocol on your -- on your TV -- on
12  your TV -- on your refrigerator or medicine cabinet
13  and share it with your friends and family at work,
14  print off -- I had a guy tell me he printed off 1,000
15  copies and gave it to everybody in his neighborhood.
16  I think that's smart.  Because he's wanting to help
17  people.  Because the truth will set you free and facts
18  and faith will get rid of your fear.
19         So, ladies and gentlemen, I'm Dr. Eric
20  Nepute.  Until we meet again, please, anything we can
21  do to help you.  Go to freevitamindeals.com.  That's
22  freevitamindeals.com.  God bless you, God bless
23  America, and God bless the world.  I'll see y'all
24  soon.  And stop saying "stay safe."  Stay smart out
25  there.  Keep your head on a swivel because there's a

43

1   lot of idiots out there.
2          Love and appreciate y'all.  'Til we meet
3   again, I'm Dr. Eric Nepute.  Bye.
4          (The recording was concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

44

1              CERTIFICATE OF TRANSCRIPTIONIST
2
3
4          I, Elizabeth M. Farrell, do hereby certify
5   that the foregoing proceedings and/or conversations
6   were transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12         I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20
21  DATE:  3/26/2021
22            ELIZABETH M. FARRELL, CERT
23
24
25

11 (Pages 41 to 44)

Eric A. Nepute, DC

1/17/2021

[ 45 ]

**A**

ability 44:10
able 12:7 17:23
  33:25 36:9
absolutely 6:6 15:19
  21:8 22:6
absorbable 26:1
acceptable 25:23
accident 10:2,7
  15:11,21
accidental 15:12
accidentally 10:8
ACE 11:3,4
ACE-2 11:23,25
  12:12 13:17,18
  15:1,3 24:21 40:11
achy 9:16
acid 18:17
acidic 18:19,20 19:4
  19:7 25:2 26:7,12
  26:15,22,24 29:1
acidity 26:8
action 6:21 44:14,18
acts 22:2
adapted 10:22
adequate 13:25
adults 40:22
adverse 34:17,17
affect 21:4 35:1
Africa 36:23
age 18:10 39:16
agent 21:20
agents 21:19 23:13
  37:13
ages 18:8
agonist 22:18
agree 28:9
ah 35:12
ain't 14:13,14,14
  23:2 36:8 38:6
airport 16:3
algorithm 19:16
Alicia 5:20
alkaline 18:23,24,25
  18:25 20:6,9,25
  21:2,20 26:25 29:5

29:6 36:15 40:18
alkalinity 18:17
  36:16,17
alkalize 20:16
alkalizer 20:10
Allen's 5:12
allow 11:25 24:22
allowing 26:17
allows 37:11
altering 15:7
Alzheimer's 28:17
amazing 6:18 17:18
  36:22
America 42:23
America's 12:24
American 6:19 19:2
  20:11 28:7 42:5
amount 29:17
amounts 13:25
analogy 9:20 10:12
  23:10 39:8,19
and/or 44:5
animal 33:23 34:9
animals 33:17,19
  36:13
answer 29:13 39:8
anti- 20:2
anti-microbial
  18:15
anti-microbials
  18:14
anti-vaccine 29:20
antigen 29:18
antigens 29:19
anybody 18:17
  27:22 29:11 38:22
anymore 38:15 41:3
apparently 33:25
appearing 40:25
appreciate 43:2
approved 37:21
April 13:24
areas 21:15
aren't 6:14,24
articles 27:14
asked 34:22,22,23
aspect 12:17 19:18

asymptomatic 11:12
  11:13
attach 11:3,22
attached 35:5
attaches 11:4
attaching 12:14
  13:17 18:1 40:12
attorney 44:16
audio 4:6
audiotape 44:6
average 20:11 39:16
  39:17
avoid 12:3,6,7,9
  19:2

**B**

back 16:17 23:8,9
  32:9 34:6
bacteria 18:20 31:3
  37:16
bacterias 21:3
bad 7:3,4 25:15 26:6
barrel 27:24
base 25:22
basically 31:23
  32:19
beans 32:15
beginning 8:8 10:19
  32:7,9
believe 6:14 9:22
  10:10 16:7 26:10
beneficial 21:24
benefit 29:23
benefits 38:3
benign 8:22,22 9:14
best 9:20 27:20
  29:13 44:10
better 11:20,21 28:6
  28:6
big 18:15 24:5 29:4
  31:7 33:10 35:7
  36:11
billions 25:10 38:5
biological 9:25
  15:10
bit 7:11 21:13 29:2,9
  29:10 41:14

bless 42:22,22,23
blessed 4:8
block 12:12,13
blocker 40:11
blockers 15:4
blocking 15:1
blocks 24:20 40:12
blood 25:20 36:19
  36:20,21
blow 6:22
blown 10:10
body 12:1 15:24
  17:16 18:5,19,21
  18:23 19:7,11
  20:10,16,17 21:4
  21:20 25:3 26:1,14
  26:25 28:24 30:3,8
  30:13,20,21,23
  31:5,9,24 32:2,5
  32:20,22 35:4
  36:15 40:18,21,23
body's 25:1 33:4
bogus 13:3
bomb 10:12,13,13
  10:14 33:1,2
Boost 41:6
booster 30:17
bottle 27:19,20
  41:22,22
bottles 24:16,16,18
  24:19 27:17 35:22
  35:24
bottom 15:6 20:24
  25:23 27:23
brain 16:1 35:2
brains 16:13
break 4:6 19:16
BS 11:14 13:2 21:10
bugs 31:3
bunch 40:19
button 4:18 5:24 6:8
  6:18 9:4 14:16,17
  19:15,24 27:1
  30:19 32:10
buy 41:23
buying 27:23
Bye 43:3

**C**

C 4:1 36:21,25 37:5
  37:5,10
cabinet 42:12
call 31:14,19 38:17
called 11:3 17:20
  18:16 21:18 29:18
  29:24 33:20
calling 7:4
can't 10:6 12:1,3,5,6
  12:9 13:6 16:2,19
  19:8 22:15 23:1
  41:8
cancer 20:7 28:16
carbon 19:8,10,13
care 7:6,6 27:6
  29:22
Carolina 5:22
case 24:1
catching 7:23
cats 33:14 35:9
cause 8:19,23 19:4
  26:8,24
causes 19:6 26:13
  32:19
CCP 38:24
CD 44:6
CDC 12:22 13:1,14
  21:5
CDC's 34:17
cell 11:5,6 21:21
cells 12:14 31:1,2,5
  31:6,8 32:5,20
  34:25 35:2,6
Celtic 20:23
centuries 10:21
CERT 44:22
certain 21:15 37:22
CERTIFICATE
  44:1
certify 44:4,12
cetera 21:3 28:17
  30:14 31:3
chance 14:2,2,4
  25:19 40:15
chances 12:14,16,17

20:6
**change** 31:24
**charge** 28:5 35:25
**chart** 34:18
**check** 7:11 25:20
    42:3
**chemicals** 22:18
**chemistry** 18:18
**chicken** 29:16
**child** 18:3 24:11
    35:21
**children** 25:5
**China** 6:5 8:7 39:14
**chloroquine** 37:15
**choose** 29:20
**circle** 10:24
**clarity** 44:10
**class** 18:18 28:4,5
**clear** 11:13 36:8
**clearly** 38:2
**closing** 41:16
**co-morbidity** 28:18
**cold** 9:16 42:11
**cold-like** 8:24
**collaborate** 33:9
**colleagues** 31:11
**come** 8:7 41:15
**comes** 8:4 30:2
    39:11
**COMMISSION** 1:2
    2:1 3:1
**common** 22:20
**Communist** 38:24
**companies** 22:24
    26:3 39:4
**complete** 11:14 13:2
    21:10
**completely** 12:25
    21:8 23:7 25:7
**concerns** 38:23
**concluded** 43:4
**conclusion** 39:5
**concurs** 24:8
**condition** 35:16
**confident** 14:21
**congressmen** 37:24
**consciously** 19:22

**consent** 29:24,25
    30:2
**considering** 9:21
**contributing** 19:5
**control** 15:13,23
    16:19,20 36:2
    38:11
**conversations** 44:5
**copies** 42:15
**corona** 11:1
**coronavirus** 8:17
    9:12 10:17,18
    11:20 33:2
**coronaviruses** 8:15
    8:21
**corone** 10:25
**corruption** 7:4
**cost** 36:2
**couldn't** 16:7 33:22
    35:13
**counsel** 44:12,16
**country** 7:8,18
**couple** 4:16 17:14
    37:23 38:7
**course** 8:11
**cousin** 37:14
**COVID-19** 13:22
    25:14
**crap** 27:24 34:20
**crazy** 5:11 15:19
    35:4 38:21 40:7
**created** 13:5 27:22
**crown** 10:25
**Crystal's** 5:13
**cups** 20:12 40:21
**cut** 17:1
**cytokine** 35:16,20
    36:13

——————————————
                 **D**
——————————————
**D** 2:2 4:1 12:20
    13:19 15:4 17:24
    17:25 18:15 20:9
    24:10,12 25:3,17
    25:22,25 29:7 35:6
    35:7 40:14
**D2** 25:25 26:1

**D3** 13:20,21,23 14:1
    14:4 24:16,18,19
    24:23 25:6,25,25
    27:19 31:5,7 35:19
    35:21,24 36:14
    37:17 38:3 40:11
    41:22
**daily** 4:23
**damn** 41:2
**dark** 17:4 20:10,12
    29:7 40:22
**data** 38:2
**DATE** 1:7 44:21
**Dawn** 5:18
**day** 4:9 6:13 9:9,16
    16:4 20:12,18,19
    22:3 24:12 25:4,5
    27:15 35:21 36:5
    37:7,8 40:16,19,21
    42:7
**DC** 1:6 3:4
**de-stress** 28:6
**dead** 7:1
**deadly** 8:13 33:13
**deal** 9:12,17 10:11
    10:23 11:17 24:5
    29:13 30:4 31:21
    32:16 34:8 36:11
**dealing** 18:7
**death** 37:3,4 39:16
**deaths** 34:18,19
**debate** 41:14
**decade** 28:11
**declassified** 5:10 6:4
**deficient** 24:10
**definitely** 19:5 25:9
**definition** 11:12
**delivery** 26:20,22,24
    37:11
**dementia** 28:17
**depression** 18:9
**destroying** 17:16
**diabetes** 20:7 28:16
**didn't** 35:12
**die** 26:7
**died** 13:22 33:22,22
    35:10,10,11,13,15

36:12,13 39:15
**diet** 19:2
**different** 24:6 27:25
    28:13 31:10
**digital** 3:12 44:7
**dioxide** 19:8,10,13
**disease** 11:9,9,10
    12:17 20:7,7 21:17
    23:21,22,25 24:1
    25:14 28:16 37:9
**diseases** 8:19 33:13
**distancing** 12:5
    14:10
**distributed** 37:22
**Doc** 7:21
**doctor** 26:2 27:22
    31:11 36:22 41:8
**doctors** 7:8 17:12
    30:1 33:8
**doesn't** 11:12,14,25
    13:1 21:7 24:22
    34:21 39:22
**doing** 15:16 20:13
    24:18 34:13 35:23
    36:25 42:2
**dollars** 8:10 12:21
    23:4 25:9,10 38:6
    38:19
**don't** 7:13 8:1,23
    9:15 11:10,10,15
    18:5,6,7 21:16
    22:25 23:19,21,22
    24:2,3,10 27:5,7
    28:25 29:22 31:13
    34:1 35:19,20 36:2
    36:6 38:8,9,14
    40:5 41:3,24
**dosages** 22:5,12,13
    24:12,14
**download** 22:11
**Dr** 4:4,4,7,7 13:5
    32:8 36:21 42:19
    43:3
**Draconian** 18:11
**drink** 20:17
**drinking** 20:17
    40:19

**drugs** 26:24 28:21

——————————————
                 **E**
——————————————
**E** 2:2 4:1,1
**E-R-I-C-N-E-P-U...**
    5:4
**early** 20:4
**easiest** 4:25
**easy** 5:3 6:11
**eat** 20:22 28:6
**eating** 19:2,3 20:11
    40:21
**economics** 28:8
**educate** 17:11
**either** 10:2 15:8,20
    15:21,21 25:21
**Elizabeth** 44:4,22
**email** 17:8 32:13
**emails** 4:23 42:7
**employed** 44:13,16
**employee** 44:16
**emulsified** 13:21
**ends** 25:15
**energy** 25:8
**environment** 21:2
**equal** 11:9,9
**equals** 14:4 23:20
    24:1
**Eric** 1:6 3:4 4:4,4,7
    4:8 5:4 32:8 42:19
    43:3
**EricNepute.com** 5:3
**especially** 6:4 8:4
    36:14
**essentially** 21:25
    31:16,18 32:4
**et** 21:3 28:17 30:14
    31:3
**everybody** 4:7 6:7
    12:23 13:17 19:15
    25:5 27:3 42:15
**evidence** 40:25
**exactly** 22:2 24:20
**exercise** 26:13 29:8
**exercising** 40:20
**exist** 11:12,14
**expectancy** 39:18

**expensive** 12:4
**exposed** 1:13 2:5 4:3
    12:10 33:21
**exposure** 12:8
**expression** 24:1,2
**eyes** 30:14

**F**

**face** 19:8 26:13
**FACEBOOK** 1:7
**fact** 8:6 9:18 31:10
    38:23
**factor** 19:5
**facts** 15:20 16:12,18
    38:10,12 40:10
    42:17
**faith** 16:12,18 38:10
    42:18
**fake** 16:6
**false** 40:25
**family** 36:5,10 42:8
    42:13
**fan** 31:7 35:7
**far** 4:17 15:18 32:15
**Farrell** 44:4,22
**fat** 6:25 21:21
**fatality** 39:24,25
**FDA** 37:21
**fear** 15:22,23 16:11
    16:17 18:6,6 19:20
    19:21 36:9 38:9,9
    38:9,10 40:24
    42:18
**fearing** 18:12
**fed** 16:9
**FEDERAL** 1:2 2:1
    3:1
**feel** 23:19
**ferrets** 33:15 35:10
**fight** 15:25 16:2
    30:11,24 36:21
**fighter** 7:19,22
    23:10
**fighting** 31:2
**fights** 31:9
**figure** 14:12
**file** 3:12

**financially** 44:17
**find** 10:4 34:24
    37:19
**fine** 11:16 41:25
**fingered** 20:21
**fingers** 27:12
**first** 14:3,5 17:21
    24:22 32:12 33:12
    39:11 40:13,16
**flack** 7:24 23:11
**flight** 15:25 16:1
**Florida** 5:17,17
**flu** 39:14 42:9,10
**flu-** 8:24
**focus** 40:10
**follow** 41:1
**followed** 16:23
**following** 3:11
**food** 20:22
**foods** 19:3 40:21
**foregoing** 44:5
**form** 30:5,9,15
    31:15
**forth** 20:8
**found** 15:2 20:5
    24:8 25:12 26:4
    36:25
**four** 20:12 33:10
    40:21 41:12
**freaking** 16:4 36:7
**free** 7:9 28:4,4 36:3
    38:16 41:22,23
    42:17
**freedom** 29:20
**freevitamindeals....**
    5:1,2 6:10,11 9:8
    17:6,7 19:24,25
    22:7,8 24:13 27:9
    27:9 32:10 34:5,5
    41:20,20 42:21,22
**friend** 4:19 36:22
**friends** 7:19 9:6
    30:19 31:11,11
    42:8,13
**frivolously** 12:25
**front** 29:21
**fruit** 19:4

**full** 17:9 27:13
**function** 41:8
**functional** 19:12,12
**funguses** 18:20
**funny** 20:14
**further** 44:12,15

**G**

**G** 4:1
**game-changer**
    32:14
**game-changing**
    14:19
**gamma** 22:18
**gem** 27:3
**generation** 39:11
**genetic** 31:13,21
**gentlemen** 42:19
**getting** 7:23 12:14
    12:16 14:2,5,23
    27:24 40:15,20
**give** 9:20 16:12
    17:20 29:25 30:1
    35:22
**given** 12:25 14:23
    44:10
**gives** 26:2
**giving** 10:12 24:15
    24:18 27:17,19
    28:2,3,4 35:24
    36:3 37:4 41:22
**go** 4:22,25 5:2,9 6:1
    6:2,9,11 7:2 9:7,7
    9:10 10:16 12:15
    12:18,18 15:3 17:6
    17:7 19:10,13,24
    21:22 22:7,10
    24:13 25:20 26:18
    27:8,15 28:20
    29:21 32:9,10,15
    34:6 40:9,9 41:19
    42:3,21
**God** 38:2 42:22,22
    42:23
**goes** 12:17 13:14
    17:4,4,10 23:8
    30:8,13,20,23,24

36:18
**goggles** 16:5
**going** 4:15,15,19 5:8
    5:9,25 6:1,2,14,22
    7:25 8:24,25 9:3
    12:9 13:12 14:18
    16:6 18:6 19:10,20
    21:7 23:9,11 25:19
    30:2,9,10,10 31:19
    33:4 35:2 36:8
    39:20,21 40:2
**good** 7:4 20:20,20
    35:12 36:22
**Google** 15:3
**gosh** 4:8 9:14
**gotten** 34:9
**government** 8:9
    12:22 14:8 18:12
    39:1
**grade** 18:18
**great** 5:23 6:19 32:8
    42:4
**green** 20:10,12 29:7
    40:22
**group** 18:10 25:13
    26:5
**groups** 23:15
**grow** 18:21
**guarantee** 7:14
    41:17
**guess** 13:19 16:13
    16:18 19:6 28:24
    35:17 36:20
**guidance** 10:15 11:2
    11:20,21 33:3,4
**guide** 22:5,9,9 42:9
**Gun** 7:20
**gut** 37:16
**guy** 20:3 42:14
**guy's** 7:22
**guys** 5:7,20,23,24,25
    6:8,14 7:3,4,6 8:2
    9:7,8,11 12:1
    14:16 15:3,17
    16:25 18:8 19:14
    20:15 22:10 24:13
    27:1 29:1 30:19

31:17 32:7 34:4
    36:17
**gym** 26:18

**H**

**half** 20:17 34:15
**handling** 27:18 36:1
    36:3
**happen** 29:22
**happened** 6:5 11:18
    11:21 15:5,7 18:11
    33:16,19,20 34:19
    36:19 39:13,16
**happening** 5:22
    7:16,17 15:14,19
    16:10 34:2
**happens** 15:24 17:2
    17:5 21:2 28:12,24
    30:7 38:13 39:10
**hard** 40:18
**hauler** 25:15
**haven't** 7:13
**HCL** 26:23
**he's** 7:19 36:23,25
    42:16
**head** 42:25
**health** 7:6 13:13
    19:19 28:10,14
    42:4
**healthier** 18:23
**healthy** 18:5 20:20
    21:1 28:22,23
**hear** 4:17 9:1 10:25
    14:20 29:10 30:19
    41:18
**heard** 7:14,14 35:16
**hearing** 9:23
**heart** 20:6 28:15
**hell** 16:6 41:11
**hello** 5:12,16 6:7
**help** 6:20 12:11
    15:16 16:11 29:6
    31:8 42:6,10,16,21
**helped** 17:19
**helps** 21:20
**herb** 22:22
**here's** 6:15 7:2 9:12

10:23 11:17,23
15:20 16:24 21:16
29:13,13 30:4 33:6
34:8 39:8 41:15,19
**hereto** 44:17
**Hey** 4:7
**Hi** 5:18
**high** 17:3 19:13 22:1
38:10,11
**high-dose** 36:25
37:4,9,15,17
**higher** 8:2 28:15
**highest** 18:9
**highway** 39:21,22
**Himalayan** 20:19,23
29:3 40:20
**hit** 4:18 5:24 6:7,17
6:18 9:4 14:16,17
19:14,23 27:1
30:18 32:9
**hmm** 5:9
**home** 28:20
**hope** 4:8 5:18,20,23
**hospital** 12:18 25:16
36:24
**host** 40:2,3
**hour** 39:20
**hours** 41:12,13
**house** 5:14
**hovering** 7:24
**huge** 14:7 19:5
20:10 29:4
**human** 10:19 17:16
34:11
**humans** 8:19
**hundreds** 39:2
**hydroxychloroqui...**
21:24 23:6

——————
**I**
——————
**I'll** 17:20,21,21
22:16 23:6 27:21
29:12 36:18 42:23
**I'm** 4:5,15,15 5:8,25
6:1,1,16,17 7:4,6,7
7:21,22,23 8:24
9:25 10:12 14:18

14:21 15:16,16,18
16:5 17:4 21:7
26:15 27:17,19,22
28:2,3,4,20,21,22
29:19,20 30:8,10
30:10 31:7,20 32:8
32:15 34:13 35:7
35:22 36:3 39:5,20
39:21 41:21,25
42:19 43:3
**I've** 4:11 6:2,21 7:9
15:18 16:22 28:11
30:9 41:13
**ICU** 12:18 25:19
**idea** 23:8 32:3 41:10
**idiot** 41:9
**idiots** 41:9 43:1
**ignorance** 16:8
**Illinois** 5:14,20,21
**imagine** 10:6
**immune** 13:9 18:21
21:4,6 30:11 32:23
37:6,7 40:10 41:6
41:7,23
**immunity** 30:16
**important** 9:2 10:14
15:2 18:2 20:14
23:12
**impossible** 12:6,7
**improve** 13:9 21:6
41:7
**inaudible** 16:20
**Indonesia** 7:15 14:8
15:2,3 25:17
**Indonesian** 14:8
24:8 25:12
**infected** 12:15 14:3
14:5 23:25 24:22
25:13 30:22 40:15
**infection** 20:8 23:18
**infections** 18:14,22
**infectious** 8:12
39:23
**inform** 17:12
**information** 4:10
5:11 6:4,9 8:2
14:17,22,25 32:13

**informed** 29:24,25
30:2
**inject** 32:18
**injected** 30:6,13
**injection** 33:18
34:25
**insane** 6:6
**inside** 12:1 19:6
21:22
**inspire** 17:11
**instant** 27:12
**interested** 44:18
**interesting** 37:18,19
**isn't** 10:14 14:10,10
31:12 35:21 40:2
**it's** 4:7,12,25,25 5:3
5:4,11 6:10,10,16
6:24 8:3 9:22,23
9:24 10:2,15 11:14
11:21 12:5,7,19
13:2,2,3,13 15:19
15:22 17:20 18:9
20:14,14 21:10,19
21:20 22:1,1,9,9
22:19 23:1,12 24:4
24:4,25 25:8,8
28:3 31:12,14,14
31:20,21,21,22,22
31:22,25 32:8
34:20 35:4 36:21
37:18 38:18 39:12
39:23,23,23,24,24
40:7,25 42:1
**ivermectin** 21:24,25
22:2,17 23:7

——————
**J**
——————
**January** 1:8 3:7
**join** 6:12 17:8 42:6
**joke** 25:7
**journal** 13:23,24
**jump** 5:6
**jumping** 32:8

——————
**K**
——————
**Karina** 5:19
**Kary** 13:5

**keep** 6:25 40:18
42:25
**keeping** 36:15
**key** 18:15,24 31:1,2
41:6
**keys** 29:8
**kill** 21:22 32:25 33:3
40:2
**killer** 18:10 31:2
**kills** 31:9 39:13 40:3
**kind** 6:15 7:15 8:13
9:23 30:14 33:2
34:20 35:9 38:13
**knew** 8:9
**knocks** 21:21
**know** 5:3,7 7:2,3,12
7:13,21 8:1,2,6,15
8:17,18,20,21 9:15
9:17,18 10:19,21
12:5,8 13:1 14:21
16:20 18:7,8 19:3
22:4 23:16,18 24:4
24:10 25:15 27:3
29:23 31:13 33:7,9
34:12,22 35:1,20
37:22 38:5,8 39:4
39:19 41:4,13,17
**knowing** 26:11
40:10
**known** 4:12 8:8,8
10:18 17:15,15
35:16
**knows** 8:11 27:11

——————
**L**
——————
**lab** 8:10 9:17 10:8
15:8
**laboratory** 8:7
**Lack** 26:12
**ladies** 42:19
**lady** 16:4
**lane** 7:5
**law** 29:24 30:7
**layer** 21:21
**leafy** 20:12 40:22
**leaked** 39:1
**left** 40:4

**let's** 6:15 7:11 9:12
11:12 21:13 23:14
23:14,14,15,23
29:2,9 38:17
**level** 25:18,23 36:15
37:17
**levels** 19:10,13 22:1
25:21 36:14 40:14
**liar** 41:9
**lies** 16:9
**life** 27:4 30:23 33:21
36:7 39:17 40:23
41:18
**light** 19:21
**lights** 19:23
**line** 15:6 20:24
29:22
**link** 34:4,6
**liposomatic** 21:19
21:19
**liposomotropic**
37:13
**liquid** 13:20
**liso** 21:18
**lisomotropic** 23:13
**list** 13:14 27:10
38:24
**listen** 4:10 9:11
11:17 15:1 34:8
**listening** 40:24
**literally** 16:4 33:22
39:2
**little** 7:11 21:13
23:19 29:2,9,10
41:13
**live** 24:24 40:4
**lived** 10:20
**lives** 14:21,22 27:4
38:25
**living** 19:20,21
38:25
**logical** 16:2
**long** 8:11 25:15
30:25
**long-term** 34:14
**look** 7:4 17:22
**looked** 34:14
**looking** 6:16

Eric A. Nepute, DC

1/17/2021

[ 49 ]

lose 28:6
lot 5:10 7:20 14:14 14:17 23:2,3,24 31:10 39:15 43:1
love 27:5 34:22 38:2 43:2
loved 27:5 42:8
low 13:22
lowers 26:13
ludicrous 21:9
lungs 35:3
lying 6:24

**M**

M 44:4,22
machine 38:15
mag 13:23
Magazine 13:24
mailing 27:10
mainstream 6:23
majority 8:21 23:17
making 26:16 32:1 38:11
man 18:3 24:11 35:20
manipulate 9:18
manufacturers 34:23
March 1:8,9 3:12
Marik 36:22
mask 12:4 13:11 19:7 21:8 26:13,17
masks 14:9
material 44:9
Matt 5:22
matter 1:5 3:3,4 39:22
mean 6:15 8:22 9:14 10:6 16:7 20:20 22:19 31:8 34:18 38:18 39:10,12 40:5
means 8:12 23:25 38:11
measles 29:15
measures 18:11
measuring 10:20

media 6:23 19:16 27:11 44:11
medical 11:8,11 23:21
medication 22:21 26:23
medications 23:5 25:2 26:19,20,20 26:21 28:20,25
medicine 19:12 42:12
meet 42:20 43:2
memory 30:10,21
MERS 33:12
metabolism 28:7,14
Michigan 5:13
microbials 20:3 21:3
mild 23:19
miles 39:20
million 24:16,16,18 24:19 27:17 35:22 35:24
millions 8:10 16:22 25:9
mind 6:23 16:19,20
minds 16:14
mine 31:12 36:22 41:3
mineral 22:23
minute 7:16 11:19 21:8,14 39:5,18
misinformation 40:8
missile 33:3,4
Mississippi 5:14
Missouri 5:14 7:7
modification 31:13 31:21
moment 17:1
money 12:22,22,23 12:23,24 13:8 14:9 21:5 23:3 38:18
monkeys 33:15 35:9
months 34:1,15
moon 16:5
mouth 19:9 20:22

30:14
move 40:4
movement 6:12 17:8 42:6
moving 40:23
mRNA 31:22,22,23 32:3,19 33:11,17 33:18 34:9
mud 23:8
Mullis 13:5
multiple 26:8 34:18
multiplies 11:7
multiply 11:6
mumps 29:16
muscle 30:6
muscles 26:14
mutates 40:1

**N**

N 2:2 4:1
N-E-P-U-T-E 5:5
name 20:3
natural 22:22 23:1
Nature 13:24
nearly 6:25
Nebraska 37:23
necessary 30:15
need 4:18 9:11,19 10:5 11:23 14:6,16 15:6,15 16:15,15 16:15 17:6,7 19:14 21:15 27:1 28:8,8 28:9,9,19 29:23 30:17,19 32:14 35:4 41:16,21,23 41:25
needs 10:16 13:20 13:20 19:15 25:25 27:3 32:14 41:18
neighborhood 42:15
neither 44:12
Nepute 1:6 3:4 4:4,4 4:7,8 32:8 42:20 43:3
never 34:8
new 7:13 39:7,9
news 40:24

newsletters 6:13 9:9
NIH 13:13
nine 34:1
Nobel 13:5 20:4 36:24
nomenclature 23:24
normal 9:22 30:4,5 40:14
normally 28:4 29:14
North 5:22
Northeast 5:17
nose 30:13
notes 4:16 6:1,2,16 6:17 15:17 31:17
number 4:24 18:10 19:1 24:9 25:11 26:9 27:10,13,16 33:12 38:7,17
nutrient 37:11
nutrients 22:12,13 28:23 30:25 31:6 37:6
nutrition 19:12
nutritional 41:12

**O**

O 4:1
obese 28:15
obey 38:11,14
offices 30:1
OFFICIAL 1:1
oh 4:8 20:3 24:15 30:23
okay 10:12 15:10 16:12 26:18 33:5
old 39:15
once 10:4 16:17 17:3 24:17 35:23 36:6
one-sheeter 22:5
ones 20:24 27:5 42:8
Organization 13:14
originally 36:23
other's 19:22
Otto 20:4
ounces 20:18
outcome 44:18
outside 21:21

over-politicized 21:11
overcome 10:22
overstressed 26:11
overweight 28:14
oximeter 19:9
oxygen 26:12,13 40:20

**P**

P 4:1
P.M 1:8
pack 37:6,7 41:23
PAGE 2:4
PAGES 1:10
paid 8:10 9:17 15:8
paper 4:20 31:25
papers 4:16,20,21 6:2 9:10 15:18
Parkinson's 28:16
part 26:10 29:4
parties 44:13,17
party 38:24,24
passes 30:15
patent 23:1
pathological 33:20
patients 25:4 37:2,8
pay 10:5 27:18 36:1
paycheck 12:25
paying 27:17
PCR 13:6 25:7
people 5:6 8:1 10:5 13:22 15:13 16:9 16:16,17,20,22 17:2,19 19:17 21:15 22:25 23:12 23:16,17,18,24 24:2,3,6,7,9,25 25:13 26:5 27:5,23 28:19 29:18,25 30:17 34:15 36:12 38:24 39:2,13,15 41:2,4,18 42:17
people's 14:20,22 28:13
percent 14:1,2,4 23:17,17 24:3

25:18 26:1 37:3,4
40:15
perfectly 25:1
period 27:21
person 12:8
pH 18:16,16 20:3,5
36:15
Ph.D 13:4 31:11
33:8
pharmaceutical
22:24 26:3 39:3
photocopy 32:1,1
physician 7:7
piece 31:25
pilot 7:19,22 23:10
pinch 20:20,21
pink 20:18,22 29:3
40:19
place 7:8 9:6 14:3,5
24:22 40:13,16
places 4:22
plan 28:10 42:3
planet 10:20
please 6:7,18 19:23
42:20
Plexiglass 12:4
plus 9:10 27:14
29:17 37:17
political 7:5 9:24
politically 28:9
politicians 10:9
34:24
politics 15:14
post-release 15:12
POSTED 1:7
pox 29:16
practice 7:7
practices 19:13
prescription 26:2
present 4:14
pretty 22:19 35:4
36:7 37:25 40:7
prevent 22:12
preventative 38:4
prevention 22:10
37:8 42:11
primary 7:6

priming 33:20
print 42:9,14
printed 42:14
Prize 13:5 20:4
36:24
probably 9:2 14:18
25:10 32:12
probiotics 37:15
problem 26:10 33:6
problems 10:21
29:18
PROCEEDING 1:1
proceedings 44:5,14
processed 19:3
produce 32:5,20
produced 3:11 25:3
32:22
products 16:24
41:21
program 28:3
programs 34:6
proliferating 40:17
promise 14:20
propagated 15:11
15:22
proportion 10:10
protect 18:4,4 19:19
36:10,10
protected 36:14
protein 11:4 12:13
13:16 24:20 32:25
33:2 40:12
protein's 33:1
proteins 10:25 11:1
11:2,22 31:24 32:2
32:5,6,21,21 35:1
35:2,5
protocol 42:9,11
protocols 22:14
proven 11:14 13:3
13:13
provided 3:12
provider 7:6
psychologically
16:19
public 4:13
pulse 19:9

purpose 6:25 10:1,4
15:9,21 18:12
26:11
pushing 13:11
put 4:12,19 17:8
20:21,22 22:5
27:21 29:5 36:16
36:17 37:6 42:10
puts 28:17
putting 4:24 12:4
26:12

Q

quality 44:10
quercetin 37:10,13
question 39:8
questions 29:12
quinine 37:14
quite 5:11 34:1

R

R 4:1
rate 37:3,4
rational 16:2
reaction 34:18
reactions 34:17
read 41:4
reading 6:17
real 6:10 12:19 28:7
29:15 30:22 33:21
40:25
reality 19:17
really 6:22 7:17,18
9:16 10:14 15:13
16:15 17:17,18,19
25:14,15 26:6,6
31:12,20 33:10
34:14,22 37:19
41:10 42:4
reason 14:24 22:24
25:11
reasons 38:7
receptor 11:3,5
12:12 13:17,18
15:1,4 24:21 40:11
receptors 11:23,25
recommend 37:6

Record 1:24 3:12
recording 2:4 34:13
43:4 44:7,8,11
reduced 44:7
refrigerator 42:12
regardless 24:24
regenerating 18:2
22:19
register 9:8
regular 30:18,20
related 44:13
relative 44:15
release 15:12
released 10:1,2,4,5,7
14:8 15:9,10,21
39:14
remember 4:25 5:3
6:11 21:25 25:16
30:10,24 32:25
33:12 38:9
remembered 30:21
32:23
remembers 18:18
replicating 12:16
report 29:5 36:16,17
research 17:10
32:13 35:17 41:4
42:1
researching 4:11
reset 6:19 16:13
28:7,8,8,9,10,10
28:11,12 42:3,4,5
resets 28:13
respiratory 12:6
29:8
response 15:25 16:2
30:11,11,21 32:20
32:23
rest 19:25 36:6
results 26:6 27:25
REVISED 1:9
rid 42:18
right 5:9 6:3 7:3,18
9:21 10:1,13,16
14:13,15 15:3,14
16:16,25 17:3 23:9
26:10,20 27:25

28:23,23 30:8
31:22 32:5 34:3,20
36:8 38:10 40:6,21
41:2
risk 28:15 29:23
role 44:8
root 22:23
run 23:7

S

S 4:1
sad 6:24
safe 42:24
salt 20:19,23,23
29:3 40:20
SARS 33:12
save 4:18 9:4,5
14:20 27:4,4,6
saved 14:22
saw 16:4
saying 26:15 28:22
39:5,20 42:24
says 14:9
scale 16:16,17
scare 36:9
scary 34:15 39:7,9
science 10:19 13:4
scientists 37:24
Scotland 5:12
sea 20:23 40:20
seat 20:23
second 25:13 26:4
see 6:7 14:19 19:11
19:13,17 25:21
26:16,18,23 32:8
42:23
seen 34:16
sell 22:25 23:2
selling 23:3
senators 37:24
send 6:13 9:9 27:13
sense 22:20 34:21
sent 32:12
sepsis 36:20,21 37:1
37:3
septic 36:20
seriously 15:24

Eric A. Nepute, DC                                                                                                      1/17/2021

[ 51 ]

33:13
servers 4:21
set 7:9 38:16 42:17
seven 8:18,18
seventies 17:17
    18:13
share 4:10,14,16,18
    5:24 6:8,17,18 9:4
    9:6 14:16,17,18
    16:23 19:14,15,23
    27:1,6 30:18 32:10
    41:16 42:7,13
sharing 17:17 27:2
she's 16:8
shine 19:22,23
shipping 27:18 36:1
    36:2
shoot 34:20
shot 7:23,25 23:12
shots 30:17
show 8:24 19:9
showed 13:25 25:17
showing 35:18
    39:24
shown 12:20 13:21
    13:23
shows 15:4 22:11
shut 22:16
sick 6:25 11:7 13:6
    18:19 24:7 25:14
    26:6 27:23 39:15
sickness 20:7 23:19
    37:9
sicknesses 31:3
side 6:16
sign 4:22 32:11
silly 41:24
simple 6:10 12:19
simply 8:21,22
site 4:21 9:7 36:16
six 20:12 40:21
    41:12
sixties 17:17 18:13
skipped 34:10,11
sleep 25:6
slow 12:8
smart 42:16,24

snapping 27:12
social 12:5 14:10
    19:16 27:11
somebody 5:1 8:16
    13:18 14:3 18:18
    38:1
somebody's 13:6
soon 42:24
sorry 32:18
South 36:23
space 4:13
speed 33:25
speeding 39:22
spell 17:21
spells 38:3
spending 21:5 38:5
spent 12:21 25:9
spike 10:24 11:1,2,4
    12:13 24:20 32:5,6
    32:21,21,25 33:1,2
    35:1,2,5 40:12
spilling 32:15
spoon 16:9
spot 25:24
spread 13:10,15
standard 19:2
standpoint 7:5 38:4
started 18:13
state 28:18
states 8:9 14:11,14
    37:22,23 38:25
    39:1,17
statue 16:7
stay 6:20 21:20
    42:24,24
steps 6:21 30:15
stick 11:25
sticking 35:5
sticky 11:22 12:13
    13:16
stop 12:16 13:7,10
    13:15,16 35:4
    40:24 42:24
stops 13:19 17:25
    18:1 22:19 35:6
    40:17
store 27:24

storm 35:20 36:13
storms 35:16
straight 34:11
strand 39:7,9
street 36:7
stress 19:5 26:8,9
    40:23
stressing 26:17
stroke 20:7 28:16
stronger 21:4
studies 7:15 13:1
    33:10,14,17 34:14
    35:18
study 13:21,21,23
    13:23 14:7 15:2,3
    24:8 25:12,17 41:4
studying 13:9 37:20
stuff 8:13 14:11 15:4
    16:14 17:18,20
    18:7,20 19:17
    21:23 27:20,21,22
    28:1 29:8,16 31:9
    35:9 38:6,13
stupidity 16:7
substance 23:1
such-and-such
    26:23
sugars 19:3
Suicide's 18:9
suit 16:5
sunshine 24:24,25
supervision 44:8
supplement 20:13
    25:4,5,22
supposed 17:12 30:1
    32:22
suppressing 14:24
suppression 8:2
sure 11:13 17:24
    23:23 36:18
susceptible 18:22
sweet 19:3 25:24
swivel 42:25
symptom 25:15
symptoms 8:24 11:8
    11:9,9,10,15 23:20
    23:22 24:2,3

synthesized 31:25
system 10:15 11:2
    11:20,21 13:9 14:1
    17:24 18:21 21:4,6
    26:21,22,24 32:23
    33:3,4 35:19 37:11
    40:10 41:6,8
Systems 36:24

T
T 30:25 31:2,4,6,8
tag 4:19
take 20:20 22:12,13
    22:25 23:11 29:16
    29:17 36:5,6,6
    37:7,8
taken 12:24 26:16
talk 6:1 7:11 8:25
    9:12 11:18 21:13
    22:15 23:6,14,15
    23:15 25:5 29:2,9
    34:6
talking 23:4 28:12
    34:19 41:5,11 42:5
talks 22:8 25:12
target 7:22 23:9,10
teach 12:10
teaches 28:5
technocratical 9:24
Teflon 11:24
television 41:3
tell 8:25 11:4 13:6
    22:16 24:10 33:16
    34:23 38:1 42:14
telling 5:8 9:25
    15:19 17:4 28:20
    28:22 31:20 41:25
tells 31:24 32:1 41:8
terms 17:20
test 13:6 25:7
testicles 35:3
testing 13:1,2,4
    21:10
Texas 5:16,16
TH1 30:15
TH2 30:16
that's 5:4,9,11 6:4

9:3,16 11:11,20
12:24 14:5 15:5,9
15:9,10,14 16:3,9
16:15 17:1,4,7,12
17:13,18,18,18
18:2,20 19:17,25
21:23 22:3,7,21,23
24:1,21 25:24
26:10,22,24 27:9
27:20 28:7,21 31:1
31:6 34:2,15,16
35:6,13,21 36:10
37:10,12,13 38:20
39:9,13,15,19 40:8
41:6,10,14,20,24
42:4,16,21
theory 30:7,8,23
therapeutic 31:13
there's 4:13,22 9:13
9:13 13:3 14:24
16:16 17:17,23
20:2 23:3 28:2
29:23 38:2,7,18
40:4 42:25
they're 6:24 8:22
11:1 13:8,8 14:24
22:17,18 26:7
28:12 32:24,24
33:25 36:8 38:11
38:20 41:5,11
they've 26:11
thing 7:12 8:20
10:14 15:13 16:25
21:1,25 22:11 24:4
26:4 30:21,25
32:12
things 6:22 7:13
10:22 15:15 17:14
17:19,23 21:23
24:9 26:8,16 29:5
29:25 41:1
think 7:16,17,17 8:3
9:20 10:11,12,13
10:17,23 23:24
31:22,23 39:4,18
40:7 41:13 42:16
thinking 16:3

thought 16:6 37:19 38:21
thousand 34:16
thousands 39:3
three 20:19 27:16 33:10 34:15
three- 20:20
throw 20:21 28:21
time 4:12,13 10:22 19:11 25:8 34:12
times 7:21 20:19
tip 16:15,17
tired 27:23
tissue 35:3
TITLE 1:6
today 4:9 22:22
toilet 28:21
told 9:13,13 14:11 32:6 33:1 37:24
tomorrow 17:10 32:12 36:18
tool 31:13
Top 7:20
tracking 12:2 29:1
TRADE 1:2 2:1 3:1
train 7:8
trained 16:1
training 41:12
transcribed 1:8 44:6 44:9,15
transcript 1:1 3:11
TRANSCRIPTIO... 44:1
transformational 28:3
treating 18:14
treatment 22:10,13 32:4 37:9
treatments 21:17,18 38:4
trials 33:23 34:9,12
tried 14:11 33:11,14
trillion 38:19
trillions 12:21 23:4 38:5
tropic 21:19
true 30:16

trust 23:2
truth 7:9,10,25 8:1,4 16:21 23:11 38:8 38:12,15,15 41:10 42:17
trying 7:3 32:24,25 35:22 38:20
turn 41:2
TV 42:11,12
TV's 41:2
two 4:22 9:16 17:23 18:3 20:19 23:15 24:9 25:11 27:13 31:6,8 34:14 38:17
type 22:22 26:22 29:12 32:22,23 34:9
typewriting 44:7

―――――――――――
        U
―――――――――――
uh 31:23
um 17:19 31:23
unconsciously 19:22
understand 8:14 9:19 11:24 14:6 15:7,15 17:14 18:16 19:18 20:15 23:13,23 26:15 27:8 31:17 33:7 34:2 35:11 40:5,6
United 8:9 14:11,14 38:25 39:1,16
usable 26:1
use 16:24 21:18
usually 17:3

―――――――――――
        V
―――――――――――
vac 30:4
vaccine 11:19 13:11 21:7,13 29:10,11 29:12 30:5,18,20 31:12,19,20 32:3 32:18 33:18,23 34:10,17,19 35:1 37:20
vaccine's 31:10
vaccines 13:15

21:14,16 23:4 29:14,14 30:5 33:10,11,14 35:8 38:20
vegetables 20:11,12 29:7 40:22
verse 29:23
version 29:15
versus 18:17 24:6
video 6:19,21 9:5,10 17:1,9 27:6 32:7 32:11 41:16
videos 4:20,23 5:25 6:8,13 9:2 14:19 16:23 27:13 42:7
videotape 44:6
viral 18:14 22:9
Virginia 36:23
virulent 8:12 39:12
virus 7:12 8:5,6,11 9:18 10:24 12:1,3 13:10,15 15:20 17:25 18:1 21:22 29:15 30:6,9,12,12 31:3,15,19 32:17 33:21 39:11 40:1,2 40:17 42:9
viruses 10:20 12:6 17:16 21:3 22:19 39:10 40:12
vitamin 12:20 13:19 13:20,21,22 14:1,4 17:24,25 20:9 24:10,12,16,23,25 25:3,17,25 29:7 31:5,7 35:6,7,19 35:21 36:21,25 37:5,5,10 38:3 40:11
vitamins 23:2,3

―――――――――――
        W
―――――――――――
waiting 5:6 27:7
want 4:10,17,17,19 6:20 8:1,14 9:3,4,5 9:7 12:10 16:25 17:11,14 18:24,25

19:24 22:4 25:23 25:23 29:10,21 33:7 35:11 39:8 41:15,19,24 42:4
wanting 42:16
war 9:21,23,24,24
warfare 15:9,10
warrior 7:10
wasn't 35:12
waste 25:8
watch 5:25 6:8 9:3 19:25 32:9 41:3
watching 5:7,15 12:23
water 20:16,18,21 20:25 29:3,7 40:19
way 9:8 10:2,6 12:3 12:15,17,18 15:22 16:24 18:15 20:3 21:12 22:2,4,17,21 23:20 24:15 25:21 26:9 28:13 29:19 30:12 31:4,4,24 33:8 34:12,21 35:15 36:12 37:18 38:22 39:17
we'd 34:21
we'll 11:18 22:16 27:13 29:5 32:11 36:16,17
we're 4:19,24 5:6 6:3 9:21 11:13 12:9 13:12 18:22 21:10 23:4 24:17 24:18 27:16 31:19 34:11,18 35:23,24
we've 4:12,16 5:10 5:12,13,13 8:8,8 10:18,20 12:21 14:10,23 24:17 25:9 29:4 34:10,10 34:13,22,22,23 42:9
weak 8:23 18:21
weakened 29:15,17 30:5,9 31:15
weapon 9:25 10:3

weaponized 10:9
wear 26:17
wearing 12:4 13:11 21:8
website 6:9
weight 20:17 28:6 28:24
Weinberg 20:4
welcome 36:4
went 18:17
West 36:23
what's 5:22 6:5 7:15 7:17 8:25 11:3,17 11:21 15:14,19 16:10 18:11 24:6 30:2 34:2
whatsoever 13:4
who's 26:9,19 36:22
wide 32:15
wild 37:25
win 16:18 36:24
wish 38:1
woman 18:3 24:11 35:20
won 20:4
won't 41:14
word 36:7
work 13:2 14:10 20:5 21:7 26:3,18 36:25 42:13
worked 21:9
working 14:10 25:1 33:9 38:6,25 39:3 40:18
works 22:17 31:16 31:18 34:2
world 7:18 11:8,11 13:13 16:8,23 21:15 23:21 42:23
worst 41:1
wouldn't 10:10
write 5:1 8:16 13:18 14:3
writing 6:3
written 6:3 15:18
wrong 37:12
Wuhan 1:13 2:5 4:3

6:5 8:7,10 9:17
  15:8 39:14
**WW** 1:13 2:5 4:3
**www.ftrinc.net** 1:25

**X**

**X** 2:2

**Y**

**y'all** 26:18 29:10
  42:23 43:2
**yeah** 24:25 29:3
**year** 14:12 23:4
  38:19 39:14
**yesterday** 6:19
**You'd** 41:23
**you'll** 14:19 17:9
  26:22
**you're** 4:8 5:18 7:24
  7:25 9:3 11:16
  14:23 18:6,19
  19:19,21 20:6,13
  23:9,10,11,25
  28:14,15 36:4
  39:21
**you've** 7:14 9:15
  10:13 23:16 34:16
  35:16 37:16

**Z**

**zinc** 17:25 18:1
  20:10,14 22:1,1,3
  22:17,25 24:17,19
  27:20 29:7 31:5,7
  35:7,24 36:14
  37:17 38:3 40:16
  40:17 41:22

**0**

**1**

**1** 1:10
**1,000** 41:17 42:14
**1,200** 17:2
**10** 13:22 41:17
**100** 39:20
**101** 39:21
**12** 18:8

**120** 25:24
**15** 41:17
**17** 1:8 3:7 18:9
**18** 3:13
**1900s** 20:5

**2**

**2,600** 41:13
**2:03** 1:8
**20** 41:17
**2020** 13:24
**2021** 1:8,8,9 3:7,13
**2021-2-23** 1:13 2:5
  4:3
**2023188** 1:5 3:4
**22** 1:8
**24/7/365** 24:23
**26** 1:9

**3**

**3/26/2021** 44:21
**30** 25:18,22
**301** 1:25
**36** 8:15,16,16 9:13
  10:18

**4**

**4** 2:5 25:18
**40** 37:4
**44** 1:10

**5**

**50-some** 34:16

**6**

**60** 25:24
**65** 25:25
**699** 28:5

**7**

**7** 9:13
**77** 14:1,2,4 40:15
**78.9** 39:18

**8**

**80** 24:3 37:3 39:17
**800** 1:25
**870-8025** 1:25

**8th** 18:17

**9**

**9** 13:21
**90** 24:3
**90-day** 28:3
**921-5555** 1:25
**99.97** 23:17
**99.997** 23:17