UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ERIC ANTHONY NEPUTE,<br>individually, and as<br>Owner of Quickwork LLC; and<br><br>QUICKWORK LLC,<br>a limited liability company,<br>also d/b/a WELLNESS WARRIOR,<br><br>       Defendants. | Case No.: 4:21-cv-00437 |

**<u>UNITED STATES' MOTION FOR A PRELIMINARY INJUNCTION</u>**

Comes now Plaintiff, the United States of America, and moves this Honorable Court for a preliminary injunction to restrain Defendants Eric Anthony Nepute and Quickwork LLC from violations of Sections 5 and 12 of the Federal Trade Commission Act, 15 U.S.C. §§ 45, 52, and the COVID-19 Consumer Protection Act of the 2021 Consolidated Appropriations Act, Pub. L. No. 116-260, Title XIV, § 1401(b)(1). In support of its motion, the United States submits a memorandum of law in support, declarations from Roland Au ("Au Decl."), Aine Farrell ("Farrell Decl."), Celia Garrett ("Garrett Decl."), Bonnie McGregor ("McGregor Decl."), and Dr. Richard Bruce van Breemen ("Van Breemen Decl."), along with accompanying exhibits and attachments, and a proposed order granting the United States' motion.

WHEREFORE, for the reasons set forth in its memorandum of law, the United States respectfully requests that the Court enter the accompanying proposed order.

1

Dated: April 15, 2021

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

SAYLER FLEMING
United States Attorney
Eastern District of Missouri

SUZANNE J. MOORE  MO#45321
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
Tel: (314)539-2200
Fax: (314)539-2196
Email: suzanne.moore@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director
Consumer Protection Branch

LISA K. HSIAO
Assistant Director
Consumer Protection Branch

_____/s/ Ben Cornfeld_____
BEN CORNFELD 1048311(DC)
BRANDON ROBERS 1112150055(MD)
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-598-7276 (Cornfeld)
Tel: 202-305-2023 (Robers)
Fax: 202-514-8742
Benjamin.A.Cornfeld2@usdoj.gov
Brandon.Robers@usdoj.gov

Of Counsel:
KRISTIN M. WILLIAMS
MARY L. JOHNSON
BRADY C. WILLIAMS
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mailstop CC-10528

Washington, D.C. 20850
Tel: 202-326-2619 (K. Williams)
Tel: 202-326-3115 (Johnson)
Tel: 202-326-3517 (B. Williams)
Fax: 202-326-3259
Kwilliams2@ftc.gov
Mjohnson1@ftc.gov
Bwilliams2@ftc.gov