Au Attachment 1

**Captured Video: 2020-08-11_Please Pay Attention 7-23-20.mp4**

**Facebook Page: www.facebook.com/drericnepute/videos**
**Reviewed Date: 9/24/2020, 9/28/2020**
**Reviewed By: Roland Brad Au**
**Number of Time Stamps Reviewed per Video: 5**

| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
|---|---|---|---|---|---|---|
| 1 | Common Sense. Dr. Paul Marik vit c and vit D3 protocols. Please pay attention - Please pay attention | 7/22/2020 | 8:52 AM | 16:24 | 29k | The extra length comes from around the 8:50 mark. All of the other videos have lags at that time, but in this video, it continues with no freezing. |
| 2 | Please Pay Attention | 7/22/2020 | 12:31 PM | 16:06 | 22k | |
| 3 | Please Pay Attention | 7/23/2020 | 8:28 AM | 16:06 | 21k | |
| 4 | Please Pay Attention | 7/23/2020 | 2:30 PM | 16:06 | 7.3k | |
| 5 | Are You Paying Attention | 7/23/2020 | 9:06 PM | 16:06 | 29k | |
| 6 | Please Pay Attention | 7/25/2020 | 7:58 AM | 16:06 | 48k | |
| 7 | Please Pay Attention | 8/2/2020 | 6:49 PM | 16:06 | 6.4k | |
| 8 | Please Pay Attention | 8/3/2020 | 8:55 PM | 16:06 | 4.7k | |
| | | | | | **167.4k** | |