Au Attachment 2

| | Captured Video: 2020-08-04_COVID Vitamins and Supplements Video.mp4 | | | | |
|---|---|---|---|---|---|
| | Facebook Page: www.facebook.com/drericnepute/videos | | | | |
| | Reviewed Date: 9/30/2020, 10/1/2020, 10/2/2020, 10/5/2020, 10/6/2020 | | | | |
| | Reviewed By: Roland Brad Au | | | | |
| | Number of Time Stamps Reviewed per Video: 8 | | | | |
| | | | | | |
| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
| 1 | C O V I D, Vitamins & Supplements | 9/8/2020 | 10:16 PM | 2:07:28 | 1.5k | The video plays four times consecutively |
| 2 | C O V I D, Vitamins & Supplements | 8/14/2010 | 9:26 AM | 1:03:44 | 4.1k | The video plays two times consecutively |
| 3 | C O V I D, Vitamins & Supplements | 8/5/2020 | 7:45 PM | 31:52:00 | 3.6k | |
| 4 | C O V I D, Vitamins & Supplements | 8/4/2020 | 6:29 PM | 31:52:00 | 3.9k | |
| 5 | Vitamin D3, Zinc, and COVID | 8/2/2020 | 6:15 AM | 31:52:00 | 2.7k | |
| 6 | C O V I D, Vitamins & Supplements | 8/1/2020 | 6:23 AM | 31:52:00 | 2.5k | |
| 7 | C O V I D, Vitamins & Supplements | 7/31/2020 | 5:57 PM | 31:53:00 | 2.1k | |
| 8 | C O V I D, Vitamins & Supplements | 7/31/2020 | 5:03 AM | 31:53:00 | 2.2k | |
| 9 | C O V I D, Vitamins & Supplements | 7/30/2020 | 8:18 PM | 31:52:00 | 4k | |
| 10 | C O V I D, Vitamins & Supplements | 7/30/2020 | 12:56 PM | 31:52:00 | 3.7k | |
| 11 | C O V I D, Vitamins & Supplements | 7/30/2020 | 5:27 AM | 31:53:00 | 11k | The video has extra time at the end |
| 12 | Vitamin D and C O V I D | 7/29/2020 | 8:05PM | 31:12:00 | 10k | The video cuts out at the end |
| 13 | C O V I D and Vitamin D | 7/29/2020 | 12:30 PM | 31:52:00 | 11k | |
| 14 | Vitamin D and C O V I D | 7/29/2020 | 6:12 AM | 31:52:00 | 5.4k | |
| 15 | Vitamin D and C O V I D | 7/29/2020 | 3:11 AM | 31:52:00 | 11k | |
| 16 | Vitamin D and C O V I D | 7/29/2020 | 7:36 PM | 31:52:00 | 13k | |
| 17 | Vitamin D and C O V I D | 7/28/2020 | 3:36 PM | 31:52:00 | 9.7k | |
| 18 | The FACTS Matter… | 7/28/2020 | 1:41 PM | 31:52:00 | 7.3k | |
| 19 | Nothing But The FACTS… | 7/28/2020 | 5:56 AM | 31:52:00 | 11k | |
| 20 | You've Got to Protect Yourself | 7/27/2020 | 11:21 AM | 31:52:00 | 13k | |
| 21 | Time To Protect Yourself | 7/26/2020 | 6:25 AM | 31:52:00 | 37k | |
| 22 | You've Got to Protect Yourself | 7/25/2020 | 10:18 AM | 31:12:00 | 29k | |
| 23 | Nothing But The FACTS… | 7/24/2020 | 7:10 AM | 31:52:00 | 10k | |
| 24 | Nothing But The FACTS… | 7/23/2020 | 12:23 PM | 31:52:00 | 9.1k | |
| 25 | Nothing But The FACTS… | 7/22/2020 | 5:02 PM | 31:52:00 | 7.9k | |
| 26 | You've Got to Protect Yourself | 7/22/2020 | 5:19 AM | 31:52:00 | 14k | |

| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
|---|---|---|---|---|---|---|
| 27 | The FACTS Always Matter | 7/21/2020 | 12:21 PM | 31:52:00 | 8.8k | |
| 28 | Nothing But The FACTS… | 7/21/2020 | 6:22 AM | 31:52:00 | 7.9k | |
| 29 | Nothing But The FACTS… | 7/20/2020 | 8:43 PM | 31:52:00 | 5.9k | |
| 30 | Nothing But The FACTS… | 7/20/2020 | 3:36 PM | 31:52:00 | 6.7k | |
| 31 | What You Need To Know | 7/20/2020 | 11:04 AM | 31:52:00 | 9.2k | |
| 32 | Can You Even Protect Yourself | 7/20/2020 | 7:59 AM | 31:52:00 | 11k | |
| 33 | Facts Fear & Deception (REPLAY) | 7/19/2020 | 9:44 AM | 31:52:00 | 17k | |
| 34 | Personal Protection Possible? | 7/18/2020 | 4:44 PM | 31:52:00 | 10k | |
| 35 | Can You Even Protect Yourself? | 7/18/2020 | 12:28 PM | 31:52:00 | 14k | |
| 36 | Can You Even Protect Yourself? | 7/18/2020 | 4:25 AM | 31:52:00 | 18k | |
| 37 | Is it Even Possible to Protect Yourself? | 7/17/2020 | 6:58 PM | 31:52:00 | 13k | |
| 38 | Is it Even Possible to Protect Yourself? | 7/17/2020 | 4:43 AM | 31:52:00 | 17k | |
| 39 | Is it Even Possible to Protect Yourself? | 7/16/2020 | 9:09 PM | 31:52:00 | 9k | |
| 40 | True Protection Possible? | 7/14/2020 | 4:46 PM | 31:52:00 | 11k | |
| 41 | Why Is No One Talking About This? | 7/14/2020 | 6:14 AM | 31:52:00 | 18k | |
| 42 | SOMETHING DOESN'T ADD UP (REPLAY) | 7/13/2020 | 12:14 PM | 31:52:00 | 22k | |
| 43 | SOMETHING DOESN'T ADD UP | 7/12/2020 | 8:36 PM | 31:51:00 | 18k | Video cuts off at the end |
| 44 | Facts, Fear & Deception (REPLAY) | 7/8/2020 | 5:11 PM | 31:52:00 | 16k | |
| 45 | Facts, Fear & Deception (REPLAY) | 7/8/2020 | 8:03 AM | 31:52:00 | 23k | |
| 46 | SOMETHING DOESN'T ADD UP (REPLAY) | 7/7/2020 | 7:35 AM | 31:52:00 | 15k | |
| 47 | SOMETHING DOESN'T ADD UP (REPLAY) | 7/6/2020 | 6:30 PM | 31:52:00 | 19k | |
| 48 | Common Sense Says… (REPLAY) | 7/6/2020 | 4:40 AM | 31:52:00 | 28k | |
| 49 | Common Sense Says… (REPLAY) | 7/5/2020 | 1:14 PM | 31:52:00 | 30k | |
| 50 | Something Isn't Right (REPLAY) | 7/4/2020 | 3:30 AM | 31:52:00 | 30k | |
| 51 | Something Isn't Right (REPLAY) | 7/3/2020 | 4:00 AM | 31:52:00 | 37k | |
| 52 | Something Isn't Right (REPLAY) | 7/2/2020 | 7:30 PM | 31:52:00 | 27k | |
| 53 | Something Isn't Right (REPLAY) | 7/2/2020 | 3:00 PM | 31:52:00 | 23k | |
| 54 | Something Isn't Right | 7/2/2020 | 5:58 AM | 31:52:00 | 106k | |
| | | | | | **810.2k** | |