# Au Attachment 3

Captured Video: 2020-08-11_Zinc Zinc Zinc 8-4-20 Video.mp4

Facebook Page: www.facebook.com/drericnepute/videos
Reviewed Date: 10/8/2020
Reviewed By: Roland Brad Au
Number of Time Stamps Reviewed per Video: 9

| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
|---|---|---|---|---|---|---|
| 1 | What Do You Think? | 9/6/2020 | 4:15 AM | 1:13:52 | 1.4k | Video plays two times consecutively. |
| 2 | Zinc?! | 8/5/2020 | 4:45 AM | 31:11:00 | 3.6k | Video cuts out at the end. |
| 3 | Zinc Zinc Zinc | 8/4/2020 | 3:42 PM | 36:56:00 | 3k | |
| 4 | What Do You Think? | 8/4/2020 | 12:10 PM | 36:56:00 | 3.5k | |
| 5 | Common Sense Needed | 8/4/2020 | 8:03 AM | 36:56:00 | 2.3k | |
| 6 | Testings - Treatments - Tragedy | 8/3/2020 | 7:35 PM | 36:56:00 | 3.9k | |
| 7 | Common Sense Replay | 8/3/2020 | 4:42 PM | 36:56:00 | 4.9k | |
| 8 | Testings - Treatments- Tragedy | 8/3/2020 | 8:30 AM | 36:56:00 | 7.2k | |
| 9 | Free Bottle of Zinc For You! | 7/20/2020 | 5:13 AM | 36:56:00 | 16k | |
| 10 | Testing, Treatments, & Tragedy | 7/19/2020 | 7:16 PM | 36:56:00 | 13k | |
| 11 | Testing, Treatments, & Tragedy | 7/10/2020 | 11:37 AM | 36:56:00 | 12k | |
| 12 | Testing, Treatments, & Tragedy | 7/9/2020 | 9:30 AM | 36:56:00 | 27k | |
| 13 | Morning Dose of Common Sense. Testing… Treatments…And Tragedy - Tragedy | 6/30/2020 | 6:01 AM | 36:56:00 | 67k | |
| | | | | | 164.8k | Total views of videos containing confirmed exceprts |