# Au Attachment 4

| | Captured Video: 2020-10-5 POTUS RT Comments Video BJM.mp4 | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | Facebook Page: www.facebook.com/drericnepute/videos | | | | |
| | Reviewed Date: 10/14/2020, 10/20/2020 | | | | |
| | Reviewed By: Roland Brad Au | | | | |
| | Number of Time Stamps Reviewed per Video: 7 | | | | |
| | | | | | |
| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
|---|---|---|---|---|---|---|
| 1 | How to protect yourself | 10/6/2020 | 12:12 PM | 1:19:13 | 2.8k | Video plays four times consecutively |
| 2 | Good enough for the POTUS | 10/6/2020 | 9:17 AM | 1:19:14 | 2.1k | Video plays four times consecutively |
| 3 | The Presidents MIRACLE vitamins | 10/6/2020 | 3:50 AM | 1:19:14 | 1.9k | Video plays four times consecutively |
| 4 | Vitamins the PRESIDENT uses!? | 10/5/2020 | 8:44 PM | 1:08:08 | 2.1k | Video plays four times consecutively, then starts again in the middle of the video |
| 5 | Good enough for the POTUS | 10/5/2020 | 5:56 PM | 1:19:14 | 2.3k | Video plays four times consecutively |
| 6 | The Presidents MIRACLE vitamins | 10/5/2020 | 2:41 PM | 1:19:14 | 2.6k | Video plays four times consecutively |
| 7 | POTUS Immune Boosting | 10/5/2020 | 10:36 AM | 1:19:14 | 1.9k | Video plays four times consecutively |
| 8 | Why Trump Is Taking These Critical Bitamins | 10/5/2020 | 8:13 AM | 1:19:14 | 2.5k | Video plays four times consecutively |
| 9 | Breaking Vitamin News | 10/5/2020 | 6:51 AM | 1:19:14 | 1.9k | *Video plays four times consecutively; **Title has a pill emoji after "Breaking Vitamin News" |
| 10 | Go to www.MyFreeZinc.com now! | 10/5/2020 | 5:28 AM | 39:37:00 | 1.6k | Video plays two times consecutively |
| 11 | Good enough for the POTUS | 10/5/2020 | 4:07 AM | 1:19:14 | 1.9k | Video plays four times consecutively |
| 12 | Breaking News | 10/4/2020 | 8:50 PM | 1:58:51 | 3.1k | *Video plays six times consecutiely, but cuts off at the end of the sixth replay; **Title has a pill emoji before "Breaking News" |
| 13 | POTUS, COVID, Zinc & D3 | 10/4/2020 | 7:32 PM | 1:19:14 | 3.1k | Video plays four times consecutively |
| 14 | POTUS is taking Zinc and D3 | 10/4/2020 | 6:32 PM | 1:19:14 | 3.3k | Video plays four times consecutively |
| 15 | Breaking News | 10/4/2020 | 2:36 PM | 59:26:00 | 3.3k | *Video plays three times consecutively; **Title has three flame emojis after "Breaking News" |
| 16 | Breaking News | 10/4/2020 | 1:16 PM | 59:26:00 | 3.1k | *Video plays three times consecutively; **Title has a pill emoji before "Breaking News" |
| 17 | POTUS, COVID, Zinc & D3 | 10/4/2020 | 11:52 AM | 59:26:00 | 3.9k | Video plays three times consecutively |

| # | Title | Date Posted | Time Posted | Video Length | Views | Notes |
|---|---|---|---|---|---|---|
| 18 | POTUS is taking Zinc and D3 | 10/4/2020 | 7:23 AM | 1:58:51 | 3.7k | Video plays six times consecutiely, but cuts off at the end of the sixth replay |
| 19 | POTUS, COVID, Zinc & D3 | 10/4/2020 | 4:51 AM | 1:39:02 | 3.8k | Video plays five times consecutively |
| 20 | Breaking News | 10/4/2020 | 3:38 AM | 1:19:14 | 1.6k | Title has a pill emoji before "Breaking News" |
| 21 | Breaking News | 10/3/2020 | 9:04 PM | 1:58:51 | 2.7k | *Video plays six times consecutively, but cuts off at the end of the sixth replay; **Title has three flame emojis before "Breaking News" |
| 22 | vitamins the POTUS is using | 10/3/2020 | 7:32 PM | 1:19:14 | 2.8k | Video plays four times consecutively |
| 23 | POTUS is taking Zinc and D3 | 10/3/2020 | 5:51 PM | 1:19:14 | 3.8k | Video plays four times consecutively |
| 24 | Breaking News | 10/3/2020 | 3:58 PM | 1:39:02 | 5.1k | *Video plays five times consecutively; **Title has three flame emojis before "Breaking News" |
| 25 | Vitamins the PRESIDENT uses!? | 10/3/2020 | 1:11 PM | 2:18:39 | 4.8k | Video plays seven times consecutively |
| 26 | Who leaked my vitamin protocol to POTUS!? | 10/3/2020 | 9:59 AM | 1:19:14 | 8k | Video plays four times consecutively |
| 27 | Breaking News | 10/3/2020 | 8:22 AM | 1:19:14 | 4.2k | *Video plays four times consecutively; **Title has three flame emojis before "Breaking News" |
| 28 | Breaking News | 10/3/2020 | 7:13 AM | 59:26:00 | 4.7k | *Video plays three times consecutively; **Title has three flame emojis after "Breaking News" |
| 29 | Common sense Breaking News…POTUS is using the Wellness Warrior protocol. | 10/3/2020 | 5:52 AM | 19:49 | 52k | |
| | | | | | 140.6k | |