# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff <br><br> v. <br><br> **ERIC ANTHONY NEPUTE**, <br>    Individually, and as <br>    Owner of Quickwork, LLC; and <br><br> **QUICKWORK, LLC,** <br>    a limited liability company, <br>    also d/b/a WELLNESS WARRIOR <br><br> Defendants. | Case No.: 4:21-cv-00437-RLW |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW John J. Rehmann, II of Dowd Bennett LLP and hereby moves the Court to grant him leave to withdraw as counsel for Defendant Eric Nepute.  Movant is leaving the employ of Dowd Bennett LLP. Dr. Nepute will continue to be represented by Dowd Bennett LLP.

                                        Respectfully submitted,

Dated:  June 28, 2021               DOWD BENNETT LLP

                                   By:   /s/ John J. Rehmann, II
                                           John J. Rehmann, II #61245 MO
                                           7733 Forsyth Blvd., Suite 1900
                                           St. Louis, Missouri 63105
                                           314-889-7300 (phone)
                                           314-863-2111 (facsimile)
                                           jrehmann@dowdbennett.com

2

*Attorney for Eric Nepute*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I filed the foregoing Motion to Withdraw as Counsel via the Court's CM/ECF system, effecting service upon all counsel of record.

/s/ John J. Rehmann, II