UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00437 |
| | ) |
| ERIC ANTHONY NEPUTE, | ) |
| and | ) |
| QUICKWORK LLC d/b/a WELLNESS WARRIOR, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Mark Mattingly of Thompson Coburn LLP hereby enters his appearance on behalf of QuickWork LLC d/b/a Wellness Warrior in connection with the above-styled cause.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ Mark Mattingly
Mark Mattingly– 56536 MO
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri  63101
PHONE 314-552-6000
FAX 314-552-7000

*Attorneys for QuickWork LLC d/b/a Wellness Warrior*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Mark Mattingly