# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>                              Plaintiff,<br><br>v.<br><br>**ERIC ANTHONY NEPUTE**,<br>   individually, and as<br>   Owner of Quickwork LLC; and<br><br>**QUICKWORK LLC**,<br>   a limited liability company,<br>   also d/b/a WELLNESS WARRIOR,<br><br>                              Defendants. | Case No.: 4:21-cv-00437 |

## DECLARATION OF KATHERINE MOODY

1.     I, Katherine Moody, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify competently as follows:

2.     I am a citizen of the United States over the age of 18.

3.     I am an Honors Paralegal at the Federal Trade Commission ("FTC"). As an Honors Paralegal, my job functions include providing litigation and investigation support to Bureau of Consumer Protection attorneys and other staff involved in the litigation of FTC cases. My job responsibilities include gathering information, including recordings and other materials, from publicly available sources.

***Defendant Eric Nepute's Radio Show***

4.     On or about February 28, 2022, I visited the home page of the Real Talk 93.3 FM

1

radio station at www.realtalk933.com, which describes itself as "bringing you 93.3 FM, 104.3 FM, 107.3 FM, and simulcasting on 100.7 FM & 1010 AM." The website indicates that the "Real Talk with Dr. Eric Nepute" radio show airs Monday to Friday from 9:00am to 11:00am central time on 93.3 FM KRTK and affiliated radio stations. I refer to this show in my declaration as the Radio Show.

5. The Radio Show can also be live streamed from the website. After the show concludes, audio recordings often become publicly available on the Real Talk 93.3 FM website at the URL https://www.realtalk933.com/podcast/real-talk-with-dr-eric-nepute/.

**The Public Can Replay Defendant Nepute's Show Through Multiple Websites**

6. Recordings or live streams of the Radio Show are also publicly available on several different websites.

7. *Facebook*. On multiple dates between December 9, 2021 and February 28, 2022, I visited the Real Talk 93.3 FM radio station Facebook page at www.facebook.com/RealTalk933fm/. I observed that the Radio Show can often be live streamed, with video, on the Real Talk 93.3 FM Facebook page. Video recordings of the shows often remain available on the Real Talk 93.3 FM Facebook page after the show concludes.

8. *CloutHub*. On or about March 1, 2022, I visited the @RealTalk933FM CloutHub page at clouthub.com/4e7bff58-4665-4773-bc3b-b6c19193f51e. I observed that the Radio Show is also often live streamed, with video, on the @RealTalk933FM CloutHub page. Video recordings of the shows often remain available on the @RealTalk933 FM CloutHub page after the show concludes. On or about March 2, 2022, I visited two additional CloutHub pages, @DrEricNepute and @RealTalkWithDrE. I observed that Radio Show video recordings are also occasionally shared on both of these pages.

9. *Brighteon Radio*. On or about February 28, 2022, I visited the Brighteon Radio

website at www.brighteonradio.com. The website indicates that the Radio Show airs on Brighteon Radio Monday to Friday from 11:00am to 12:00pm Eastern Time. On or about March 1, 2022, I also observed that the show that airs on Brighteon Radio is the second hour of the show on Real Talk 93.3 FM.

*Captures of Selected "Real Talk with Dr. Eric Nepute" Radio Shows*

10. As detailed below, I captured recordings and transcripts of the Radio Show on several occasions. I understand that, in connection with this filing, the government is submitting a USB drive to the Court containing copies of the recordings discussed below.

A. **February 4, 2022 Radio Show**

11. On or about February 4, 2022, I visited the Facebook page for the Real Talk 93.3 FM radio station at www.facebook.com/realtalk933fm/videos. I navigated to the video titled "DR. ERIC NEPUTE," which was a live stream of February 4, 2022 Radio Show. I used a video and audio capture tool called RealPlayer Downloader to download that video. I understand that a copy of that video is present on the USB drive as **Exhibit 1A**.

12. I observed that the Defendant is wearing a Wellness Warrior hat and sweatshirt in the video.

13. I also visited the @RealTalk933FM CloutHub page and observed that a video recording of the February 4 Radio Show was available at the CloutHub page. On or about February 7, 2022, I also visited the Real Talk 93.3 FM website and observed that an audio recording of the February 4 Radio Show was available at the Real Talk 93.3 FM website.

14. To obtain a transcript of the February 4 Radio Show, I inspected the Facebook page's source code and saved the SubRip (.srt) file corresponding to the video recording of the February 4, 2022 Radio Show. I understand that a .srt file is a text file automatically generated from a video that contains the video's subtitles and corresponding timecodes. A copy of the

3

transcript of the Facebook recording of the February 4, 2022 Radio Show is attached to my declaration as **Exhibit 1B**.

15. I then compared the following excerpts of the transcript to the corresponding portions of the video of the February 4, 2022 Radio Show. I verified that the video recording matched the following transcript excerpts, which I have modified solely to correct typographical and other errors and to remove unnecessary codes that appear in the transcript:

a. Starting at 00:21:42: "I got sued by the federal government for $8 million dollars. They came after me for telling people the benefits of Vitamin D and zinc. And they also said, well, well, you can't you can't tell people how to fix the problem, and, and then you can't you can't sell 'em the products. Okay, well, it's not my fault that I've owned a nutritional company for almost two decades and I built it out of frustration because all the stuff that people buy on the internet and on the grocery stores, most of it's crap and I want my patients to get better. So, here you go. Here here here's a big old up your nose with a rubber hose, federal government. Have a listen to this. Brand-new study confirms that Vitamin D significantly, significantly reduces the risk of dying from COVID-19. Let me say this again. A brand-new study confirms that Vitamin D significantly reduces the risk of dying from COVID-19."

b. Starting at 00:22:53: "A new study from Spain has once again confirmed that providing supplementation of Vitamin D3 to hospitalized patients with Wuhan coronavirus reduces the death by sixty-four percent. Let me say that again. Sixty-four percent. That is, uh, that is carry the one. That's a hell of a lot more beneficial than these shots that people are taking…The study also found that people who already had high levels of Vitamin D at a baseline, at a baseline, which means that their Vitamin D levels were above a 50 and remember, 50 is the number they're telling you. I want that to be above a sixty, six-zero, okay? Here's what they found. They found that if your Vitamin D levels are already high enough, at a baseline, you were 60 percent less likely to die. Holy crap. Who told you that two and a half years ago? Well, that was Doctor Eric Nepute."

c. Starting at 00:24:18: "Federal government asked me not to do this anymore and so, here's what I'm going to say to them.  Uh, go to freevitamindeals.com. That's freevitamindeals.com.  Go get you some vitamins from Doctor Eric Nepute for free. Oh, and by the way, yeah, you're right. Nothing in life is free.  I'll give you the vitamins for free. I pay for those. You gotta pay shipping and handling…"

d. Starting at 00:26:38: "Guess what, federal government? I'm coming after you hard. In a September 2020 study, published in JAMA, JAMA, Journal of American Medical Association Network found that higher doses of Vitamin D

4

    are less likely to test positive for COVID-19 in the first place. Another study in June of '21 found that Vitamin D deficiency is associated with increased risk of COVID infection and mortality. Come on, baby. Peer-reviewed studies are showing Vitamin D, Vitamin D. Vitamin D is the solution to help reduce the risk of sicknesses, illnesses, and disease. Go to freevitamindeals.com and tell the federal government that Doctor Nepute sent you. I don't care anymore. It's on like Donkey Kong, baby."

  e. Starting at 00:32:39: "Hey, before the break, we talked about all these studies confirming that Vitamin D, it's really a big deal. Please, please, please, make sure you, your friends, your family, your kids, everyone is taking Vitamin D and zinc on a regular basis and those of you that were asking for the website, I'll say it again slowly. freevitamindeal.com. freevitamindeal.com. I'll give you a bottle of D and zinc…"

  f. Starting at 01:56:33: We're going to be blowing this stuff up all next week as well. We're—we got doctors testifying that COVID-19 shots are causing cancers and increasing autoimmune and AIDS-type things. We've got Japanese studies that are finding that ivermectin is safe and effective for COVID. Vitamin D. Vitamin D. Oh, will set you free. I'm so excited about that. Go to freevitamindeal.com. Support what we're doing."

  **B. February 7, 2022 Radio Show**

16. On or about February 8, 2022, I visited the Facebook page for the Real Talk 93.3 FM radio station at www.facebook.com/realtalk933fm/videos. I navigated to the video titled "DR. ERIC NEPUTE," which was a live stream of the February 7, 2022 Radio Show. I used the RealPlayer Downloader to download that video. I understand that a copy of that video is present on the USB drive as **Exhibit 2A**.

17. I also visited the Real Talk 93.3 FM website and the @RealTalk933FM CloutHub page. I observed that an audio recording of the February 7 Radio Show was available at the Real Talk 93.3 FM website, and a video recording of the February 7 Radio Show was available at the CloutHub page.

18. To obtain a transcript of the February 7 Radio Show, I inspected the webpage's source code and saved the video's SubRip subtitle (.srt) file. A copy of the transcript of the Facebook recording of the February 7, 2022 Radio Show is attached to my declaration as

5

**Exhibit 2B.**

19. I then compared the following excerpts of the transcript to the corresponding portions of the video of the February 7, 2022 Radio Show. I verified that the video recording matched the following transcript excerpts, which I have modified solely to correct typographical and other errors and to remove unnecessary codes that appear in the transcript:

   a. Starting at 00:12:46: "Everything the federal government is telling you, they, that is wrong, they are doing that. They, they have come after myself and other doctors for early treatments and recognizing things like ivermectin, which now the latest study out of Japan shows inconclusively that ivermectin is a beneficial, a therapeutic when given early for COVID-19, as well as hydroxychloroquine. Well, there has been a concerted, concerted effort to shut that down and to censor and suppress any doctors or scientists and, and take their license and livelihood away for anyone who promotes those type of therapeutics. We now know that zinc and Vitamin D are recognized as, as treatments and even preventative treatments for flu and cold and all type of COVID symptomatology that's out there. We know that's the case. Study after study after study has proven that. But yet the federal government is using a little loophole that they created in the 2020 COVID Consumer Protection Act, which states that anyone who tries to profit during the time of a pandemic can be held liable and should be held liable. I agree they should. Pfizer, Moderna, J&J, the federal government, including NIH and Tony Fauci have all profited, massively, massively by the draconian measures, lockdowns, and the forced vaccinations of not only our citizens but also our military."

   b. Starting at 01:17:58: "Hey everybody, it's Dr. Eric Nepute. I hope you're having an amazing day today.  Hey, did you know that the vast majority of Americans in the world today are nutritionally deficient?  Did you know that 95% of Americans aren't getting the right amount of fiber, they're not absorbing their nutrients, which leads to sickness, diseases, and etcetera?  Did you know that?  Did you know that the majority of people that are taking supplements by the way, these bottom shelf, low-dollar, low-absorbability, low-utilization products, don't work?  That's why at Wellness Warrior, I created a product line that is doctor-created, doctor-supervised.  Out of my twenty years of experience, I got so tired of my patients going out and buying just junk off the internet that doesn't work.  So here's what I want you to do right now.  You go to our site, go to freevitamindeals.com.  That's freevitamindeals.com.  Get a free bottle of Vitamin D, a free bottle of zinc right now.  Share it with your friends and family and learn what true nutritional products can do.  Go to our site.  Check us out.  If you want to find real true functional nutrition that helps the body get to the root cause, absorb the nutrients, and get high energy again, visit us now at

6

       freevitamindeals.com. That's freevitamindeals.com."[1]

  c. Starting at 1:54:02: Eric Nepute: "Uh one last conversation about these shots. I I want you to hear this. This was Tucker the other night. Talking about vaccinated versus unvaccinated with Alex Berenson.

      Alex Berenson recording: … [starting at 1:55:11] I have not said this to you before because I'm pretty careful and I'm pretty careful with the data. But these vaccines, these mRNA vaccines, the mRNA COVID vaccines need to be withdrawn from the market now. No one should get them. No one should get boosted. No one should get double boosted. They are a dangerous and ineffective product at this point against Omicron. The spike that they make your body make that you then produce antibodies to is not the Omicron spike. And earlier today, Tony Fauci said, we're not going to give people monoclonal antibody products, the first-generation products, because they don't work against the Omicron spike. The same logic applies to these mRNA vaccines, and giving people boosters even if in the very short term, it knocks down infection rates. There's a boomerang effect and that's what they're seeing in all these countries. We are at a

      Eric Nepute [starting at 01:55:59]: That's exactly right. That's exactly what we're seeing in every country across the planet."

### C. February 15, 2022 Radio Show

20. On or about February 16, 2022, I visited the Facebook page for the Real Talk 93.3 FM radio station at www.facebook.com/realtalk933fm/videos. I navigated to the video titled "DR. ERIC NEPUTE," which was a live stream of the February 15, 2022 Radio Show. I used the RealPlayer Downloader to download the Facebook video. I understand that a copy of that video is present on the USB drive as **Exhibit 3A.**

21. I also visited the Real Talk 93.3 FM website and observed that an audio recording of the February 15 Radio Show was available at the Real Talk 93.3 FM website. On or about February 18, 2022, I also visited the @RealTalk933FM CloutHub page and observed that a video recording of the February 15 Radio Show was available at the CloutHub page.

22. To obtain a transcript of the February 15 Radio Show, I inspected the webpage's

---

[1] This advertisement for Wellness Warrior Products appears in several of the videos I captured. I refer to this advertisement elsewhere in this declaration as the "Wellness Warrior Commercial."

7

source code and saved the video's SubRip subtitle (.srt) file. A copy of the transcript of the Facebook recording of the February 15, 2022 Radio Show is attached hereto as **Exhibit 3B.**

23.     I compared the following excerpts of the transcript to the corresponding portions of the video of the February 15, 2022 radio show. I verified that the video recording matched the following transcript excerpts, which I have modified solely to correct typographical and other errors and to remove unnecessary codes that appear in the transcript:

a. Starting at 00:07:38: "Ladies and gentlemen, just yesterday, just yesterday, WebMD, WebMD even comes out and says, Vitamin D is important to take for prevention and potentially reduction of symptomatology for COVID-19."

b. Starting at 00:26:42: Wellness Warrior Commercial

c. Starting at 01:19:34: "But one of the things that I am well known for is the fact that I came out and said, hey, we should be giving Vitamin D to people to reduce the chances of infections and all this stuff and just yesterday, I don't know if you guys saw this. Just yesterday, WebMD has now joined the the the the mindset of, hey, you know what? Doctor Nepute's right. So, WebMD is now telling people that you take Vitamin D to help themselves with infections, severity of disease, and etcetera. Now, WebMD joins Tony Fauci in recommending Vitamin D for the public."

d. Starting at 1:34:32: "I mean, you guys, look, we talked about this the other day. We talked about this over two years ago. I just got WebMD sent to me. I I can't believe I missed it. It's from February the eighth but new study shows Vitamin D deficiency linked to severe COVID. By the way, for all the FTC, DOJ, and government agency people that are listening, why don't you go to WebMD, buddy, and take a look there. February 8th, 2022, it says, people with a Vitamin D deficiency are more likely to have severe or critical case of COVID-19 according to new studies published in the Journal PLOS One. We we already talked about that. The study based on data from Israel for the first two coronavirus waves before the vaccines were widely available, scientists stressed that vitamins, supplements, aren't a substitute for vaccines. That's the same. They well they're not a substitute for vaccines. But it can help your immunity level. Oh really? Okay. Here's what the study found. We found it remarkable and striking to see the difference in change in chances of becoming a severe patient when you have lack of Vitamin D, severe symptoms is what they're talking about, severe issues. This was reported on in the the Israel Times. Uh so, we know that taking the right vitamins and doing the right nutrients, right things can help people be healthier and the fact that that the federal government came after me and other doctors for talking about alternative solutions for COVID-19. I mean, we were even saying, well, it's not about curing it. It's not about curing, you can't cure the

cold, you can't cure the flu. Coronaviruses are, 52% of all respiratory issues are from coronaviruses. We knew that before 2019 came here. And so you can't you can't publicly talk about a 150-year old homeopathic remedy that helps people get better? Oh but all of a sudden now since we said it two years ago and the federal government came after us for telling people the truth. Now Fauci talks about it, now there's books written about it. I've got one in my hand right here. There's a book that was sent to me by Doctor David Anderson. It's a really cool book by the way. It says Vitamin D Deficiency and COVID-19: Its central role in the world pandemic. By doctors David C. Anderson and David Grimes. Stay safe and take Vitamin D is what the total the title of this book is. It's right there. We'll put it on our app."

    e.    Starting at 01:56:55: Wellness Warrior Commercial

**D. February 16, 2022 Radio Show**

24.    On or about February 18, 2022, I visited www.realtalk933.com/podcast/real-talk-with-dr-eric-nepute/ and found that the February 16, 2022 Radio Show is available as an audio file on the website. On or about February 22, 2022, I returned to the Real Talk 93.3 FM website and used the RealPlayer Downloader to download the audio file of the February 16, 2022 Radio Show. I understand that a copy of this recording is present on the USB drive as **Exhibit 4.**

25.    To the best of my ability, I transcribed what I heard in the recording of the February 16 Radio Show for the following excerpts[2]:

    a.    Starting at 00:16:01. Wellness Warrior Commercial

    b.    Starting at 00:35:30. "I agree that you shouldn't use any medications in a way that aren't approved by a doctor. I totally agree with that. There are doctors that are approving ivermectin. There are doctors approving hydroxychloroquine, doctors approving zinc, doctors that are approving Vitamin D, doctors that are approving all kinds of things that are showing to be beneficial in treating the symptomatology and the disease pathology that is associated with SARS-CoV-2 infections. Uh, and the vaccine is not the only defense. It's the only defense that the federal government recognizes. The only defense against any virus is your immune system."

    c.    Starting at 00:50:28. "I mean, look, we know. Like, for example, I'm looking right now. Zinc. Zinc can help fight viral problems. Zinc is a nutrient that if paired with ionophores … we know, and we talked about this early on in the

---

[2] I was unable to obtain a transcript of this recording using the method described in Paragraphs 14, 18, 22, 29, and 33.

pandemic, it became clear that zinc was a valuable tool in fighting symptoms of flus, colds, COVIDs, and etcetera."

d. Starting at 00:51:26. "By the way, Dr. Vladimir Zelenko … who was nominated for a Nobel Prize by the way for his protocol, a very similar protocol that I recommend, that I got, you know, sued by the federal government for eight million dollars. He got Nobel Prize and I got sued. That's real fair. Sounds like selective targeting to me, FDA, FTC, DOJ. 'Cause I know you listenin'. God bless ya. … Journal of Pathogen 2006 shows that zinc lowers viral load replication."

e. Starting at 00:52:55. "Zinc is the bullet. Think about it like that. Zinc is the bullet. It helps stop the proliferation of viruses."

f. Starting at 00:53:17. "This is from Dr. Zelenko himself, sent it to me and said, hey listen, I also recommend Vitamin D in your protocol. And yes, Vitamin D studies all show Vitamin D levels need to be above a, above a, 50, really, between a 50 and a 60 … Zelenko says if Vitamin D levels are between a 50 and a 70, it virtually eliminates hospitalizations or admissions in intensive care units and etcetera. It optimizes their immune system, so we need Vitamin D, then you need zinc, then you need some ionophores to help get it in. … These are just common-sense practical things that people can do to help themselves improve their immune system."

g. Starting at 01:26:47. "And I would encourage you also to go to c19early.com. I just went there this morning to check it out. Dr. Harvey Rich's website. It's early treatment, time release analysis. Real time analysis of over 1400 different studies on all different kinds of therapeutics. Everything from plaxonid, to vitamin A, to melatonin, to Vitamin D to zinc, and the benefits in relationship to treatments of COVID-19. And people that are dealing with symptoms of COVID-19."

26. On or about February 22 and 23, 2022, I also visited the @RealTalk933FM CloutHub page. I observed that video recordings of the February 16, 2022 Radio Show were available at the @RealTalk933FM CloutHub page (broken into four separate videos).

**E. February 17, 2022**

27. On or about February 18, 2022, I visited the Facebook page for the Real Talk 93.3 FM radio station at www.facebook.com/realtalk933fm/videos. I navigated to the video titled "DR. ERIC NEPUTE," which was a live stream on February 17, 2022 Radio Show. I used the RealPlayer Downloader to download the Facebook video. I understand that a copy of that

10

video is present on the USB drive as **Exhibit 5A**.

28. I also visited the Real Talk 93.3 FM website and the @RealTalk933FM CloutHub page. I observed that an audio recording of the February 17 Radio Show was available at the Real Talk 93.3 FM website, and a video recording of the February 17 Radio Show was available at the CloutHub page.

29. To obtain a transcript of the February 17 Radio Show, I inspected the Facebook page's source code and saved the SubRip subtitle (.srt) file corresponding to the video recording of the February 17, 2022 Radio Show. A copy of the transcript of the Facebook recording of the February 17, 2022 Radio Show is attached to my declaration as **Exhibit 5B.**

30. I then compared the following excerpts of the transcript to the corresponding portions of the video of the February 17, 2022 radio show. I verified that the video recording matched the following transcript excerpts, which I have modified solely to correct typographical and other errors and to remove unnecessary codes that appear in the transcript:

   a. Starting at 00:07:10: "That's because I've been talking for the past three weeks like crazy because everybody and their mother wants to talk to Doctor Nepute because they want to know, holy cow, how the hell did this guy know that Vitamin D was something that everybody should be doing? Yeah, that's right. I've been all over national news, national television, everywhere because this doctor and many other doctors like myself out there talked about common sense solutions for COVID at the very beginning of this thing and what did we get? Did we get nominated for a Nobel Prize? Did we get asked to come talk to the World Doctors Alliances at the WHO and all the other agencies out there? No No. No. No, they sued us."

   b. Starting at 00:13:46: "Oh and did you know that Vitamin D and zinc work against flus, colds, and COVID? I didn't know if you knew that or not but guess what? It does. How many people suffered because they didn't know what the heck to do? And all these idiot doctors that we've been trying to go around the country and perform cranial rectotomies to, to pull their craniums out of their rectums, are finally waking up going, well, uh, w-we didn't know. You're an idiot. Go back to school. This is crazy. Thank you. By the way, latest study on ivermectin. Guess what? It works too. It, basically, ivermectin and hydroxychloroquine, zinc, and D were one of the major contributors to the reason why multiple countries are opening up right now."

    c. Starting at 01:30:00: Wellness Warrior Commercial

**F. February 21, 2022 Radio Show**

31. On or about February 22, 2022, I visited the Facebook page for the Real Talk 93.3 FM radio station at www.facebook.com/realtalk933fm/videos. I navigated to the video titled "DR. ERIC NEPUTE," which was a live stream of the February 21, 2022 Radio Show. I used the RealPlayer Downloader to download the Facebook video. I understand that a copy of that video is present on the USB drive as **Exhibit 6A**.

32. I also visited the Real Talk 93.3 FM website and the @RealTalk933FM CloutHub page. I observed that an audio recording of the February 21 Radio Show was available at the Real Talk 93.3 FM website, and a video recording of the February 21 Radio Show was available at the CloutHub page.

33. To obtain a transcript of the February 21 Radio Show, I inspected the Facebook page's source code and saved the SubRip subtitle (.srt) file corresponding to the video recording of the February 21, 2022 Radio Show. A copy of the transcript of the Facebook recording of the February 21, 2022 Radio Show is attached to my declaration as **Exhibit 6B.**

34. I compared the following excerpts of the transcript to the corresponding portions of the video of the February 21, 2022 Radio Show. I verified that the video recording matched the following transcript excerpts, which I have modified to correct typographical and other errors and to remove unnecessary codes that appear in the transcript:

    a. Starting at 00:03:09: Wellness Warrior Commercial

    b. Starting at 00:14:11: "And the bottom line is this, they try to shut down the truth, the whole truth, and nothing but the truth. Here's the deal, the truth has nothing to hide. Early treatment helps with this. Vitamin D, zinc. Go to go to c19early.com. Learn how you can be healthy. Get informed. Understand. We know masks don't work. The science hasn't changed on those in forever. We know that these shots, a vaccine that's not even a vaccine. They had to change the definition in

       September of 2021 to fit the narrative to be a vaccine. A shot that can't stop the spread, doesn't stop transmission, does not give you immunity to the virus. How in the hell could this thing possibly work?"

   c.  Starting at 00:50:07: "Fauci came out and said, listen, we just need to get healthy. He recommended taking vitamins. He told the American public he takes Vitamin D. And he recommends it. For COVID."

   d.  Starting at 01:09:25: "We've been lied to. There are things that you can do. Early treatment has been proven. There are study after study after study that shows benefits of getting healthy, of getting your weight down, of controlling your sugars. There are major reports of high doses of Vitamin D and zinc and vitamin C and and other nutrients that are out there are beneficial to people to reduce the risk of colds, flus, COVIDs, and etcetera that are out there. I mean, we know this."

***Recordings of the Radio Show Remain Publicly Available***

    35.    On or about March 4, 2022, I returned to the Real Talk 93.3 FM Facebook page and confirmed that the videos identified in Paragraphs 11, 16, 20, 27, and 31 were still posted to the Facebook page and viewable to the public.

    36.    On or about March 4, 2022, I returned to the Real Talk 93.3 FM CloutHub page and confirmed that the videos identified in Paragraphs 13, 17, 21, 26, 28, and 32 were still posted to the CloutHub page and viewable to the public.

    37.    On or about March 4, 2022, I returned to the Real Talk 93.3 FM website and confirmed that the audio recordings identified in Paragraphs 17, 21, 24, 28, and 32 were still posted to the website and accessible to the public.

***Quickwork Operating Agreement***

    38.    Attached to my declaration as **Exhibit 7** is a copy of the Operating Agreement of Quickwork, LLC, which I understand was produced by Defendant Nepute to the government bearing bates numbers Nepute 0001-0047.

13

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statement is true and correct.

DATED:  March 4, 2022

Katherine Moody