# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br> v. <br><br> **ERIC ANTHONY NEPUTE**, <br> individually, and as <br> Owner of Quickwork LLC; and <br><br> **QUICKWORK LLC**, <br> a limited liability company, <br> also d/b/a WELLNESS WARRIOR, <br><br> Defendants. | Case No.: 4:21-cv-00437 <br><br> **THE UNITED STATES' MOTION TO EXCLUDE DEFENDANTS' EXPERTS** |

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993), and in accordance with Paragraph I.5 of the Third Amended Case Management Order, ECF No. 77, Plaintiff United States of America moves this Court for an order limiting the expert opinions of Dr. Christina Parks, Defendant Eric Nepute, and Dr. Michael Holick. Specifically, the United States respectfully requests that the Court preclude Dr. Christina Parks from testifying in full, preclude Defendant Eric Nepute from offering expert testimony in full, and preclude Dr. Michael Holick from testifying regarding his interpretation of Defendant Nepute's marketing claims, for the reasons set forth in the accompanying memorandum of law. In support of its motion, the United States submits the accompanying memorandum of law, and the following exhibits:

| Exhibit No. | Document |
|---|---|
| 1 | Expert Report of Dr. Erik Dubberke |
| 2 | Excerpts from Transcript of Deposition of Dr. Christina Parks |
| 3 | Expert Report of Dr. Christina Parks |
| 4 | Expert Report of Dr. Michael Holick |

| | |
|---|---|
| 5 | Defendants' Supplemental Witness Disclosure of Eric Nepute Pursuant To Rule 26(a)(2)(C) |
| 6 | Resume of Dr. Christina Parks |
| 7 | Excerpts from Transcript of Deposition of Eric Nepute |
| 8 | Excerpts from Transcript of Deposition of Dr. Michael Holick |
| 9 | Excerpts from National Research Council 2011. *Reference Manual on Scientific Evidence: Third Edition*. Washington, DC: The National Academies Press. https://doi.org/10.17226/13163 |
| 10 | Food & Drug Admin., Guidance for Industry: Evidence-Based Review System for the Scientific Evaluation of Health Claims, Docket No. FDA-2007-D-0371 (Jan. 2009), available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-evidence-based-review-system-scientific-evaluation-health-claims |
| 11 | Thomas *et al.*, Effect of High-Dose Zinc and Ascorbic Acid Supplementation vs Usual Care on Symptom Length and Reduction Among Ambulatory Patients With SARS-CoV-2 Infection: The COVID A to Z Randomized Clinical Trial, JAMA Network Open, 2021;4(2):e210369 doi:10.1001/jamanetworkopen.2021.0369 |
| 12 | Abd-Elsalam *et al.*, Do Zinc Supplements Enhance the Clinical Efficacy of Hydroxychloroquine?: a Randomized, Multicenter Trial, Biological Trace Element Research (2021) 199:3642–3646, https://doi.org/10.1007/s12011-020-02512-1 |

Accordingly, the United States respectfully requests that the Court grant its motion, and enter an order precluding Dr. Parks from testifying in full, precluding Defendant Nepute from offering expert testimony in full, and precluding Dr. Holick from testifying regarding his interpretation of Defendant Nepute's marketing claims.

Dated: September 2, 2022

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | FOR THE UNITED STATES OF AMERICA: |
| SAYLER FLEMING | BRIAN M. BOYNTON |
| United States Attorney | Principal Deputy Assistant Attorney General |
| Eastern District of Missouri |  |
|  | ARUN G. RAO |
| SUZANNE J. MOORE  MO#45321 | Deputy Assistant Attorney General |
| Assistant United States Attorney |  |
| Thomas F. Eagleton U.S. Courthouse | GUSTAV W. EYLER |
| 111 South Tenth Street, 20th Floor | Director |
| St. Louis, MO 63102 | Consumer Protection Branch |
| Tel: (314)539-2200 |  |
| Fax: (314)539-2196 | LISA K. HSIAO |
| Email: suzanne.moore@usdoj.gov | Assistant Director |
|  | Consumer Protection Branch |
|  |  |
|  |     /s/ *Ben Cornfeld* |
|  | BRANDON ROBERS 1112150055(MD) |
|  | BEN CORNFELD 1048311(DC) |
|  | ZACHARY COWAN 53432(NC) |
|  | Trial Attorneys |
|  | Consumer Protection Branch |
|  | U.S. Department of Justice |
|  | Civil Division |
|  | 450 5th Street, N.W. |
|  | Washington, D.C. 20530 |
|  | Tel: 202-598-7276 (Cornfeld) |
|  | Tel: 202-305-2023 (Robers) |
|  | Tel: 202-598-7566 (Cowan) |
|  | Fax: 202-514-8742 |
|  | Benjamin.A.Cornfeld2@usdoj.gov |
|  | Brandon.Robers@usdoj.gov |
|  | Zachary.L.Cowan@usdoj.gov |
|  |  |
|  | Of Counsel: |
|  |  |
|  | KRISTIN M. WILLIAMS |
|  | MARY L. JOHNSON |
|  | Attorneys |
|  | Federal Trade Commission |
|  | 600 Pennsylvania Avenue, N.W. |
|  | Mailstop CC-10528 |
|  | Washington, D.C. 20850 |

                                                Tel: 202-326-2619 (K. Williams)
                                                Tel: 202-326-3115 (Johnson)
                                                Fax: 202-326-3259
                                                Kwilliams2@ftc.gov
                                                Mjohnson1@ftc.gov