UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIC ANTHONY NEPUTE,<br>individually, and as<br>Owner of Quickwork LLC; and<br><br>QUICKWORK LLC,<br>a limited liability company,<br>also d/b/a WELLNESS WARRIOR,<br><br>      Defendants. | Case No.: 4:21-cv-00437-RLW |

## DEFENDANTS' JOINT MOTION FOR
## PARTIAL SUMMARY JUDGMENT AS TO CIVIL PENALTIES

Defendants Dr. Erick Nepute and Quickwork, LLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 4.01, jointly move for partial summary judgment on Plaintiff's claim for civil penalties. In support of this Motion, Defendants state as follows:

As described more fully in Defendants' accompanying Memorandum in Support and Statement of Uncontroverted Material Fact—which are incorporated herein—summary judgment as to civil penalties is appropriate because Plaintiff lacks evidence to show that Defendants *knowingly engaged* in conduct prohibited by the Covid-19 Consumer Protection Act, Pub. L. No. 116-260, 134 Stat. 1182, Division FF, Title XIV, § 1401(c).

WHEREFORE, Defendants respectfully request that the Court enter and order granting summary judgment on Plaintiff's claim for civil penalties as follows: (1) on all civil penalties claims against Dr. Nepute based on the Disputed Statements, but at a minimum, for any Disputed

Statements dated on or before March 30, 2021, or that were removed in compliance with the May 5, 2021 Consent Order; (2) on all civil penalties claims against Quickwork based on the Disputed Statements, but at a minimum for any Disputed Statements dated on or before April 16, 2021, or that were removed in compliance with the May 5, 2021 Consent Order. Defendants additionally request any other and further relief as the Court deems appropriate.

Dated:  September 2, 2022

McCARTHY, LEONARD & KAEMMERER, L.C.

By: /s/ S. Jay Dobbs  (with consent)
Brian E. McGovern, #34677
S. Jay Dobbs, #40859
Bryan M. Kaemmerer, #52998
825 Maryville Centre Drive, Ste. 300
St. Louis, Missouri 63017
bmcgovern@mlklaw.com
jdobbs@mlklaw.com
bkaemmerer@mlklaw.com

*Attorneys for Eric Anthony Nepute*

Respectfully submitted,

THOMPSON COBURN LLP

By: /s/ Jan Paul Miller
Jan Paul Miller #58112
Mark Mattingly #56536
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314)552-6000
jmiller@thompsoncoburn.com
mmattingly@thompsoncoburn.com

*Attorneys for Quickwork, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Jan Paul Miller