# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br> v. <br><br> **ERIC ANTHONY NEPUTE**, <br> individually, and as <br> Owner of Quickwork LLC; and <br><br> **QUICKWORK LLC**, <br> a limited liability company, <br> also d/b/a WELLNESS WARRIOR, <br><br> Defendants. | Case No.: 4:21-cv-00437 <br><br> **THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT OF LIABILITY FOR 12,859,355 VIOLATIONS OF THE FEDERAL TRADE COMMISSION ACT AND 10,175,234 VIOLATIONS OF THE COVID-19 CONSUMER PROTECTION ACT** |

Pursuant to Federal Rule of Civil Procedure 56, and Local Rule 4.01 of the United States District Court for the Eastern District of Missouri, Plaintiff the United States of America moves for an Order granting partial summary judgment as to Defendant Eric Anthony Nepute's and Defendant Quickwork LLC's liability for 12,859,355 violations of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a), 52, and 10,175,234 violations of the COVID-19 Consumer Protection Act ("COVID-19 Act"), Pub. L. No. 116-260, Title XIV, § 1401 In support of this motion, the United States submits a Memorandum in Support, a Statement of Undisputed Facts in accordance with Local Rule 4.01(E), the declarations of Bonnie McGregor (PX 9), Roland Au (PX 11), and Ryan Zwonik (PX 12), and accompanying exhibits

As explained in the accompanying Memorandum in Support of this Motion, and as detailed in the Statement of Undisputed Facts, there can be no genuine dispute that Defendants repeatedly disseminated unsubstantiated claims in their Wellness Warrior advertising, asserting that their Zinc

supplements prevent and treat COVID-19 and are scientifically proven to do so, and that their Vitamin D3 and Zinc supplements are more effective at treating and preventing COVID-19 than the available vaccines. There is also no genuine dispute that Defendants acted with the requisite knowledge to be liable for civil penalties for 10,175,234 violations of the FTC Act and COVID-19 Act.

Therefore, for reasons fully set forth in the accompanying Memorandum in Support of this Motion, the United States asks that this Court enter the attached proposed Order granting partial summary judgment as to Defendants' liability and setting a hearing to determine the appropriate civil penalty and injunctive relief for these violations.

Dated: September 2, 2022

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

SAYLER FLEMING
United States Attorney
Eastern District of Missouri

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

SUZANNE J. MOORE  MO#45321
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
Tel: (314)539-2200
Fax: (314)539-2196
Email: suzanne.moore@usdoj.gov

GUSTAV W. EYLER
Director
Consumer Protection Branch

LISA K. HSIAO
Assistant Director
Consumer Protection Branch

   /s/ Ben Cornfeld
BRANDON ROBERS 1112150055(MD)
BEN CORNFELD 1048311(DC)
ZACHARY COWAN 53432(NC)
Trial Attorneys

Consumer Protection Branch
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-598-7276 (Cornfeld)
Tel: 202-305-2023 (Robers)
Tel: 202-598-7566 (Cowan)
Fax: 202-514-8742
Benjamin.A.Cornfeld2@usdoj.gov
Brandon.Robers@usdoj.gov
Zachary.L.Cowan@usdoj.gov

Of Counsel:

KRISTIN M. WILLIAMS
MARY L. JOHNSON
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mailstop CC-10528
Washington, D.C. 20850
Tel: 202-326-2619 (K. Williams)
Tel: 202-326-3115 (Johnson)
Fax: 202-326-3259
Kwilliams2@ftc.gov
Mjohnson1@ftc.gov