**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:21CV437 RLW |
| v. ) | |
| ) | |
| ERIC ANTHONY NEPUTE and ) | |
| QUICKWORK LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that, upon consideration of Plaintiff's Motion, memorandum of law, and supporting documentation and exhibits, Plaintiff's Motion for an Order to Show Cause (ECF No. 50) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are ordered to appear in Court on **December 19, 2022** at **10:00 a.m**. at the United States District Courthouse, Eastern District of Missouri, 111 South 10th Street, St. Louis, MO 63102, and show cause why they should not be held in civil contempt of Court for violations of the Consent Order (ECF No. 15), and why judgment of civil contempt should not be entered against them in accordance with Plaintiff's Proposed Order Adjudging Civil Contempt.

This matter has been fully and completely briefed.  If the parties wish to file any supplemental briefs, evidence, or proposed orders in support of their positions, they must file such documents no later than **December 9, 2022**.

1

If Defendants intend to present the testimony of any witness at the show cause hearing, they shall notify Plaintiff and the Court no later than **December 9, 2022**. The hearing will terminate no later than 11:00 a.m.

Dated this 22nd day of November 2022.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**