# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21CV437 RLW ) ) |
| ERIC ANTHONY NEPUTE and QUICKWORK LLC, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on Quickwork LLC's Supplement Brief and Unopposed Request for Dismissal from the Show Cause Order (ECF No. 126),

**IT IS HEREBY ORDERED** that, pursuant to the parties' agreement and the Consent Judgment (ECF No. 116), Defendant Quickwork LLC is **DISMISSED** from the show cause proceedings and need not appear.

Dated this 8th day of December, 2022.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**